'044

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 27 2003

Michael N. Milby, Clerk

B 03 - 072 - 2

c:
les B. FELDMAN dba                    |    In Bankruptcy Case # 90-01254-B-11
les B. Feldman Investments            |
Debtor                                |    In Chapter 11          03-01
:ial Form 17

COLIN KELLY KAUFMAN'S ORIGINAL NOTICE OF APPEAL OF ORDER NO. 531

NOW COMES Colin Kelly Kaufman and for his Original Notice of Appeal of Order

531, respectfully shows the Court as follows:

1. Colin Kelly Kaufman, former plan trustee herein, appeals under 28 U.S.C. Sec.

(a) the following orders, to wit, Order Approving Settlement Agreement (docket # 531),

·py of which is attached as an exhibit and incorporated by reference for all purposes.

2. The names of all parties to the judgment, order or decree appealed from, and the

1es addresses and telephone numbers of their respective attorneys, are as follows:

A. Michael Boudloche, plan trustee. Mr. Boudloche's attorney's name

address are as follows:

Mike Schmidt, Esq.
712 American Bank Plaza
711 No. Carancahua
Corpus Christi, TX. 78475

Telephone (361) 884-9949
Telecopier (361) 884-6000

B. Charles B. Feldman, Debtor. Mr. Feldman's attorney's name and

1ress are as follows:

James P. Moon, Esq.
1660 N. Hampton Rd., Ste. 202,
DeSoto, TX. 75115

-1-

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By
Deputy Clerk

Telephone: (469) 567-1530
Telecopier: (469) 567-1533

C. Colin Kelly Kaufman, Applicant and former plan trustee. Mr.

fman's attorney is himself in propria personam, and his name and address are as

)ws:

Colin Kelly Kaufman, Attorney at Law
1106 Third St. 78404-2312
P. O. Box 1662
Corpus Christi, TX. 78403-1662

Telephone (361) 888-8865
Telecopier (361) 888-8172

Respectfully Submitted,

Colin Kelly Kaufman, in propria personam
State Bar of Texas # 11113000
So. Dist. Federal ID # 9242

## Certificate of Service

rtify I had one of the personnel at this law office serve the foregoing writing on the
rsons listed above as attorneys for the parties to the order appealed from, by U.S.
il, first class postage prepaid, this 27th day of January, 2003.

Colin Kelly Kaufman



UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHARLES FELDMAN,<br>　　　　DEBTOR(S) | §<br>§<br>§ | Case No.  90-01254<br><br>Confirmed Chapter 11 |
| MICHAEL BOUDLOCHE,<br>　　　　Plaintiff | § | |
| VS | § | Adversary No. 01-2090 |
| CHARLES FELDMAN,<br>　　　　Defendant | § | |

## ORDER APPROVING SETTLEMENT AGREEMENT

Before the Court for consideration is the Motion for Approval of Compromise and to Approve Settlement Agreement (the "Motion") between the Parties as follows:

> Mike Boudloche, Plan Trustee of the above styled and numbered Bankruptcy Estate, ("Trustee"); and
>
> Charles Feldman ("Feldman").

The Parties have entered into a Settlement Agreement (the "Settlement") as follows:

1. Feldman will pay Trustee a total of $25,000 to resolve all disputes between them;

2. The $25,000 shall be paid $15,000 when this Order becomes final and the $10,000 balance shall be paid no later than thirty (30) days thereafter;

3. Trustee shall dismiss the Adversary against all Defendants;

4. This Settlement shall be considered a full release of all claims that either party may have against the other party.

The Court, having considered the Motion, Mr. Colin Kaufman's Objection thereto, the evidence, and the Settlement Agreement, finds that the Settlement Agreement has been entered into in good faith, is in the best interest of the Estate and is the settlement of doubtful and disputed claims and meets the elements set forth in *Protective Committee* Case. The Court further finds that Mr. Kaufman lacks standing to object to this Settlement as he is not a claimant of this Estate, but owes a debt to this Estate as evidenced by the Final Judgment against him in favor of this Estate.

It is therefore, ORDERED that the Motion for Approval of Compromise and to Approve Settlement Agreement is hereby APPROVED, and the Trustee is authorized to execute same and take such other action as may be necessary to carry out the intents and purposes of same. Further, such Settlement Agreement and each of its terms and conditions are hereby APPROVED and shall become BINDING upon such Parties upon the execution of this Order.

DATED **JAN 1 4 2003**, 2003.

Honorable Richard Schmidt
United States Bankruptcy Judge



United States District Court
Southern District of Texas
FILED

FEB 0 6 2003

Michael N. Milby, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                    |
Charles B. FELDMAN dba                    |    In Bankruptcy Case # 90-01254-B-11
Charles B. Feldman Investments            |
Debtor                                    |    In Chapter 11

Font: Korinna

COLIN KELLY KAUFMAN'S ORIGINAL
DESIGNATION OF RECORD AND ISSUES ON APPEAL
IN THE COMPROMISE AND SETTLEMENT OF ADVERSARY # 01-2090

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Colin Kelly Kaufman, former plan trustee in the captioned case and

the Appellant, and for his Original Designation of Record and Issues on Appeal in the

Compromise and Settlement of Adversary # 01-2090, respectfully shows the Court as

follows:

I. Designation of Issues on Appeal.

Appellant hereby designates the following issues on his Appeal in the Compromise

and Settlement of Adversary # 01-2090, to the United States District Court, Southern

District of Texas, Brownsville Division:

1. Admits Not Understanding.  Whether the usual rules deferring to the business

judgment of a trustee to settle litigation continue to apply when the plan trustee in question

        (a). admits in his proffer of testimony that "I have been unable to understand

the * * * reasoning or calculations behind the suit" being settled;

        (b). on cross-examination never gives and is unable to remember the

fundamental aspects of the theories of the suit being settled;

1

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____ Deputy Clerk

(c). is a newcomer to the case, has given it little attention, and is uninformed as to many of its details;

(d). mis-states and misunderstands the rules as to what burden of proof the plaintiff had to carry in the action being settled;

(e) admits waiving without additional consideration additional damages that might have been recoverable because he allegedly thought the defendant's wrongs were unintentional;

(e). even a judge's discretion is abused when it appears that he is not following the applicable rules of law; and

(f). the Constitution does not contemplate that a higher authority (including a court) may delegate more discretion to a subordinate power than the higher authority itself possesses – i.e., the bankruptcy court cannot allow Mike Boudloche more discretion than the court would have, acting alone.

2. Other Motives. Whether the usual rules deferring to the business judgment of a trustee to settle litigation continue to apply when the plan trustee in question

(a). appears to have other motives to settle, and

(b). gives testimony demonstrating personal bias and hostility toward his predecessor, such as might have colored his judgment; and

(c). "private prejudice is never a cognizable governmental interest."

3. *Sub Rosa* Closing of the Estate. Whether it is proper to try to *de facto* close the estate by making an order on compromise and settlement when

(a). neither the claims nor the administrative expenses had been finally

2

settled, and

     (b). Appellant had a legally protected interest in being returned to the *status quo ante* if his appeal prevailed, which interest the replacement plan trustee was trying to terminate by a *sub rosa* closing of the estate, and thus Appellant had standing to complain and be heard before the bankruptcy court.

## II. Designation of Record on Appeal.

Appellant Colin Kelly Kaufman designates the following items as part of the record on the Appeal to the Fifth Circuit:

6. Dockets. The dockets of Case # 90-02154-B-11 (main case) and the adversary proceeding, Kaufman v. Feldman, # 01-2090-B.

7. 07/27/90 -- Docket #5: Schedule of Assets and Liabilities ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8. 07/27/90 — Docket #6: Statement of Financial Affairs for a Debtor engaged in business. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9. 01/28/91 — Docket #40: Plan of Reorganization of Charles B. Feldman d/b/a Charles B. Feldman Investments

10. 01/28/91 — Docket #41: Disclosure Statement of Charles B. Feldman

11. 12/06/91 — Docket #130: First Amended Disclosure Statement

12. 12/06/91 — Docket #131: First Amended Plan of Reorganization

13. 09/21/92 — Docket #176: Order Confirming Plan

14. 09/24/92 — Docket #178: Modification to First Plan of Reorganization ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15. 10/05/92 — Docket #181: Order entered. Post confirmation order and notice

16. 10/29/92 — Docket #185: Motion for extension of time to file objection to claims — filed by debtor C/S; no notice provisions; order enclosed ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ U.S. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Russell ▉▉▉▉▉▉▉▉

17. 12/21/92 — Docket #195: Plan trustee's notice of and motion to approve 1st quarterly distribution ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ & to Richard Russell ▉▉▉▉▉▉▉

18. 01/09/95 — Docket #220: Colin K. Kaufman's original response to court's order to show cause, and first post-confirmation application for leave to pay Mr. Moon and others additional sums. ▉▉▉ ▉▉▉▉▉▉▉▉▉▉

19. 03/20/95 — Docket #222: Notice of appearance and request for notice from Steven A. Ditto for CKS Asset Management, Inc.

20. 03/20/95 — Docket #223: Notice of assignment of claim (CKS Asset Management is substituted for FDIC).

21. 05/03/95 — /docket #224: order entered. Re: #223 CKS Asset Management, Inc. is substituted in place of FDIC.

22. 07/03/95 — docket #225: motion for order to show cause why CKS Management should not be held in contempt for violation of 11 USC Sec. 1141(c) & (d).

23. 07/18/95 — docket #226: supplement to #225 motion for order to show cause.

24. 09/06/95 — docket #232: courtroom minutes — hearing held 09/06/95 re: #225 M/show cause why CKS mgmt. Should not be held in contempt. Arguments heard and no appearance by CKS; court orders CKS to remove notices within 10 days. CKS is further ordered to pay attorneys' fees and expenses in the amount of $4,600.00 of Charles Moon and $3,000.00 of Colin Kaufman. Order to be submitted by Charles Moon within 10 days.

25. 09/21/95 — docket #233: order entered parties notified. Re: #232. Motion granted. Order Imposing sanctions against CKS Asset Management, Inc. for violation of confirmation order. CKS to immediately take steps to release all abstracts of judgment, assignment of judgments and similar documents. All releases to be filed no later than 10 days. CKS shall pay to debtor the sum of $4,600.00 attorneys' fees and expenses. C. Kaufman authorized to withhold sums which might have been paid to CKS until the $7,600.00

4

awarded in this Order has been fully paid.

26. 03/01/96 — docket #234: motion of CKS Asset Management, Inc. to obtain relief from order imposing sanctions, order enclosed.

27. 06/12/96 — docket #242: trancript of show cause hearing held September 6, 1995

28. 08/23/96 — docket #250: motion of CKS Asset Mgmt. To enforce and implement confirmed plan and to compel plan trustee to file an accounting and to perform his duties C/S; 20 day notice; order enclosed (Newsom)

29. 09/09/96 — docket #252: plan trustee response to CKS's motion to compel re: #250

30. 09/30/96 — docket #258: courtroom minutes — hearing held on 09/30/96 re: #234 motion of CKS Asset Management, Inc. to obtain relief from Order imposing sanctions. Hearing commenced/concluded. Exhibits offered and admitted. Witness sworn and questioned. Arguments presented. The Court will reconsider the order imposing sanctions.

31. 12/20/96 — docket #261: order entered. Re: #250 - denying motion of CKS Asset Management to enforce and implement confirmed plan and to compel plan trustee to file an accounting (failure to prosecute).

32. 04/16/97 — docket #272: plan trustee's fifth report — filed by Colin Kelly Kaufman ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Bar — ▓▓▓▓▓▓▓▓▓▓

33. 05/13/97 — docket #275: plan trustee's sixth report and partly unopposed motion to extend plan term to January 31, 1998; order enclosed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓

34. 06/02/97 — docket #278: response of CKS Asset Mgmt. To plan trustee's motion to extend plan term re: #275. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ & to Richard Russell ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

35. 06/04/97 — docket #279: notice of hearing set 07/16/97 @ 9:00am McAllen Re: #275 Plan trustee's sixth report and partly unopposed motion to extend plan term to January 31, 1998.

36. 06/27/97 — docket #281: plan trustee's response to CK's motion to convert (Kaufman). ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Bar — ▓▓▓▓▓▓▓▓▓

37. 07/16/97 — docket #284: courtroom minutes — hearing held on 07/16/97. Re#275 plan

5

trustee's third unopposed motion to extend plan term to January 31, 1998. Hearing previously continued to 08/20/97 @ 9:00 am McAllen.

38. 08/13/97 — docket #287: plant trustee's original partly unopposed motion to employ accountant — filed by Colin K. Kaufman: order enclosed. ███████████████████████████████████
District Judge ███████████████████████████████████████████████████████████████████
w/State Bar — ███████████████

39. 08/18/97 — docket #290: objection to claim of Parkwell Investments, Inc. filed by CKS Asset Management, Inc.

40. 09/04/97 — docket #299: response to objection to claim of Parkwell Investments, Inc. - filed by Parkwell Investments, Inc. (Simank).

41. 09/18/97 — docket #306: courtroom minutes: hearing held 09/18/97 Re: #275 plan trustee's sixth report and partly unopposed motion to extend plan term to January 31, 1998. Hearing commenced/concluded. The Court ruled that the debtor will turnover property to the plan trustee to be distributed and sold. Exhibits offered.

42. 09/25/97 — docket #312: order entered. Parties notified. Re:#150; denying CKS Asset Management's Motion to compel and enforce (failure to prosecute).

43. 10/08/97 — docket #314: courtroom minutes: hearing held 10/08/97 Re: #287 plan trustee's motion to employ accountant. Motion granted. Unopposed order submitted and assigned.

44. 10/15/97 — docket #315: order entered. Unopposed order granting plan trustee's application for employment of accountant (Al White) - Granted. ███████████████████████████
U.S. ███████████████████████████████████████████████████████████████
Ross ███████████████████

45. 02/27/98 — docket #331: response to motion of CKS Mgmt. To withdraw objection to claim of Parkwell Investments, Inc. (Simank)

46. 03/19/98 — docket #337: transcript of hearing held 09/18/97.

47. 01/22/01 — docket #363 motion by plant trustee Colin Kelly Kaufman to reopen case.

48. 02/05/01 — docket #364 response by creditor Parkwell Investments, Inc. to motion to reopen case by Colin Kelly Kaufman.

49. 02/09/01 — docket #365 order to set hearing re: [363-1] motion to reopen case by Colin Kelly

6

Kaufman scheduled for 9:00am 03/07/01 in Brownsville.

50. 03/08/01 — docket #376 motion by trustee Colin Kelly Kaufman to sell free and clear of liens hearing set for 9:00am 03/14/01 in Corpus Christi.

51. 03/19/01 — docket #378 objection by creditor CKS Asset Management to [376-1] motion to sell free and clear of liens by Colin Kelly Kaufman.

52. 03/27/01 — docket #381 order to set hearing re: [378-1] objection to expedited sale by CKS Asset Mgmt. scheduled for 9:00am 05/09/01 in Brownsville.

53. 04/09/01 — docket #382 motion by trustee Colin Kelly Kaufman to extend time to file final report.

54. 04/18/01 — docket #383 plan trustee's proposed report of distribution.



55. 04/18/01 — docket #384 notice of corrected exhibits re: [383-1] distribution report.

56. 04/24/01 — docket #385 response by creditor CKS Asset Mgmt. To [383-1] proposed distribution report.

57. 04/25/01 — docket #387 motion by creditor CKS Asset Mgmt. To substitute attorney: Matthew A. Rosenstein for old attorney: R. Kirk Newson.

58. 04/25/01 — docket #388 motion by Matthew A. Rosenstein for creditor CKS Asset Mgmt. To expedite hearing re: [386-1] motion to extend time to respond to plan trustee's final report by CKS Asset Mgmt., [387-1] motion to substitute attorney: Matthew A. Rosenstein for old attorney: R. Kirk Newsom by CKS

7

Asset Mgmt.

59. 04/26/01 — docket #386 motion by creditor CKS Asset Mgmt. To extend time to respond to plan trustee's final report.

60. 04/26/01 — docket #389 order granting [388-1] motion to expedite hearing re: [386-1] motion to extend time to respond to plan trustee's final report by CKS Asset Mgmt., [387-1] motion to substitute attorney: Matthew A. Rosenstein for old attorney: R. Kirk Newsom by CKS Asset Mgmt. Hearing set to 9:00 am 04/27/01 in Corpus Christi.

61. 04/27/01 — docket #390 order to set hearing re: [383-1] plan trustee's proposed final report scheduled for 9:00 am 06/06/01 in Brownsville.

62. 04/27/01 — docket #391 hearing held re: [386-1] motion to extend time to respond to plan trustee's final report by CKS Asset Mgmt.

63. 04/27/01 — docket #392 hearing held re: 387-1] motion to substitute attorney: Matthew A. Rosenstein for old attorney: R. Kirk Newsom by CKS Asset Mgmt.

64. 04/27/01 — docket #393 order granting motion to extend time to resond to plan trustee's final report by CKS Asset Mgmt. Time extended to May 31, 2001.

65. 04/27/01 — docket #394 plan trustee's notice of mooted hearing.

66. 04/30/01 — docket #395 certificate of service by trustee Colin Kelly Kaufman of [390-1] order setting hearing on plan trustee's proposed final report.

67. 05/16/01 — docket #396 opposed expedited motion by plan trustee Colin Kelly Kaufman for protective order.

68. 05/16/01 — docket #397 motion by Plan trustee Colin Kelly Kaufman to expedite hearing re: motion for protective order by CKK.

69. 05/17/02 — docket #398 response by creditor CKS Asset Mgmt. In opposition to motion for protective order by CKK.

70. 05/17/01 — docket #399 response by trustee CKK to response by CKS Asset Mgmt. On motion for protective order filed by CKK.

71. 05/18/01 — docket #401 hearing held re: opposed expedited motion for protective order by CKK.

8

Motion denied. Order to be submitted under green sheet by Attorney Rosenstein.

72. 05/18/01 — docket #407 hearing held re: motion for protective order by CKK. Motion denied order to be submitted.

73. 05/21/01 — docket #400 order denying original opposed expedited motion for protective order by CKK.

74. 05/23/01 — docket #402 Order Granting [382-1] Motion To Extend Time To File Final Report by Colin Kelly Kaufman.

75. 5/25/01 -- docket #403  Motion By Matthew A Rosenstein for Creditor CKS Asset Management To Continue Hearing Re: [383-1] Chapter 11 Plan Trustee's "Distribution Report" .

76. 5/25/01 -- docket #404  Motion By Matthew A Rosenstein for Creditor CKS Asset Management To Expedite Hearing Re: ( [403-1] Motion To Continue Hearing Re: [383-1] Chapter 11 Plan Trustee's "Distribution Report" by Matthew A. Rosenstein ).

77. 5/29/01 -- docket #408  Second Amended [383-1] Proposed Final Report of Distribution. Filed by: Trustee Colin Kelly Kaufman. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ John R Olson, Esq., U.S. District Judge ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

78. 5/29/01 -- docket #409  Response By Trustee Colin Kelly Kaufman To [385-1] Response by CKS Asset Management to Plan Trustee's Proposed Final Report and Motion for CKS Asset Management, Inc., to Compel Plan Trustee to Perform an Independent Accounting Preparatory to Filing a Final Report. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ District Judge -- dated ▓▓▓▓▓▓▓▓▓▓▓

79. 5/30/01 -- docket #405  Order Granting [403-1] Motion To Continue Hearing Re: [383-1] Chapter 11 Plan Trustee's "Distribution Report" by Matthew A Rosenstein Hearing set To 9:00 6/22/01 at 1133 N Shoreline Corpus Christi . Parties Notified.

80. 5/30/01 — docket #406  Order Granting [404-1] Motion To Expedite Hearing Re: ([403-1] Motion To Continue Hearing Re: [383-1] Chapter 11 Plan Trustee's "Distribution Report" by Matthew A Rosenstein ) by Matthew A Rosenstein Hearing set To 9:00 5/29/01 at 1133 N Shoreline Corpus Christi .

81. 5/30/01 -- docket #410  Objection By Creditor Parkwell Investments Inc To [383-1] Trustee's Proposed Final Distribution Report . cc: TA (vr) [EOD 06/01/01] [90-1254]

82. 5/30/01 -- docket #411  Supplement RE: [385-1] Response in Opposition to Plan

Trustee's Proposed Final Report by CKS Asset Management. cc: TA (vr) [EOD 06/01/01] [90-1254]

83. 5/30/01 -- docket #412  Motion by Creditor CKS Asset Management for Removal of Trustee, For Disgorgement of Unreasonable Fees Taken Without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds. m/d 6/22/01 (vr) [EOD 06/01/01] [90-1254] ~~████████████████████████████~~ 08/13/01 & to Richard ~~████████████~~

84. 6/5/01 -- docket #413 Opposed Expedited Motion By Trustee Colin Kelly Kaufman To Compel Production of Documents . Hearing set for 9:00 6/8/01 at 1133 N Shoreline Corpus Christi to lg (swm) [EOD 06/06/01] [90-1254] ~~████████████████████████████~~

85. 6/5/01 -- docket #414 Motion By Trustee Colin Kelly Kaufman To Expedite Hearing Re: ([413-1] Motion To Compel Production of Documents by Colin Kelly Kaufman ). to lg (swm) [EOD 06/06/01] [90-1254] ~~████████████████████████████~~

86. 6/7/01 -- docket #415  Order Granting [414-1] Motion To Expedite Hearing Re: ( [413-1]Motion To Compel Production of Documents by Colin Kelly Kaufman ) Hearing set for 9:00 6/8/01 at 1133 N Shoreline CorpusChristi . Parties Notified. (swm) [EOD 06/07/01] [90-1254]

87. 6/7/01 -- docket #416 Motion By Creditor CKS Asset Management To Consolidate Hearing on Trustee's Proposed Final Report With CKS Asset Management, Inc's Motion For Removal Of Trustee . to lg (swm) [EOD 06/07/01] [90-1254]

88. 6/7/01 -- docket #417 Motion By Matthew A Rosenstein for Creditor CKS Asset Management To Expedite Hearing Re: ( [416-1] Motion To Consolidate Hearing on Trustee's Proposed Final Report With CKS Asset Management, Inc's Motion For Removal Of Trustee by CKS Asset Management ) . to lg (swm) [EOD 06/07/01] [90-1254]

89. 6/7/01 -- docket #418  Order Granting [417-1] Motion To Expedite Hearing Re: ( [416-1] Motion To Consolidate Hearing on Trustee's Proposed Final Report With CKS  Asset Management, Inc's Motion For Removal Of Trustee by CKS Asset Management ) Hearing set for 9:00 6/11/01 at 1133 N Shoreline Corpus Christi . Parties Notified. (swm) [EOD 06/07/01] [90-1254]

90. 6/8/01 -- docket #419 Hearing Re: [416-1] Motion To Consolidate Hearing on Trustee's Proposed Final Report With CKS Asset Management, Inc's Motion For Removal Of Trustee by CKS Asset Management continued by agreement to 9:00 6/22/01 at 1133 N Shoreline

Corpus Christi (swm) [EOD 06/08/01] [90-1254]

91. 6/8/01 -- docket # 420 Hearing Re: [413-1] Motion To Compel Production of Documents by Colin Kelly Kaufman continued to 9:00 6/22/01 at 1133 N Shoreline Corpus Christi. Arguments presented. Tax returns to be provided by 6/13/01. (swm) [EOD 06/08/01] [90-1254]

92. 6/8/01 -- docket #421  Order Granting in Part [413-1] Motion To Compel Production of  Documents by Colin Kelly Kaufman And Continuing Hearing Re: [413-1] Motion To Compel Production of Documents by Colin Kelly Kaufman. Hearing reset for 9:00 6/22/01 at 1133 N Shoreline Corpus Christi . Parties Notified.  (swm) [EOD 06/08/01] [90-1254]

93. 6/8/01 -- docket #422  Order to Set Hearing RE: [408-1] Second Amended To Proposed Final Report by Colin Kelly Kaufman scheduled for 9:00 6/22/01 at 1133 N Shoreline Corpus Christi Parties Notified. (swm) [EOD 06/08/01] [90-1254]

94. 6/11/01 -- docket #423 Objection By Creditor CKS Asset Management To [408-1] Second Amendment to Proposed Final Report by Colin Kelly Kaufman . (swm) [EOD 06/12/01] [90-1254]

95. 6/13/01 -- docket # 424  Opposed Expedited Motion By Trustee Colin Kelly Kaufman to Cancel CKS's Claim, Or Alternatively To Assign CKS's Claim , Or Set-Off Its Potential Dividend To Plan Trustee To Secure Fees (swm) [EOD 06/13/01] [90-1254]

96. 6/13/01 -- docket # 425  Motion By Trustee Colin Kelly Kaufman To Expedite Hearing Re: ( [424-1] Motion to Cancel CKS's Claim by Colin Kelly Kaufman, [424-2] Motion To Assign CKS's Claim by Colin Kelly Kaufman, [424-3] Motion Set-Off Its Potential Dividend To Plan Trustee To Secure Fees by Colin Kelly Kaufman ) to lg. (swm) [EOD 06/13/01] [90-1254]

97. 6/13/01 -- docket # 426  Response By Trustee Colin Kelly Kaufman To [412-1] Motion for Removal of Trustee, For Disgorgement of Unreasonable Fees Taken Without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management . to lg (swm) [EOD 06/13/01] [90-1254]

98. 6/14/01 -- docket # 427  Order to Set Hearing RE: [412-1] Motion for Removal of Trustee, For Disgorgement of Unreasonable Fees Taken Without Court Approval and for

11

Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management scheduled for 9:00 6/22/01 at 1133 N Shoreline Corpus Christi Parties Notified. (swm) [EOD 06/14/01] [90-1254]

99. 6/14/01 -- docket # 428  Order Granting [425-1] Motion To Expedite Hearing Re: (424-1] Motion to Cancel CKS's Claim by Colin Kelly Kaufman, [424-2] Motion To Assign CKS's Claim by Colin Kelly Kaufman, [424-3] Motion Set-Off Its Potential Dividend To Plan Trustee To Secure Fees by Colin Kelly Kaufman ) Hearings set for 9:00 6/22/01 at 1133 N Shoreline Corpus Christi Parties Notified. (swm) [EOD 06/14/01] [90-1254]

100. 6/18/01 -- docket # 429  Response By Creditor Parkwell Investments Inc To [412-1] Motion for Removal of Trustee, For Disgorgement of Unreasonable Fees Taken Without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management . (swm) [EOD 06/18/01] [90-1254]

101. 6/18/01– Complaint (01-2090) Colin Kelly Kaufman vs. Charles B Feldman. NOS 454 Recover Money/Property . ( Filing Fee $ r 150.00 Receipt # 952513) (jh) [EOD 06/21/01] [01-2090] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ # to Richard▓▓▓▓▓▓▓▓▓▓

102. 6/22/01 -- docket # 430  Objection By Debtor Charles B Feldman To [408-1] Amended Trustee's Final Report by Colin Kelly Kaufman . (swm) [EOD 06/22/01] [90-1254]

103. 6/22/01 -- docket # 431  Hearing Re: [408-1] Trustee's Second Amended Proposed Final Report of Distribution by Colin Kelly Kaufman continued to 6/27/01 by telephone conference. Parties will be advised as to time. (swm) [EOD 06/25/01] [90-1254]

104. 6/22/01 -- docket # 432  Hearing Re: [412-1] Motion for Removal of Trustee, For Disgorgement of Unreasonable Fees Taken Without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management continued to 6/27/01 by telephone conference. Parties will be advised as to time. (swm) [EOD 06/25/01] [90-1254]

105. 6/22/01 -- docket #433  Creditor CKS Asset Management Witness and Exhibit List (swm) [EOD 06/25/01] [90-1254]

106. 6/22/01 -- docket # 434  Trustee Colin Kelly Kaufman Witness and Exhibit List (swm) [EOD 06/25/01] [90-1254]

107. 6/22/01 -- docket # 435  Motion By Matthew A Rosenstein for Creditor CKS Asset Management To Continue Hearing Re: [424-1] Motion to Cancel CKS's Claim by Colin Kelly Kaufman, [424-2] Motion To Assign CKS's Claim by Colin Kelly Kaufman, [424-3] Motion

Set-Off Its Potential Dividend To Plan Trustee To Secure Fees by Colin Kelly Kaufman to lg (swm) [EOD 06/25/01] [90-1254]

108.  6/22/01 -- docket # 436  Response By Creditor CKS Asset Management To [424-1] Motion to Cancel CKS's Claim by Colin Kelly Kaufman, [424-2] Motion To Assign CKS's claim by Colin Kelly Kaufman, [424-3] Motion Set-Off Its Potential Dividend To Plan Trustee To Secure Fees by Colin Kelly Kaufman . (swm) [EOD 06/25/01] [90-1254]

109.  6/22/01 -- docket # 437  Proposed Findings of Fact and Conclusions of Law Re: [408-1] Second Amended Final Report by Colin Kelly Kaufman . Parties Notified. (swm) [EOD 06/25/01] [90-1254]

110.  6/26/01 -- docket # 438  Status report filed by Letty Garza. Closing arguments on #408 and 412 set for 6/27/01 2:00 pm. Rosenstein will notify all parties. (swm) [EOD 06/26/01] [90-1254]

111.  6/26/01-- Hearing On Final Arguments Re: [408-1] Amended Final Report by Colin Kelly Kaufman [412-1] Motion for Removal of Trustee, For Disgorgement of Unreasonable Fees Taken Without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management scheduled for 2:00 6/27/01 at 1133 N Shoreline Corpus Christi (swm) [EOD 06/26/01] [90-1254]

112.  6/27/01 -- docket # 439  Plan Trustee's Proposed Findings of Fact and Conclusions of Law Re: [383-1] Distribution Report, [408-1] Second Amended Distribution Report and [412-1] Motion for Removal of Trustee, For Disgorgement of Unreasonable Fees Taken Without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management . (swm) [EOD 06/27/01] [90-1254] ~~████████████████~~ Hon. ~~████████████████████████████████████████████████~~ 06/31/01)

113.  6/27/01 -- docket # 440  Hearing Re: [412-1] Motion for Removal of Trustee, For Disgorgement of Unreasonable Fees Taken Without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management. Final arguments presented. Copy of relevant docket entries to be submitted by the trustee to court by 9:00 a.m. on 6/28/01. Copies of all accounting to be submitted by trustee to Court by 9:00 on 6/28/01. Court will rule at 3:00 6/28/01 at 1133 N Shoreline Corpus Christi (swm) [EOD 6/28/01] [90-1254]

114.  6/28/01 -- docket # 441  Trustee Colin Kelly Kaufman's Copies of Documents Relating to Plan Trustee's Accountings (swm) [EOD 06/29/01] [90-1254] ~~████████████████████~~ ~~████████████████████████████████████████████████████~~ ~~████████████████████████████████████████████████████~~ Ellison, Esq., ~~████████████████████████████████████████████~~

13

A.    ██████████████████████████████████████
      ██████████████████████████████████
      ██████████████████████████

B.    Plan ████████████████████████████████

C.    Plan ████████████████████████████████████████████████
      18, ██████████████████████████████████

D.    Plan Trustee's Response to ████ Motion for ████████████████

E.    Response of CKS Asset ██████████████████████████████████ Both
      - May 25, ████████████████████████████

F.    ████████████████████████████████████████
      ██████████████████

G.    ████████████████████████████████████

H.    Plan ████████████████████████████████████
      (2nd ████████████████████

I.    Plan Trustee ██████████████████████████████████████
      (3rd Account████████████████████

J.    Plan ████████████████████████████████████████
      (4th ████████████████████

K.    Plan ████████████████████████████████████████████
      (1st Account████████████████████████

L.    Notice of Assignment of CKS ██████ Asset ████████████████████ (docket #23) -
      filed March ██, 1995

M.    Calling ████████████████████████████████████
      ████████████████████████████████████████████████

N.    ████████████████████████████████████████████████████

    115.  6/28/01 -- docket # 442  Hearing Held Re: [412-1] Motion for Removal of Trustee,
For Disgorgement of Unreasonable Fees Taken Without Court Approval and for Damages to
Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management .
Matters in this case that are still under advisement were clarified on record. Plan contemplated
fee applications were not required. Trustee would not have to file fee applications to be paid.
Trustee to be paid at lawyer rate. Fiduciary duty is owed by trustee to plan. Duty also requires
that fees and expenses should not exceed the estate assets. Detailed clarification of case and
Court's review of all matters and germane docket entries were stated on record. No creedence to
Court that trustee was obscuring or hiding any facts. Edwards v Hollaman was cited. Adequate
accounting was not given in this case. Payments were made by trustee to trustee before services
were rendered. Substantial matters are yet to be heard in this case. Outstanding issues were

clarified on record. New trustee should be appointed to continue this case. Court will withhold at this time ruling on fees yet due to plan trustee. (swm) [EOD 06/29/01] [90-1254]

116. 6/29/01 -- docket # 443  Order Granting in Part [412-1] Motion for Removal of Trustee, For Disgorgement of Unreasonable Fees Taken Without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management . Colin Kaufman is removed as Plan Trustee. The United States Trustee is ordered to appoint a Successor Trustee. Parties Notified. (swm) [EOD 06/29/01] [90-1254]

117. 7/3/01 -- docket # 444  Transcript of Hearing Held on 6/28/01 (swm) [EOD 7/03/01] [90-1254]

118. 7/3/01 -- docket # 445  Motion by Creditor CKS Asset Management For Clarification and Correction Of Order Removing Plan Trustee md 7/26 (swm) [EOD 07/05/01] [90-1254]

119. 7/23/01 -- docket # 446  Response By Trustee Colin Kelly Kaufman To [445-1] Motion For Clarification and Correction Of Order Removing Plan Trustee by CKS Asset Management . to lg (swm) [EOD 07/24/01] [90-1254]

120. 7/24/01 -- docket # 447  Motion by US Trustee To Further Modify Modification To First Amended Plan Confirmed By Order Dated October 5, 1992 md 8/17 (swm) [EOD 7/25/01] [90-1254]

121. 7/24/01 -- docket # 448  Post-Trial Brief By Matthew A Rosenstein for Creditor CKS Asset Management In Support Of [412-1] Disgorgement of Unreasonable Fees Taken Without Court Approval (swm) [EOD 07/25/01] [90-1254]

122. 7/26/01 -- docket # 449  Order to Set Hearing RE: [445-1] Motion For Clarification and Correction Of Order Removing Plan Trustee by CKS Asset Management scheduled for 9:00 9/12/01 at 600 E Harrison, Brownsville Parties Notified. (swm) [EOD 07/26/01] [90-1254]

123. 7/30/01 -- docket # 450  Certificate Of Service By Matthew A Rosenstein for Creditor CKS Asset Management Of [449-1] Order Setting Hearing on Motion for Clarification and Correction of Order Removing Plan Trustee. (swm) [EOD 07/31/01] [90-1254]

15

124. 8/21/01 -- docket # 451  Order Granting [447-1] Motion To Further Modify Modification To First Amended Plan Confirmed By Order Dated October 5, 1992 by US Trustee D Michael Boudloche is named as Plan Trustee. Parties Notified. (swm) [EOD 08/21/01][90-1254]

125. 9/12/01 -- docket # 452  Trustee Colin Kelly Kaufman's Outline of Arguments on September 12, 2001. (swm) [EOD 09/13/01] [90-1254]

126. 9/12/01 -- docket # 453  Hearing Held Re: [445-1] Motion For Clarification and Correction Of Order Removing Plan Trustee by CKS Asset Management . Agreed Order presented and signed. (swm) [EOD 09/13/01] [90-1254]

127. 9/13/01 -- docket # 454  Agreed Corrected Order Granting in Part, Denying in Part [412-1] Motion for Removal of Trustee, For Disgorgement of Unreasonable Fees Taken Without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management. Parties Notified. (swm) [EOD 09/13/01] [90-1254]

128. 9/18/01 -- docket # 455  Application By Trustee D Michael Boudloche To Employ Michael B Schmidt as Attorney . to lg (swm) [EOD 09/18/01] [90-1254]

129. 9/20/01 -- docket # 456  Order Granting [455-1] Application To Employ Michael B Schmidt as Attorney by D Michael Boudloche . Parties Notified. (swm) [EOD 09/20/01][90-1254]

130. 1/29/02 -- docket # 457  Order Setting Deadlines on Final Fee Application of Colin K Kaufman - February 8, 2002 and Setting Hearing Thereon - February 22, 2002  9:00 in Corpus Christi . Parties Notified. (seh) [EOD 01/29/02] [90-1254]

131. 2/8/02 -- docket # 458  Final Application By Trustee Colin Kelly Kaufman For Compensation ( Fees: $ 427,291.50, Expenses: $ 23,634.61) and $2,300 for an appraiser Last Day to Object: 3/4/02 md 3/4 (seh) [EOD 02/12/02][90-1254]

**Tab 2. --** ████████████████████████

2a -- Ruling of Hon. George ████████████████████████ -- dated ████████ 2, 2001

2b -- Transcript of ruling of Hon. Richard ████████ -- dated ████ 19, 2001

2c -- Notice of filing of ████████████████████████████████████████ -- filed and delivered March ██, ████ ████████████████████

2d -- Motion ████████████████████████████████████████████████ ████████████████████████████

**Tab 3. --** ████████████████████████████████████████████████████████████

3a -- Entities ██████████, ██████████

3b -- Profit ████████████████████████████████████████████████████████████████ for ██████████

3c -- Gailor Kelly ████████████████████████████████████████████████████ plan ██████ -- filed ██████████, ████

Exhibits to least 2a (see application to file):

Exhibit A -- ████████████████████████████████████████████████ Charles B.

Exhibit B -- ████████████████████



3d -- Motion for extension of time ████████████████████████████████████████████ -- dated October ██, ████ ████████████████████████████████████████████ claims ██████████████████████████████████████████████

3e -- ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████

**Tab 4. --** ████████████████████████████████████████████████████████

4a -- ████████████████████████████████████████████████████████████████████ ████████████████████████████

4b -- Application ████████████████████████████████████████ -- ████████, ██ ████ ██████████



132. 2/15/02 -- docket # 459  Objection By Creditor CKS Asset Management To [458-1] Application For Compensation ( Fees: $ 427,291.50, Expenses: $ 23,634.61) and $2,300 for an

appraiser by Colin Kelly Kaufman, to lg (seh) [EOD 02/19/02] [90-1254] ~~illegible~~
~~4(4c) to Hon. George ... Esq., United States~~
~~District Judge -- ...~~

133. 2/15/02 -- docket # 460  Objection By Trustee D Michael Boudloche To [458-1]
Application For Compensation ( Fees: $ 427,291.50, Expenses: $ 23,634.61) and $2,300 for an
appraiser by Colin Kelly Kaufman, to lg (seh) [EOD 02/19/02] [90-1254] ~~illegible~~
~~to Hon. ...~~
~~Judge -- ...~~

134. 2/19/02-- Hearing Re: [458-1] Application For Compensation ( Fees: $ 427,291.50,
Expenses: $ 23,634.61) and $2,300 for an appraiser by Colin Kelly Kaufman scheduled for 9:00
2/22/02 at 1133 N Shoreline Corpus Christi (seh) [EOD 02/19/02] [90-1254]

135. 2/21/02 -- docket # 461  Response By Trustee Colin Kelly Kaufman To [460-1]
Objection by D Michael Boudloche To Application for Fees. (seh) [EOD 02/22/02] [90-1254]
~~[Used as Exhibit ... to Hon. ... Esq.,~~
~~United States District Judge -- ...~~

136. 2/21/02 -- docket # 462  Response By Trustee Colin Kelly Kaufman To [459-1]
Objection by CKS Asset Management to Application for Fees. (seh) [EOD 02/22/02] [90-1254]
~~[... Esq.,~~
~~United States ...~~

137. 2/21/02 -- docket # 463  Objection By Creditor Parkwell Investments Inc To
[458-1] Application For Compensation ( Fees: $ 427,291.50, Expenses: $ 23,634.61) and $2,300
for an appraiser by Colin Kelly Kaufman . (seh) [EOD 02/22/02] [90-1254]

138. 2/21/02 -- docket # 463  Support By Creditor Parkwell Investments Inc To [460-1]
Objection by D Michael Boudloche to Application For Fees. (seh) [EOD 02/22/02] [90-1254]

139. 2/21/02 -- docket # 464  Proffer of Trustee Colin Kelly Kaufman's Testimony
Regarding Benefits Bestowed on the Estate (seh) [EOD 02/25/02] [90-1254] ~~[Used as Exhibit~~
~~3(3b) to Hon. George ... Esq., United States~~
~~District Judge -- ...~~

140. 2/22/02 -- docket # 465  Hearing Re: [458-1] Application For Compensation ( Fees:
$ 427,291.50, Expenses: $ 23,634.61) and $2,300 for an appraiser by Colin Kelly Kaufman.
Exhibits offered and admitted. Arguments presented. Witness (C K Kaufman) sworn and
testimony presented. Witness (Michael Boudloche) sworn and testimony presented. Additional
exhibits were discussed and admitted with stipulations on record. Pending issues on this case are

19

in settlement discussions. Court will be informed by 3/8/02 as to the results of those discussions, if not settled, then a trial will be set for 9:00 3/22/02 at 1133 N Shoreline Corpus Christi. Court will issue a written ruling in the matter heard this date. Under Advisement. (seh) [EOD 02/25/02] [90-1254]

141. 2/22/02 -- docket # 466  Trustee Colin Kelly Kaufman Exhibit List (seh) [EOD 02/26/02] [90-1254] ~~[redacted]~~

142. 2/22/02 -- docket # 467  Creditor CKS Asset Management Exhibit List (seh) [EOD 02/26/02] [90-1254] ~~[redacted]~~

143. 2/25/02-- Under Advisement [458-1] Application For Compensation ( Fees: $427,291.50, Expenses: $ 23,634.61) and $2,300 for an appraiser by Colin Kelly Kaufman . (seh) [EOD 02/25/02] [90-1254]

144. 3/5/02 -- docket # 468  Notice Re: Filing of Colin K Kaufman's Post-Hearing Letter Memorandum of Issues to be Presented. (seh) [EOD 03/06/02] [90-1254] ~~[redacted]~~

145. 3/7/02 -- docket # 469  Memorandum Opinion and Order Granting [458-1] Application For Compensation ( Fees: $ 427,291.50, Expenses: $ 23,634.61) and $2,300 for an appraiser by Colin Kelly Kaufman. Payment to Colin K. Kaufman of $50,000.00 in fees and $13,759.61 in expenses . Parties Notified. (gc) [EOD 03/07/02] [90-1254] ~~[redacted]~~

146. 3/12/02 -- docket # 470  Final Judgment For Trustee D Michael Boudloche Against Trustee Colin Kelly Kaufman On Final Fee Application of Colin Kelly Kaufman. Parties Notified. (seh) [EOD 03/12/02] [90-1254] ~~[redacted]~~

147. 03/15/02 — docket #471 notice of appeal.  Receipt number 958246, fee amount. Filed by Colin Kelly Kaufman (related document(s) 469). Appellant designation due by 03/25/2002. (Srus,)(Entered: 03/19/2002).

148. 03/15/02 — docket # 472 notice of appeal.  Receipt number 958246, fee amount.

20

Filed by Colin Kelly Kaufman (related document(s) 470). Appellant designation due by 03/25/2002. (Srus,)(Entered: 03/19/2002).

149. 03/19/02 — docket # 473 notice of retention of BK record pursuant to Local Bankruptcy Rule 8007. (srus,)(Entered: 03/19/02).

150. 03/19/01 — docket # 474 notice of retention of BK record pursuant to Local Bankruptcy Rule 8007. (srus,) (Entered: 03/19/02).

151. 06/18/01 — adversary docket #1(01-2090) complaint (01-20-90) Colin Kelly Kaufman, vs. Charles B. Feldman. NOS 454 Recover Money/Property. (Filing Fee $, r 150.00 Receipt # 952513) (jh) [EOD 06/21/01][01-2090] ██████████████████████████ ██████████ ██████████████

152. 07/13/01 — Letter from Hon. Keith P. Ellison, U.S. District Judge re: letter to notify you that a complaint has been filed.

153. 12/06/01 — Letter ruling of Hon. George P. Kazen, Chief United States District Judge (in record as part of Docket #466).

154. Letters and Exhibits before Hon. George P. Kazen, Esq., Chief United States District Judge (originally sent to Hon. Keith P. Ellison, Esq., United States District Judge on August 13, 2001), showing what was before him when he ruled December 6, 2001.



B. ███████████████████████████████████████████

C. ███████████████████████████████████████████████

D. CDI's Motion ███████████████████████████████████

E. Plan Trustee's ████████████████████████████████████████████████ Asset ██████████████████████████████████████████████████ a Final Report ") (██████)

F. Plan Trustee's ████████████████████████████████ (██████)

G. Plan Trustee's ███████████████████████████████████████ of Documents, ███████████████████████████████████████████ and notice to both: (██████)

H. Plan Trustee's Original Response to CDI's Motion for Remand, of Plan Trustee; for Disgorgement of Fees, and for Damages to ███ (██████)

I. Plan Trustee's ████████████████████████████████████████████ Sp███████████████████

J. Pla██████████████████████████████████████

K. ████████████████████████

L. Plan Trustee's ██████████████████████████████████████████████ Amendment ██████████████

M. Letter of Enclosure (docket #███), of Over Seven Year Accounting by Plan Trustee (with exhibits) (05/29/01)

███████████

A. ███████████████████████████████████████

B. ███████████████████████████

C. ██████████████████████████████████████████████ ████████████████████████████████████

D. Plan Trustee ███████████████████████████

E. ████████████████████████████████████████ - May ██████████████████████████████████

F. Plan Trustee's Sixth Quarterly Body Unappreciation to Eighth Nine Quarter January 27, 19██ (████████████)

G. Plan Trustee's Fifth Report - April 26, 1999 (docket #███)

22



N.    Transcript of the Court's Ruling (06/28/01)

O.    Plan Trustee's Response to CKS's Motion for Reconsideration (07/23/01)

P.    Secs. 507(a) and 1129 of the Bankruptcy Code (11 U.S. Code), and legislative history to the latter

Q.    Expert Witness Data Sheet

154. 03/08/02 — Letters to Hon. George P. Kazen, Chief U.S. District Judge & Hon. Keith P. Ellison, U.S. District Judge re: copy of Judge Schmidt's opinion and order; also enclosed are the writings which were before Judge Schmidt.

2c --

2d --

**Tab 3 --**

3a -- Exhibit list

3b --

3c --

Exhibits to Item 3a for application

Exhibit A —

Exhibit —

Exhibit F —

Exhibit G —

Exhibit H —

Exhibit I —



3d --

3e --

**Tab 4 --**

4a --

4b -- Applicant's response to

4c -- CKS Asset Management,

4d -- Applicant's response to          — filed Feb. 21, 2002
w/exhibits

4c --    ████████████████████████████

<u>Tab 5</u> — ███████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████

██████████

A.      ██████████████████████████████████████████████
        ██████████████████████████████
        ██████████████████

B.      ████████████████████████████████████

C.      ███████████████████████████████████████████████████████████████ September 18,
        █████████████████████████████████████████████████████████

D.      ████████████████████████████████████████

E.      ███████████████████████████████████████████████████████
        █████████████████████████████████████

F.      ████████████████████████████████████████████████████████
        ███████████████████

G.      Plan Trustee's Sixth Exhibit -- April 30, 2002 (Docket #543)

H.      Plan Trustee's Report of Reorganized Expenditures in the Chischilly-Norris Bankruptcy
        (4th Accounting) ████████████

I.      Plan Trustee's ████████████████████████████████████████████
        (5th █████████████████

J.      ████████████████████████████████████████████████████████████████

K.      ██████████████████████████████████████
        (4th ████████████████████

L.      ████████████████████████████████████████████████████████████ -- filed
        ████████████████

M.      ████████████████████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████████████

N.      Plan Trustee's ████████████████████████████████████████████████ (Docket #197)

155.  03/15/02  — Letters to Hon. George P. Kazen, Chief U.S. District Judge and Hon.
Keith P. Ellison, U.S. District Judge re: another "final judgment" w/ exhibits enclosed.

██████████████

1.  Final ████████████████████████████████████████████████████████████████

2.  Cost ██████████████████████████████████████████████

3.  Memorandum ████████████████████████████████████████████████████ -- █████████████

25

156. 06/22/01 — Transcript of hearing held on June 22, 2001.

157. 06/26/01 — Transcript of hearing held on June 26, 2001.

158. 06/27/01 — Transcript of hearing held on June 27, 2001.

159. 09/12/01 — Transcript of hearing held on September 12, 2001.

160. 02/22/02 — Transcript of hearing held on February 22, 2002.  ·

161. ITEMS 161-194 Intentionally Left Blank.-- these items were from district court proceedings which were appealed to the Fifth Circuit in a different part of the case, and it would cause confusion to have two different sets of items designated as parts of the record at different times with the same numbers.

195. 02-05-03 – Docket of Case # 90-01254 from September 15, 2002 – February 5, 2003.

196. 10-23-02 – Dkt. # 499, Mike Schmidt's First Application for Compensation ($24,500 plus expenses.)

197. 10-31-02 – Dkt. # 500, Mike Boudloche's Motion to approve compromise and settlement for $25,000.

198. 11-18-02 – Dkt. # 501, Colin K. Kaufman's Response to Mike Boudloche's Motion to approve compromise and settlement.

199. 11-19-02 – Dkt. # 504, Order granting Mike Schmidt's First Application for Compensation.

200. 01-06-03 – Dkt. # 522, Amended Response to Mike Schmidt motions.

201. 01-06-03 – Dkt. # 523, Colin Kelly Kaufman's Proffer of Evidence at Mike Boudloche's Motion to Approve Compromise and Settlement.

202. 01-06-03 – Dkt. # 528, Mike Boudloche's Exhibit List at the Hearing on January 6, 2003.

203. 01-06-03 – Dkt. # 529, Colin Kelly Kaufman's Exhibit List at the Hearing on January 6, 2003.

** 204. 01-06-03 – Dkt. # ___, transcript ordered – hearing of January 6, 2003.

26

205. 01-13-03 – Dkt. # 531, Proposed order submitted by Michael Boudloche.

206. 01-13-03 – Dkt. # ___, transcript ordered – hearing of January 13, 2003 re: Dkt. # 500.

207. 01-14-03 – Dkt. # 536, Order of 01-14-03, entered 01-17-03, approving settlement agreement (same also entered on adversary docket).

208. 01-27-03 – Dkt. # 538, Colin Kelly Kaufman's Notice of Appeal.

209. 01-06-03 – Dkt. # ___, Colin Kelly Kaufman's Original Designation of Record and Issues on Appeal in the Compromise and Settlement of Adversary # 01-2090 (i.e., this document, designating record and issues on appeal.)

Respectfully Submitted,

Colin Kelly Kaufman, In propria personam
State Bar of Texas # 11113000
So. Dist. Federal ID # 9242

Colin Kelly Kaufman, Attorney at Law
1106 Third St. 78404-2312
P. O. Box 1662
Corpus Christi, TX. 78403-1662
Telephone (361) 888-8865
Telecopier (361) 888-8172

## Certificate of Service

I certify I had one of the personnel at this law office serve the foregoing writing on the persons shown on the list below, by U.S. mail, first class postage prepaid, this 6th day of February, 2003.

Colin Kelly Kaufman

27

Service List for Appeal of Compromise and Settlement of Adversary

1.       Mike Schmidt, Esq.
         712 American Bank Plaza
         711 No. Carancahua
         Corpus Christi, TX. 78475

         Telephone (361) 884-9949
         Telecopier (361) 884-6000

2.       James P. Moon, Esq.
         1660 N. Hampton Rd., Ste. 202,
         DeSoto, TX. 75115

         Telephone: (469) 567-1530
         Telecopier: (469) 567-1533

3.       Colin Kelly Kaufman, Attorney at Law
         1106 Third St. 78404-2312
         P. O. Box 1662
         Corpus Christi, TX. 78403-1662

         Telephone (361) 888-8865
         Telecopier (361) 888-8172

United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:
CHARLES B. FELDMAN D/B/A           §      CASE NO. 90-01254-B-11
CHARLES FELDMAN INVESTMENTS        §      Chapter 11

## TRUSTEE 'S DESIGNATION OF ADDITIONAL
## ITEMS TO BE INCLUDED IN THE RECORD

Comes now, Michael Boudloche ("Trustee") and files his Designation of Additional Items to be included in the Record in the Appeal of the Order Approving Compromise and Settlement with Feldman, in the above styled and numbered cause and designates items to be included as follows:

### Designation of Additional Items

1.    The Proffer of Mike Boudloche, Trustee and all Exhibits attached thereto offered and admitted at trial held on January 6, 2003.

Law Office of Michel B. Schmidt

By:_____
        Michael B. Schmidt
        712 American Bank Plaza
        Corpus Christi, Texas 78475
        Office: 361/884-9949
        Fax:   361/884-6000
        TBN: 17775200
        Federal I.D. No. 10260
ATTORNEY FOR TRUSTEE

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed, regular U.S. Mail, on this _/0_ day of February, 2002 to the persons listed below:

Mike Boudloche
1508 American Bank Plaza
Corpus Christi, TX 78475

Colin Kaufman                              _____
P.O. Box 1662
Corpus Christi, TX 78403-1662                  Michael B. Schmidt

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By_____ Deputy Clerk

| 341 MEETING (Date, Time, Loc.) | CLAIM DEADLINE | DIST. NO. **054** | OFF. NO. **1** | DOCKET NUMBER YR–NUMBER **90-01254** |
|---|---|---|---|---|
| DISCHARGE HEARING (Date, Time, Loc.) | 523/727 COMPLAINT | DATE PETITION FILED **7-11-90** | REOPENED | CHECK IF APPLICABLE ☐ Joint Petition |

**DEBTOR**

| NAME OF DEBTOR (Last, First, Middle) **FELDMAN, CHARLES B.** | NAME OF JOINT DEBTOR |
|---|---|
| AKA/DBA **CHARLES B. FELDMAN INVESTMENTS** | AKA/DBA |
| SS or EMPLOYER ID **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** | SS or EMPLOYER ID |
| ADDRESS OF DEBTOR **926 Lantana Drive** **Harlingen, Texas 78551** | ADDRESS OF JOINT DEBTOR |

| NAME OF COUNTY **Cameron** | COUNTY CODE **48061** | NAME OF JUDGE **Schmidt** | JUDGE CODE **A417** | TRUSTEE CODE |
|---|---|---|---|---|

| TYPE OF CASE (Check one box) | | NATURE OF DEBT (Check One Box) | |
|---|---|---|---|
| X ◄ Voluntary | ◄ Involuntary | X ◄ BUSINESS (Complete below) | ◄ Non-business/Consumer (do not complete below) |

| COMMENCED UNDER (Check One Box) | | IF BUSINESS, FORM OF ORGANIZATION (Check One Box) | |
|---|---|---|---|
| ◄ Ch. 7 | ◄ Ch. 11 Railroad | X ◄ Individual | ◄ Partnership |
| ◄ Ch. 7 Broker | ◄ Ch. 12 | ◄ Corp. Publicly Held | ◄ Corp. Closely-Held |
| ◄ Ch. 9 | ◄ Ch. 13 | TYPE OF BUSINESS (Check One Box) | |
| X ◄ Ch. 11 | ◄ Sec. 304 | ◄ Farmer / ◄ Profess. | ◄ Trans-portatn / ◄ Construction / ◄ Real Estate |

| ESTIMATED NO. CREDITORS | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1–15 | 16–49 | 50–99 | 100–999 | 1000–over | ◄ Retail/Whsle. | ◄ Mftr./Mining | ◄ Other Business |
| ☐ | ☒ | ☐ | ☐ | ☐ | | | |

| ESTIMATED ASSETS (IN 000'S OF DOLLARS) | | | | | EST. NUMBER OF EMPLOYEES – CH.11 and CH. 12 ONLY | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Under 50 | 50–99 | 100–499 | 500–999 | 1000–over | 0 | 1–19 | 20–99 | 100–999 | 1000–over |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| ESTIMATED LIABILITIES (IN 000'S OF DOLLARS) | | | | | EST. NO. OF EQUITY SECURITY HOLDERS–CH.11 and CH.12 ONLY | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Under 50 | 50–99 | 100–499 | 500–999 | 1000–over | 0 | 1–19 | 20–99 | 100–999 | 1000–over |
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ No assets will be available for distribution to creditors
☒ Assets will be available for distribution to creditors                    ID

**TRUE COPY I CERTIFY ATTEST:**
MICHAEL N. MILBY, Clerk of Court
By _____ Deputy Clerk

| ATTORNEY FOR DEBTOR (NAME, ADDRESS, AND TELEPHONE NUMBER) | TRUSTEE (NAME, ADDRESS, AND TELEPHONE NUMBER) |
|---|---|
| JAMES P. MOON   Moore & Hall LLP Simpson, Dowd & Moon      ower 2611 W. Ovilla Rd. 2603 McKinney Avenue, Suite 350 Dallas, TX 75204   Red Oak Tx 75154 | Examiner: Colin K. Kaufman P. O. Box 1666  1662 Corpus Christi, Texas 78403 |

| | | Application and Order for Payment of Installment Filing Fee | Entry | Number | Order/Notice to File Claims and Certificate of Mailing |
|---|---|---|---|---|---|
| | | | | | Notice of Discharge Hearing/and Certificate of Mailing |
| | | | | | Notice of Confirmation Hearing and Certificate of Mailing |
| | | Statement of Affairs and Schedules (or Ch.12 or Ch.13 Statement) | | | Section 341 Meeting conducted |
| | | Schedule of Income and Expenditures | | | Discharge granted |
| | | Statement of Debtor's Intentions | | | Notice of Discharge & Certificate of Mailing |
| | | Appointment of Trustee | | | Trustee's Final Report: ☐ No Asset   ☐ Asset |
| | | Trustee's Bond & Order Approving/ Trustee Acceptance | | | Orders of Final Distribution |
| | | Notice of Section 341 Meeting & Certificate of Mailing | | | Order Closing Case |

SEP 1 4 2000

R0001

B100 (Rev. 6/87) BANKRUPTCY DOCKET

| DATE FILED | DATE OF ENTRY | DOCUM NUM | |
|---|---|---|---|
| 7-11-90 | 7-11-90 | 1 | Voluntary Petition, Creditors Holding 20 Largest Unsecured Claims, List of Creditors, List of Assets, Disclosure of Compensation |
| 7-18-90 | 7-18-90 | 2 | NOTICE Re: Local Rule 1002(c) Alphabetized IBM Cards   nl |
| 7-18-90 | 7-18-90 | 3 | Completed IBM Mailing Cards Received   nl |
| 7-20-90 | 7-25-90 | 4 | Notice of Appearance and Request for Service of Papers - Simank/Parkwell Investments, Inc. c/s   nl |
| 7-27-90 | 7-27-90 | 5 | Schedule of Assets and Liabilities; Schedule A- Stmt of all liabilities of Debtor; A-1;A-2;A-3; Schedule B. Statement of all property of Debtor; Schedule B-1;B-2;B-3;B-4;Summary of Debts and Property NL |
| 7-27-90 | 7-27-90 | 6 | Statement of Financial Affairs for a Debtor engaged in business.   nl |
| 7-27-90 | 7-27-90 | 7 | Amended Mailing Matrix   nl |
| 7-27-90 | 7-30-90 | 8 | APPLICATION to Appear Pro Hac Vice--filed by James P. Moon and Eric A. Liepins, counsel for the Debtor C/S (order enclosed)   M/D 7-30-90 jlj |
| 7-31-90 | 8-8-90 | 9 | Creditors Holding 20 Largest Unsecured Claims;statement of Executory Contracts.   nl |
| 7-30-90 | 8-8-90 | 10 | APPLICATION FOR Authority to Employ Counsel for the Debtor, to employ James P. Moon (Order encl) M/D 8-8-90   nl |
| 7-30-90 | 8-8-90 | 11 | APPLICATION to Approve employment of Accountants Pursuant to 11 U.S.aC §327, the firm of Chidester, Marlow & White, P.C. as accountants (Order encl)   nl   M/D 8-8-90 |
| 7-27-90 | 8-8-90 | 12 | In Re: IBM Cards Received   nl |
| | 8-13-90 | 13 | (RSS) ORDER entered. Parties notified. Application to Appear Pro Hac Vice filed by James P. Moon and Eric A. Liepins as Counsel for Debtor. RE#8 --GRANTED   jl |
| | 8-13-90 | 14 | (RSS) ORDER entered. Parties notified. Application for Authority to Employ Counsel for Debtors (James P. Moon). RE#10--GRANTED |
| | 8-13-90 | 15 | (RSS) ORDER entered. Parties notified. Debtors Application to Approve Employment of Chidester, MARLOW & White, Accountants. RE#11--GRANTED   jl |
| 8-31-90 | 9-4-90 | 16 | NOTICE of Chapter 11 Filing. Creditor's Meeting set 9-14-90 @ 12:30 p.m., Brownsville. Claims: 90 days from 9-14-90. Obj to Discharge 60 days from 9-14-90. c/m   nl |
| 9-4-90 | 9-10-90 | 17 | MONTHLY OPERATING REPORT for 7-11-90 to 7-31-90   nl |
| 9-13-90 | 9-17-90 | 18 | Request for Notices - Curl/NCNB Texas National Bank c/s   nl |

expandable folder

PAGE

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD | DOCKET NUMBER |
|---|---|---|---|---|
| 9-21-90 | 10-1-90 | 19 | MONTHLY OPERATING REPORT 8-1-90 - 8-31-90 | nl |
| 10-2-90 | 10-4-90 | 20 | MOTION for Appointment of trustee - filed by NCNB Texas National bank (Curl) c/s; 20 day notice provision c/s (Order encl)                     M/D 10-25-90 | nl |
|  |  |  | 341 MEETING HELD 9-14-90 |  |
| 10-9-90 | 10-11-90 | 21 | List of Appearances/Trustee's Report after Meeting of Creditors-Debtor Appeared. No adjourned meeting. | nl |
| 10-12-90 | Adv. No. 90-0142-B | | Charles B. Feldman dba W. Charles B. Feldman Investments v Parkwell Investments, Inc. Complaint to Recover Property Transferred in Violation of 11 U.S.C. §547 |  |
|  | *order auth. comp. Controversy entered 12/3/91. See #126.* | | | |
| 10-12-90 | ADV. NO. 90-0143-B | | Charles B. Feldman, et al v NCNB Texas National Bank dba NCNB Texas Complaint to Recover Money of the Estate Transferred in Violation of 11 U.S.C. §547 |  |
|  | *dismissed 11-15-'91* | | | |
| 10-19-90 | 10-22-90 | 22 | RESPONSE and Objection to M/Appointment of Trustee (Re # 20) of NCNB Texas National Bank - filed by Debtor(Moon) c/s cc:GM | nl |
| 10-23-90 | 10-30-90 | 23 | MONTHLY OPERATING REPORT for 9-1-90 - 9-30-90 | nl |
| 10-23-90 | 10-30-90 | 24 | RESPONSE to M/Appointment of Trustee - filed by Parkwell Investments, Inc. (Simank) c/s | nl |
| 10-31-90 | 11-2-90 | 25 | NOTICE or Rule 2004 Examination of Debtor - filed by Texas National to take examination of Charles b. Feldman on 11-15-90 @ 10:30 a.m. (Curl) c/s | nl |
| 11-5-90 | 11-5-90 | 26 | NOTICE/Application for Allowance of Attorney's Fees and Reimbursement of expenses - filed by James P. Moon, attorney for Debtor, for the period of 7-3-90 through 8-31-90 for $14,945 for professional fees and for reimbursement of expenses of $2,430.89 for expenses. (Moon) c/s; 20 day notice; (No order) *(Order encl)* M/D 11-24-90 | nl |
| 10-24-90 | 11-9-90 | 27 | NOTICE of Appointment of Committee of Unsecured Creditors - (Cornelius) c/s | nl |
| 11-7-90 | 11-9-90 | 28 | AMENDED NOTICE of Rule 2004 Examination of Debtor - filed by NCNB Texas Natl Bank; (Curl) c/s | nl |

B100E (7/86)

R0003

90-01254-B-11

DOCKET NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 11-15-90 | 11-27-90 | 29 | MOTION for Protective Order--filed by Debtors (RE: 2004 Examination to be conducted by NCNB) C/S and Certificate of Conference; order enclosed-TO GORDON  jl: |
| 11-9-90 | 11-29-90 | 30 | MONTHLY OPERATING REPORTS for October, 1990  jl: |
| 11-14-90 | 11-29-90 | 31 | NCNB Texas National Bank's RESPONSE to and Request for Hearing on Application for Allowance of Attorney's Fees and Reimbursement of Expenses. RE#26  (Curl) C/S  jl: |
| 11-15-90 | 11-29-90 | 32 | NOTICE of Appearance and Request for Notice- Christopher M. Weil, Amy Brooks Ganci/Weil & Petrocchi for Albert White, Trustee, Charles Feldman Life Insurance Trust and Charles Feldman Life Insurance Trust C/S  jl: |
| 12-14-90 | 12-21-90  33 | 33 | Notice of Appearance and Request for Notice - Stephen/Franklin Federal Bancorp  c/s  nl |
| 12-17-90 | 12-27-90 | 34 | NOTICE of Appearance and Request for Notice- Millard O. Anderson, Jr/Ludwick & Anderson for Texas State Mortgages, Inc. C/S  jl: |
| 12-26-90 | 12-27-90 | 35 | MONTHLY OPERATING REPORTS for November, 199′ |
| 1-14-91 | 1-16-91 | 36 | NCNB Texas National Bank's MOTION to Convert or Dismiss (Curl) C/S; no notice; order enclosed           M/D 1-16-91 jlj |
| 1/17/91 | 1/22/91 | 37 | MONTHLY OPERATING REPORT for Dec., 1990    nl |
| 1/28/91 | 1/28/91 | 38 | Request for Hearing (Re # 36) NCNB Texas Natl Bank M/Convert or Dismiss - filed by debtor (MOON)                          nl |
| 1/28/91 | 1/28/91 | 39 | DEBTor'S RESPONSE to the Motion of NCNB, Texas Natl Bank to Convert or dismiss - filed by Debtor (Moon) c/s          cc:GM  nl |
| 1/28/91 | 1/28/91 | 40 | Plan of Reorganization of Charles B. Feldman d/b/a Charles B Feldman Investments       nl |
| 1/28/91 | 1/28/91 | 41 | Disclosure Statement of Charles b. Feldman                                    cc:GM    nl |
| 1/28/91 | 1/28/91 | 42 | Certificate of Service of  (#40) & (#42) Plan of Reorganization & Disclosure Stmt (Moon)                                  nl |
| 1/28/91 | 1/30/91 | 44 43 | Telephonic NOTICE OF HEARING  hrg set 2/27/91 @ 9:00 a.m., McAllen Re(#36) (J) NCNB Tx Natl Bank M/Convert or dismiss and NCNB Tx Natl Bank M/Appt trustee  GM  nl |

See expandable file

R0004   Coastal

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD | |
|---|---|---|---|---|
| | 1/31/91 | 44 | (RSS) ORDER entered. Parties notified. Order and Notice for Hearing on Disclosure Statement GRANTED. hrg set 3/20/91 @ 9:00 a.m., McAllen (Docket Call 3/13/91 @ 9:00 a.m.); last date to file and serve written objections to disclosure stmt 3/4/91; w/in 7 days after entry of order, plan proponent to transmit copy of disclosure stmt and plan to parties | nl |
| 1/29/91 | 2/8/91 | 45 | Certificate of Service of Notice of Hearing (Re # 43) (Curl) | nl |
| 1/29/91 | 2/8/91 | 46 | NOTICE of Continuation Rule 2004 examination of Debtor; Examination of Charles Feldman on 2/27/91 @ 1:30 p.m., Harlingen (Curl) c/s nl | |
| 2/13/91 | 2/19/91 | 47 | NOTICE OF HEARING hrg set 3/6/91 @ 9:00 a.m., McAllen Reset from 2/27/91 pursuant to RSS bench announcement in Brownsville 2/6/91 NCNB Tex Natl Bank M/Convert or Dismiss (#36) (J) and NCNB Tx Natl Bank M/Appoint a trustee (#20,#24) GM c/m | nl |
| 2/20/91 | 2/21/91 | 48 | (RSS) COURTROOM MINUTES - Docket Call held on 2/20/91 on (#20/24) M/Appoint Trustee. No appearances/no action taken. | nl |
| 2/20/91 | 2/21/91 | 49 | (RSS) COURTROOM MINUTES - Docket Call held on 2/20/91 on (#36) M/Dismiss. No appearances/ no action taken. | nl |
| 2/19/91 | 2/25/91 | 50 | NOTICE of Reset Hearing (Re #36) on M/Convert or Dismiss Certificate of Service of Re # 47 (Curl) c/s | nl |
| 2/20/91 | 2/25/91 | 51 | MONTHLY OPERATING REPORT for 1/1/91 - 1/31/91 | nl |
| 2/21/91 | 2/25/91 | 52 | NOTICE OF HEARING hrg set 3/20/91 @ 9:00 a.m., McAllen (Re # 26) Appl/allowance atty fees & reimbursement of exp of J. P. Moon GM/cm | nl |
| 2/25/91 | 2/25/91 | 53 | MOTION for Continuance - filed by Debtor (Re #46, 36) (Moon) c/s (Order encl)M/D 2/25/91 r. | |
| 2/19/91 | 3/1/91 | 54 | NOTICE of Continuation of Rule 2004 Examination of Debtor - filed by NCNB Texas Natl Bank to resume Examination of Charles B. Feldman (Re # 46) on 3/6/91 @ 1:30 p.m., Harlingen (Curl) c/s | nl |
| | 3/1/91 | 55 | (RSS) ORDER entered. Parties notified. (#53, M/Continuance Re # 36, M/of NCNB Texas Natl Bank to dism or convert GRANTED. hrg set 3/20/91 @ 9:00 a.m., McAllen | nl |

DOCKET NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 2/29/91 | 3/18/91 | 56 | Statement by the U. S. Trustee of Inability to appoint a committee of unsecured creditors (Westcott) c/s      nl |
| 3/5/91 | 3/18/91 | 57 | **NOTICE** of Resetting of Hearing on M/Convert or Dismiss (Re #36) hrg reset to 3/20/91 @ 9:00 a.m., McAllen (Moon) c/s      nl |
| 3/6/91 | 3/18/91 | 58 | **(RSS) COURTROOM MINUTES** – Docket Call held on 3/6/91 on (#36) M/Dismiss; Reset to 3/20/91 @ 9:00 a.m., McAllen      nl |
| 3/6/91 | 3/18/91 | 59 | **(RSS) COURTROOM MINUTES** – Docket Call held on 3/6/91 on (#20/24) M/Appoint Trustee; Reset 3/20/91 @ 9:00 a.m., McAllen      nl |
| 3/15/91 | 3/18/91 | 60 | Certificate of Service of Subpoena to Charles B. Feldman on 3/7/91 (Barker) Texas Civil Process, Inc.      nl |
| 3/4/91 | 3/18/91 | 61 | Subpoena to witness in a bankrutpcy case – to Charles B. Feldman to appear and testify @ 9:00 a.m., 3/20/91, McAllen      nl |
| 3/15/91 | 3/18/91 | 62 | **MOTION to extend time to file objections** to Disclosure Stmt and to continue hearing on disclosure stmt - filed by NCNB Texas National Bank (Curl) c/s (Order encl)      M/D 3/18/91      nl |
| 3/13/91 | 3/18/91 | 63 | **(RSS) COURTROOM MINUTES** – Docket Call held on 3/13/91 on (#20-24) Appl/appoint Trustee filed by NCNB TX Natl Bank; no appearances/no action taken      nl |
| 3/13/91 | 3/18/91 | 64 | **(RSS) COURTROOM MINUTES** – Docket Call held on 3/13/91 on (#26) Appl/atty fees of James Moon. No appearance, no action taken      nl |
| 3/13/91 | 3/18/91 | 65 | **(RSS) COURTROOM MINUTES** – Docket Call held on 3/13/91 on (#36/55) M/Dismiss. Creditors M/Dismiss of NCNB TX Natl Bank. No appearances/ no action taken.      nl |
| 3/13/91 | 3/18/91 | 66 | **(RSS) COURTROOM MINUTES** – Docket Call held on 3/13/91 on (#41) Disclosure Stmt; no appearances no action taken      nl |
| 3-18-91 | 3-25-91 | 67 | **RESPONSE** to Motion to Continue. RE#62-- filed by Debtor C/S |
| 3-12-91 | 3-25-91 | 68 | MONTHLY OPERATING REPORTS for Feb., 1991 |
| 3-20-91 | 3-25-91 | 69 | **OBJECTIONS** of NCNB Texas National Bank to Debtor's Disclosure Statement (Curl) C/S      jlj |

R0006    Cont'd

B1005 (7/86)

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 3/20/91 | 3/26/91 | 70 | (RSS) COURTROOM MINUTES--Hearing held on 3/20/91 on (#41) Disclosure Stmt; Reset to 4/9/91 @ 10:00 a.m., C.C.  nl |
| 3/26/91 | 3/28/91 | 71 | (RSS) COURTROOM MINUTES - Docket Call held on 3/26/91 Re: Stamping Procedure; reset for 3/27/9 9:00 a.m. (telephone conference)  nl |
| 3/27/91 | 3/28/91 | 72 | (RSS) COURTROOM MINUTES - Docket Call held on 3/27/91 telephone conference Re: Stamping procedure. to be reset per RSS. Parties to contact GM  nl |
| 4/2/91 | 4/5/91 | 73 | Application for Allowance of Professional Fees and Reimbursement of expenses - filed by Al White, P.C., Authorized Accountants for Debtor (Moon) c/s; 20 day notice (no order)r. M/D 4/12/91 |
| 4/3/91 | 4/5/91 | 74 | NOTICE of resetting hearing on Disclosure Statement - reset to 4/9/91 @ 10:00 a.m., C.C. (Moon) c/s  nl |
| 4/3/91 | 4/5/91 | 75 | Franklin Federal Bancopr's OBJECTION to Disclosure Statement - filed by Franklin Federal bancorp, creditor; (Stephen) c/s cc:GM |
| 4/9/91 | 4/10/91 | 76 | (RSS) COURTROOM MINUTES--Hearing held on 4/9/91 on (#41) Disclosure Stmt; Agreed Disclosure Stmt to be filed in 14 days after Judge signs Order requesting Trustee to provide information  nl |
| | 4/15/91 | 77 | (RSS) ORDER entered. Parties notified. (#20) M/by NCNB Texas Natl to Appoint Examiner GRANTED  nl |
| | 4/15/91 | 78 | (RSS) ORDER entered. Parties notified. (#62) M/ext time to file obj filed by NCNB GRANTED. Deadline for filing & serving written obj to disc stmt reset to 5/10/91; Hrg on Approval of debtor disc stmt reset to 5/22/91, McAllen, TX 9:00 a.m.  nl |
| | 4/17/91 | 79 | (RSS) ORDER entered. Parties notified. Appointment of Jeffrey A. Shadwick, 910 Travis Bldg., Suite 1600, Hosuton, TX 77002-5895 as examiner GRANTED (VACATED 4/22/91 RSS)  nl |
| | 4/18/91 | 80 | (RSS) ORDER entered. Parties notified. (#26) Appl for atty's fees GRANTED. Moon to be awarded $14,845 for services and $2,430.89 for out of pocket exp for 7/3/90 and 8/31/90  nl |
| | 4/23/91 | 81 | (RSS) ORDER entered. Parties notified. NOTICE of Appointment of Examiner, Phil Snow, 1331 Lamar, Suite 1070, Houston, TX 77010 |

*Begin Volume #3*

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 4/23/91 | 4/24/91 | 82 | MONTHLY OPERATING REPORT for 3/1/91 to 3/31/91 |
| 4/25/91 | 4/26/91 | 83 | Transcript of Hearings on Various Motions on 3/20/91 · nl |
| *See exp undable file* | | | |
| 5/1/91 | 5/3/91 | 84 | Notice of Appearance and Request for Notice combined w/Request for all copies pursuant to Bkptcy Rule 2002(a) and Pleadings pursuant to Bkptcy Rules 3017(a) and 9007 - filed by Examiner, Phil F. Snow; c/s; verified statement pursuant to Bkptcy Rule 2014(a) attached · nl |
| 5/3/91 | 5/3/91 | 85 | MOTION to clarify responsibilities of examiner and shorten time to respond to discovery requests - filed by Phil F. Snow, examiner; 20 day notice (Snow)  c/s (Order encl) M/D 5/26/91 · nl |
| 5/3/91 | 5/3/91 | 86 | MOTION for expedited hearing on the Examiner's M/Clarify Responsibilities of Examiner and shorten time to respond to discovery requests 15 day notice; (Order encl) (Snow) c/s M/D 5/3/91 · nl |
| 5/9/91 | 5/9/91 | 87 | Examiner's Motion to Compel Disclosure - filed by Phil F. Snow (Snow) c/s (Order encl) M/D 5/9/91 · r. |
| | 5/10/91 | 88 | (RSS) ORDER entered. Parties notified. (#73) Appl/Allowance of Professional Fees for 9/30/91 through 12/31/91 $1,590.00 filed by Al White, P.C. GRANTED · nl |
| 5/15/91 | 5/16/91 | 89 | (RSS) COURTROOM MINUTES - Docket Call held on 5/15/91 on (#41/62) Disclosure stmt; no app, no action taken · nl |
| 5/17/91 | 5/20/91 | 90 | MONTHLY OPERATING REPORT for April, 1991 · nl |
| | 5/23/91 | 91 | (RSS) ORDER entered. Parties notified. (#86) M/expedited hrg Moot. · nl |
| 5/21/91 | 5/23/91 | 92 | MOTION to Reset Hrg on Disclosure Statement - filed by Debtor (Moon) c/s (Order encl) M/D 5/23/91 · nl |
| 5/22/91 | 5/28/91 | 93 | (RSS) COURTROOM MINUTES--Hearing held on 5/23/91 on (#41/62) Disclosure Statement. Passed to 6/26/91 @ 9:00 a.m., in McAllen; M/settle pending. · nl |
| | 6/3/91 | 94 | (RSS) ORDER entered. Parties notified. (#85) M/Clarify Responsibilities of examiner & Shortening time to Respond to Discovery Request GRANTED obj to disc shortened to 15 days · nl |

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| | 6/6/91 | 95 | (RSS) UNSIGNED ORDER entered. Parties notified. (#87) Examiner's M/compel Denied w/o Prejudice nl |
| | 6/6/91 | 96 | (RSS) ORDER entered. Parties notified. ((92) M/reset hrg on Disclosure Stmt GRANTED Reset to 6/26/91, 9:00 a.m., McAllen     nl |
| 6/7/91 | 6/10/91 | 97 | NOTICE to take bankruptcy Rule 2004 examination of Feldman's Valley Wide, Inc. on 6/19/91 @ 10:00 a.m., Harlingen - filed by Phil F. Snow, examiner c/s     nl |
| 6/7/91 | 6/10/91 | 98 | NOTICE to take Bkpcty Rule 2004 examination of Feldman's Real Estate on 6/19/91 @ 10:00 a.m. Harlingen (Snow) c/s     nl |
| 6/7/91 | 6/10/91 | 99 | NOTICE to take Bkpcty Rule 2004 examination of Charles Feldman on 6/19/91 @ 10:00 a.m., Harling - filec by Phil F. Snow, Examiner c/s     nl |
| 6/12/91 | 6/12/91 | 100 | MOTION to Continue Disclosure Statement Hearing - filed by Debtor to continue from present 6/26/91 setting until 8/7/91 @ 9:00 a.m., Brownsville (Moon); certificate of conference; c/s (order encl)      M/D 6/12/91    nl |
| 6/12/91 | 6/12/91 | 101 | NOTICE to take Bkpcty Rule 2004 Examination of the Charles b. Feldman Insurance Trust - filed by Examiner Snow, beginning @ 9:00 a.m., 6/21/91, HARLINGEN (Snow) c/s     nl |
| 6/12/91 | 6/12/91 | 102 | NOTICE to take Bkpcty Rule 2004 Examination of Chidester, Marlow & White on 6/21/91 @ 9:00 a. Harlingen- filed by Examiner Snow, c/s    n |
| 6/12/91 | 6/18/91 | 103 | MONTHLY OPERATING REPORT for May, 1991    nl |
| | 6/20/91 | 104 | (RSS) ORDER entered. Parties notified. (#100) M/Continue Disclosure Stmt Hrg GRANTED. Continued until 8/7/91 @ 9:00 a.m., Brownsville.     nl |
| 6/19/91 | 6/21/91 | 105 | (RSS) COURTROOM MINUTES - Docket Call held on 6/19/91 on (#41/62) Disclosure Stmt; Reset to 8/7/91 @ 9:00 a.m, Brownsville    nl |
| 7-26-91 | 7-30-91 | 106 | MONTHLY OPERATING REPORTS for June, 1991    jl |
| 7-31-91 | Adv. No. 91-2167-B DISMISS CD 2/16/93 | | NCNB Texas National Bank v Charles B. Feldman, et al Order of Referral from U.S. District Court, Brownsville Division - Civil Action No. B-90-137 |

- over -

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD | |
|---|---|---|---|---|
| 8-2-91 | 8-8-91 | 107 | EXPEDITED MOTION to Continue hearing on Disclosure statement--filed by Debtor (Liepins) C/S; order enclosed M/D 8-2-91 | j1 |
| | 8-9-91 | 108 | (RSS) ORDER entered. Parties notified. RE#107-Expedited Motion to Continue Hearing on Disclosure SStatement. Continued to 9-25-91 @ 9:00 a.M. McAllen-GRANTED | j1 |
| 7-31-91 | 8-13-91 | 109 | (RSS) COURTROOM MINUTES--Docket Call held on 7-31-91. Hearing held 8-7-91. Disclosure Statement #41/62. Motion to reset pending Reset to 9-25-91 @ 9:00 A.M | j1 |
| 8-7-91 | 8-15-91 | 110 | NOTICE of Appearance and Request for Notice-Nancy L. Abell, assistant U. S. Attorney for Internal Revenue Service C/S | j1 |
| 8-__91 | 8-29-91 | 111 | MONTHLY OPERATING REPORTS for July, 1991 | j1 |
| 9-16-91 | 9-17-91 | 112 | MONTHLY OPERATING REPORT FOR MONTH ENDING August 31, 1991 | gc |
| 9-9-91 | 9-20-91 | 113 | Request of Creditor Pursuant to Bankruptcy Rule 2002(g) Providing Proper and Exclusive Address for Service of Notices and Pleadings - Wendell Livingston, BECKET & WATKINS, for MBNA America, Successor to Maryland Bank, NA | gc |
| 9-24-91 | 9-26-91 | 114 | Agreed MOTION to Continue Disclosure Stmt Hearing - James Moon - C/S and Certificate of Conference by Eric Liepins - M/D 9-26-91 | gc |
| 9/25/91 | 10/2/91 | 115 | (RSS) COURTROOM MINUTES--Hearing held on 9/18/81 and 9/25/91 Re:#41/62, Disclosure Statement-Expedited Motion to reset filed 9/23/91. | sk |
| | 10/2/91 | 116 | (RSS) ORDER entered. Parties notified. Re:#114, Order of Continuance-GRANTED. Disclosure Hearing RESET TO 11/6/91 @ 9:00 a.m., Brownsville. | sk |
| 10-15-91 | 10-21-91 | 117 | Monthly Operating Report - September, 1991 | j1 |
| 10-23-91 | 10-23-91 | 118 | United States of America's (Internal Revenue Serivce) OBJECTION to Debtor's Disclosure Statement (Abell) C/S | j1 |
| 10-28-91 | 10-31-91 | 119 | MOTION for Approval of Compromise and Settlement Agreement--filed by Debtor (w/ Parkwell Investments, Inc.) C/S; 20 day notice order enclosed M/D 11-18-91 | |

- Continued -                                                    R0010

PAGE    6-CHARLES B. FE...    90-01254-B-11
                            DOCKET NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 10-28-91 *Begin Volume #5* | 10-31-91 | 120 | **REPORT** of the Examiner (Snow) — |
| 10-28-91 | 10-31-91 | 121 | Certificate of Service. RE#120 (Snow) |
| 11-6-91 | 11-8-91 | 122 | (RSS) **COURTROOM MINUTES**--Hearing held on Disclosure Statement 41/62. Order to be prepared by Mr. Moon. Amended Disclosure Statement to be filed by 11/25/91. Objections are due by 12/16/91. Amended Disclosure Statement Hearing to be scheduled for 12/19/91 @ 9:00 A.M. McAllen |
| 11-7-91 | 11-8-91 | 123 | **APPLICATION** for Allowance of Professional Fees and Reimbursement of Expenses filed by Al White and the Accounting Firm of Chidester, Marlow & White for the period January 1, 1991 through September 30, 1991 in the amount of $4,155.00 C/S; 20 day notice; order enclosed (submitted by attorney for Debtor)  **M/D 11-30-91** |
| 11-20-91 | 11-21-91 | 124 | **MOTION** for Appointment of Examiner--filed by NCNB Texas National Bank C/S; 20 day notice; order enclosed (Curl)  **M/D 12-13-91** |
| 11-19-91 | 11-22-91 | 125 | Monthly Operating Report – October, 1991 |
|  | 12-2-91 | 126 | (RSS) **ORDER** entered. Parties notified. RE#119-Motion for Approval of Compromise and Settlement Agreement with Parkwell Investments, Inc. (Adversary #90-'0142)--**GRANTED** |
| 11-27-91 | 12-4-91 | 127 | **MOTION** to Extend Deadlines for Approval Date of Disclosure Statement-filed by Debtor (Debtor to have until 12-6-91 to file Amended Disclosure Statement, Objections to be filed by 1-10-92, Order approving Disclosure Statement to be presented on 1-15-92) C/S; order enclosed  **M/D 12-2-91** |
|  | 12-4-91 | 128 | (RSS) **ORDER** entered. Parties notified. RE#123-Second Application for Allowance of Porfessional Fees and Reimbursement of Expenses filed by Al White and the Accounting Firm of Chidester, Marlow & White for the period January 1, 1991 through September 30, 1991 in the amount of $4,155.00-**GRANTED** |
|  | 12-4-91 | 129 | (RSS) **ORDER** entered. Parties notified. RE#127 (Agreed)-Debtor's Motion to Extend Deadlines for Approval Date of Discovery Statement **GRANTED** |

-aser.    R0011

6A-FELDMAN, CHARLES

PAGE _____

90-01254-B-11

DOCKET NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD | |
|---|---|---|---|---|
| 12-6-91 | 12-9-91 | 130 | FIRST AMENDED DISCLOSURE STATEMENT | |
| 12-6-91 | 12-9-91 | 131 | FIRST AMENDED PLAN OF REORGANIZATION | j1 |
| | 12-20-91 | 132 | (RSS) ORDER entered. Parties notified. APPOINTING Examiner (Examiner to be appointed by U. S. Trustee)--GRANTED | j1: |
| 12-19-91 | 12-23-91 | 133 | (RSS) COURTROOM MINUTES--Hearing held on 12-19-91. Disclosure Statement 41/62. Passed to 1/15/92 @ 9:00 A.M. Brownsville. Amended Disclosure Statmeent to be filed. Judge ordered a Courts Motion to Show Cause why this case is not converted or dismissed to be added to the docket for 1/15/92. | j1: |
| 12-23-91 | 12-26-91 | 134 | Monthly Operating Report - November, 1991 | j1: |
| | 12-30-91 | 135 | (RSS) ORDER entered. Parties notified. Show Cause Hearing set 1-15-92 @ 9:00 A.M. Brownsville for Failure to timely confirm plan of reorganization-GRANTED | j1 |
| 1-8-92 | 1-8-92 | 136 | Certificate of SErvice. RE#135 | j1 |
| 1-10-92 | 1-10-92 | 137 | NOTICE of Substitution of Claim Pursuant to Bankruptcy Rule 3001(e)(2)--filed by FDIC (NCNB Texas National Bank substituting to FDIC) C/S | j1j |
| 1-10-92 | 1-10-92 | 138 | OBJECTIONS of Federal Deposit Insurance Corporation to Debtor's Amended Disclosure Statement C/S (Stoffer) | j1j |
| 1/13/92 | 1/15/92 | 139 | NOTICE OF Appearance and Request for Notices-Charles M. Jefferson and James M. Stoffer for FDIC/Successor in Interst to NCNB Texas National Bank | j1 |
| 1/13/92 | 1/15/92 | 140 | APPLICATION to Appear Pro Hac Vice--filed by Chalres M. Jefferson to appear for FDIC, Successor in Interest to NCNB C/S; order enclosed          M/D 1-15-92 | j1 |
| 1/8/92 | 1/17/92 | 141 | (RSS) COURTROOM MINUTES--Hearing held on 1/8/92 and 1/15/92. Courts Motion to Show Cause. Amended Disclosure Statement to be presented before 2/12/92. | j1: |
| 1/8/92 | 1/17/92 | 142 | (RSS) COURTROOM MINUTES--Hearing held on 1/8/92. Disclosure Statement 41/62. Continued to 2/12/92 @ 9:00 A.M. Brownsville. Order to be prepared by James Moon qithin 10 days. Amended Disclosure Statement to be presented before 2/12/92 | j1: |

Continued - R0012

B1025 (7/88)                    DOCKET   CONTINUATION

DOCKET NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD | |
|---|---|---|---|---|
| | 1/23/92 | 143 | (RSS) **ORDER** entered. Parties notified. RE#140-Application to Appear Pro Hac Vice filed by Charles M. Jefferson on behalf of FDIC--**GRANTED** | j |
| 1/22/92 | 1/24/92 | 144 | Monthly Operating Report - Decembe,r 1991 | j |
| | 2/7/92 | 145 | (RSS) **ORDER** entered. Parties notified. RE#132-**VACATING** Order Appointing Examiner **GRANTED** | j |
| | 2/7/92 | 146 | (RSS) **ORDER** entered. Parties notified. Continuing Disclosure statement Hearing. Continued to 2/12/92 @ 9:00 A.M. Brownsville **GRANTED** | j |
| 2/12/92 | 2/14/92 | 147 | (RSS) **COURTROOM MINUTES**--Hearing held on 2/12/92. Disclosure Statement #41/62. **Continued to 3/16/92 @ 9:00 A.M. Corpus Christi** . U. S. Trustee to Appoint Examiner with authority to pursue claims outlined in report and/or to accept settlement negotiations. Examiner will be given 30 days to decide how to proceed with case. Examiners recommnedations are to be added to Disclosure Statement | jl |
| 2/12/92 | 2/14/92 | 148 | (RSS) **COURTROOM MINUTES**--Hearing held on 2/12/92. Motion to Appoint Examiner by CCNB #132. **Continued to 3/16/92 @ 9:00 A.M. Corpus Christi.** U. S. Trustee to Appoint Examiner with authority to pursue claims outline in report and/or to accept settlement recommendations. Examiner will be given 30 days to decide how to proceed with case | jl |
| 2/21/92 | 2/24/92 | 149 | Monthly Operating Report - January, 1992 | jl |
| | 3/13/92 | 150 | **(RSS) ORDER** entered.  Parties notified. Re:#124,148-Motion of NCNB Texas National Bank to Appoint Examiner-**GRANTED**. (Examiner to be appointed by UST). | sk |
| 3/13/92 | 3/18/92 | 151 | **MOTION** to Continue Hearing on Approval of Disclosure Statement/Moon-certificate of conference; c-s (Order encl) Faxed only. | sk |
| | 3/18/92 | 152 | (RSS) **ORDER** entered.  Parties notified. Re:#151-**GRANTED**. (Continued to 5/6/92 @ 9:00 a.m., Brownsville). Faxed signatures on agreed order. | sk |
| 3/16/92 | 3/18/92 | 153 | (RSS) **COURTROOM MINUTES**--Hearing held on 3/16/92 Re:#41/62, Disclosure Hearing-Resets: 6; No Appearances/No action taken. | sk |

R0013

CONTINUED

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 6/8/92 | 6/15/92 | 167 | (RSS) COURTROOM MINUTES--Docket Call held on 6/10/92. Confirmation of Chapter 11 Plan. Continued to 8/5/92 @ 9:00 A.M. Brownsville |
| | 6/15/92 | 168 | (RSS) ORDER entered. Parties notified. RE#165-Emergency Motion to Continue Hearing on Confirmation of Debtor's Plan of Reorganization. Continued to 8/5/92 @ 9:00 A.M. Brownsville-GRANTED |
| 6/15/92 | 6/16/92 | 169 | NOTICE of Hearing on Confirmation of Plan reset from 6/17/92 to 8/5/92 @ 9:00 A.M. Brownsville (Moon) C/S |
| 6/25/92 | 6/26/92 | 170 | Monthly Operating Report - May, 1992 |
| 7/17/92 | 7/17/92 | 171 | Monthly Operating Report - June, 1992 |
| 7/29/92 | 8/10/92 | 172 | (RSS) COURTROOM MINUTES--Docket Call held on 7/29/92. Confirmation of Chapter 11 Plan #154. Plan Confirmed. Order to be submitted |
| 8/20/92 | 8/21/92 | 173 | APPLICATION for Allowance of Professional Fees and Reimbursement of Expenses filed by Al Whiteand the Accounting Firm of Chidester, Marlow & White C/S; 20 day notice; no order (Moon)            M/D 9/11/92 |
| 8/20/92 | 8/24/92 | 174 | Monthly Operating Report - July, 1992 |
| | 9/18/92 | 175 | (RSS) ORDER entered. Parties notified. RE#173-Application for Allowance of Professional Fees and Reimbursement of Expenses filed by Al White/Chidester, Marlow & White for the period October 1, 1991 through June 30, 1992 in the amount of $1,170.00-GRANTED |
| | 9/21/92 | 176 | (RSS) ORDER CONFIRMING PLAN entered. Parties notified |
| 9/23/92 | 9/24/92 | 177 | Monthly Operating Report - August, 1992 |
| 9/24/92 | 9/25/92 | 178 | MODIFICATION to First Amended Plan of Reorganization (Moon) |
| 9/24/92 | 9/25/92 | 179 | Certificate of Service RE#176 and 178 (Kaufman) |
| 9/29/92 | 9/30/92 | 180 | Certificate of SErvice RE#176 (Liepins) |

— aher —

Case 1:03-cv-00072    Document 1    Filed in TXSD on 04/14/2003    Page 48 of 92

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD | |
|---|---|---|---|---|
| | 10/5/92 | 181 | (RSS) **ORDER** entered. Parties notified. **POST CONFIRMATION ORDER AND NOTICE** (cc: Debtor, Moon, Kaufman, USS) | |
| 10/21/92 | 10/22/92 | 182 | Certificate of SErvice RE#181 | jlj |
| | 10/5/92 | 183 | (RSS) **ORDER** entered. Parties notified. **ORDER DISBURSEMENT AND COSTS ALONG WITH DEBTORS POST CONFIRMATION CERTIFICATE** (cc: Debtor, Moon, Kaufman, UST) | jlj |
| 10/16/92 | 10/23/92 | 184 | Monthly Operating Report - September, 1992 | jlj |
| 10/29/92 | 10/30/92 | 185 | **MOTION** for Extension of Time to File Objection to Claims--filed by Debtor C/S; no notice provision; order enclosed **M/D 10/30/92** | jlj |
| 11/2/92 | 11/3/92 | 186 | Colin K. Kaufman's **FINAL FEE APPLICATION** as Examiner for the period March 27, 1992 through October 31, 1992 in the amount of $3,535.00 fees and expenses of $96.90 C/S; 20 day notice; order enclosed **M/D 11/26/92** | jl: |
| | 11/12/92 | 187 | (RSS) **ORDER** entered. Parties notified. RE#185-Motion for Extension of Time to File Objections to Claims (extended to November 30, 1992)-**GRANTED** | jl: |
| 11/13/92 | 11/17/92 | 188 | Debtor's Post confirmation Certificate along with Excess Notice Charges in the amount of $67.50 (Receipt #138230) | jl: |
| 11/16/92 | 11/17/92 | 189 | **OBJECTION** to Claim No. 2 (American Express Travel Related SErvices Company, Inc.), Claims No. 6 and 12 (Internal Revenue SErvice). Claims No. 7,8,9 (Franklin Federal Bancorp)-TO GM | jl: |
| | 11/19/92 | 190 | (RSS) **ORDER** entered. Parties notified. **Show Cause Hearing set 12/7/92 @ 2:00 P.M. Corpus Christi** for failure to file a Post-Confirmation Certificate and pay noticing fees—**GRANTED** | jl: |
| 11/18/92 | 11/20/92 | 191 | **NOTICE** of Hearing set 1/6/93 @ 9:00 A.M. **McAllen** for Trial on Objection to Allowance of Claims filed by American Express Travel Related Services and Internal Revenue Service #189 C/S | jlj |
| 11/25/92 | 12/1/92 | 192 | Franklin Federal Bancorp F.S.B.'s **RESPONSE** to Objection to Claims RE#189 (Dickerson) | j |

- *continued.*

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| | 12/7/92 | 193 | (RSS) **ORDER** entered. Parties notified. RE#186-Application by Colin K. Kaufman for Compensation of Fees and Expenses in the amount of $3,631.90--**GRANTED** |
| | 12/7/92 | 194 | (RSS) **COURTROOM MINUTES**--Hearing held on 12/7/92. Courts Motion to Show Cause #183. Moot-Costs paid (Debtors Check #3260) on 10/21/92-$67.50 |
| 12/21/92 | 12/22/92 | 195 | Plan Trustee's **NOTICE OF AND MOTION** to Approve 1st Quarterly Distribution C/S; 20 day notice; no order (Kaufman) **M/D 1/14/93** |
| 1/5/93 | 1/5/93 | 196 | **MOTION** to Continue Hearing on Objections to Claims--filed by Debtor C/S; order enclsoed **M/D 1/5/93** |
| | 1/7/93 | 197 | (RSS) **ORDER** entered. Parties notified. RE#196-Motion for Continuance of Hearing on Objection to Claims of IRS and American Express Travel Related Services. Reset to 2/10/93 @ 9:00 A.M. McAllen-**GRANTED** |
| 1/6/93 | 1/11/93 | 198 | (RSS) **COURTROOM MINUTES**--Docket Call held on 1/6/93. Trial on Objection to Claim of IRS #189. Continued to 2/10/93 @ 9:00 A.M. **McAllen.** Debtors Motion to Continue filed 1/5/93 |
| 1/6/93 | 1/11/93 | 199 | (RSS) **COURTROOM MINUTES**--Docket Call held on 1/6/93. Trial on Objection to Claim of American Express #189. **Continued to 2/10/93 @ 9:00 A.M. McAllen.** Debtors Motion to Continue filed 1/5/93. |
| 1/11/93 | 1/12/93 | 200 | **NOTICE** of Resetting of Hearing on Debtors Objections to Claims. Reset to 2/10/93 @ 9:00 A.M. McAllen C/S (Moon) |
| | 2/5/93 | 201 | (RSS) **DEFAULT JUDGMENT** entered. Parties notified RE: Objection to Proof of Claims filed by American Express Travel Related Services and by IRS. Objections sustained. Proofs of Claim are denied |
| 2/10/93 | 2/12/93 | 202 | (RSS) **COURTROOM MINUTES**--Docket Call held on 2/10/93. Objection to Claim of American Express. Default order previously submitted |
| 2/10/93 | 2/12/93 | 203 | (RSS) **COURTROOM MINUTES**--Docket Call held on 2/10/93. Trial on Objection to Claim of IRS #189. Default order previously submitted |

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | DOCKET NUMBER ..CORD |
|---|---|---|---|
| 8/30/94 | 9/2/94 | 216 | BRIEF IN SUPPORT OF Motion to Provide for Compliance of Plan of Reorganization Pursuant to 11 USC § 350(b) - Moon |
| 9/26/94 | 9/27/94 | 217 | (RSS) COURTROOM MINUTES- Hearing held 9/26/94 Re: Order to Show Cause. Hearing concluded. The FDIC and attorney for the Debtor have resolved their differences. Draft of an Order Approving Certain Disbursements to Mr. Moon to be submitted within 10 days. |
|  | 1/5/95 | 218 | (RSS) ORDER TO SHOW CAUSE for failure of Colin Kaufman to prepare a draft of an Order approving certain disbursements as directed at hearing held 2/26/94. Hearing set for 1/9/95 at 2:30 p.m., Corpus Christi. |
| 1/9/95 | 1/11/95 | 219 | (RSS) COURTROOM MINUTES. Hearing held 1/9/95 Re: 217 Order to Show Cause. Response to Order to Show Cause was filed 1/9/95. |
| 1/9/95 | 1/11/95 | 220 | COLIN K. KAUFMAN'S ORIGINAL RESPONSE TO COURT'S ORDER TO SHOW CAUSE, AND FIRST POST-CONFIRMATION APPLICATION FOR LEAVE TO PAY MR. MOON AND OTHERS ADDITIONAL SUMS (C. Kaufman) M/D 1/11/95 |
|  | 1/13/95 | 221 | (RSS) ORDER ENTERED. PARTIES NOTIFIED. Re: #220 Nil Dicit Order Approving Plan Trustee Response to Order to Show Cause, and First Post-Confirmation Application for Leave to Pay Mr. Moon and Others Additional Sums. |
| 3/20/95 | 3/21/95 | 222 | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE from Steven A. Dittor for CKS Asset Management, Inc., 6116 N. Central Expressway, Suite 255, L-B 25, Dallas, Texas  75206 |
| 3/20/95 | 4/5/95 | 223 | NOTICE OF ASSIGNMENT OF CLAIM (CKS Asset Management is substituted for FDIC) (S. Ditto m/d 4/29/95 |
|  | 5/3/95 | 224 | (RSS) ORDER ENTERED. PARTIES NOTIFIED. Re: #223. CKS Asset Management, Inc. is substituted in place of FDIC. |
| 7/3/95 | 7/7/95 | 225 | MOTION FOR ORDER TO SHOW CAUSE why CKS Management should not be held in contempt for violations of 11 USC Sec. 1141(c) & (d) m/d 7/23/95 (J. P. Moon) |
| 7/18/95 | 7/20/95 | 226 | SUPPLEMENT to #225 Motion for Order to Show Cause (J. Moon) |
| 7/19/95 | 7/20/95 | 227 | RECEIPT OF COURT COSTS PAID for Reopening Received $800.00 Receipt #909302 (C. Kaufman) |

| DATE FILED | DATE OF ENTRY | DC NUMBER | RECORD | |
|---|---|---|---|---|
| *illegible handwriting* 06/? *21/* | 8/4/95 | 228 | **ORDER TO SHOW CAUSE** Re: #225 Order on Motion for Order to Show Cause why CKS Asset Management, Inc. should not be held in contempt for Violation of 11 USC 1141(c) & (d). Hearing set for 8/9/95 at 9:00 a.m., in Brownsville. | j1 |
| 8/3/95 | 8/3/95 | 229 | **EXPEDITED MOTION FOR CONTINUANCE** of Hearing Re: #228 GM (J. Moon) | j1 |
| | 8/9/95 | 230 | **(RSS) ORDER ENTERED. PARTIES NOTIFIED.** Re: #229 Order Granting Expedited M/Continue. Continued to 9/6/95 at 9:00 a.m., Brownsville. | j1 |
| 8/9/95 | 8/14/95 | 231 | **(RSS) COURTROOM MINUTES.** - Docket call held 8/9/95 Re: #225 M/ Show Cause. **Hearing reset to 9/6/95 at 9:00 a.m., Brownsville** | j1 |
| 9/6/95 | 9/7/95 | 232 | **(RSS) COURTROOM MINUTES** - Hearing held 9/6/95 Re: #225 M/Show Cause Why CKS Mgmt. Should not be held in contempt. Arguments heard and no appearance by CKS; Court orders CKS to remove notices within 10 days. CKS is further ordered to pay attorney's fees and expenses in the amount of $4,600.00 of Charles Moon and $3,000.00 of Colin Kaufman. Order to be submitted by Charles Moon within 10 days. | j1 ( |
| | 9/21/95 | 233 | **(RSS) ORDER ENTERED PARTIES NOTIFIED.** Re: #232. Motion Granted. Order Imposing Sanctions Against CKS Asset Management, Inc. for Violation of Confirmation Order. CKS to immediately take steps to release all abstracts of judgment, assignment of judgments and similar documents All such releases to be filed no later than 10 days. CKS shall pay to Debtor the sum of $4,600.00 attorneys' fees and expenses. CKS shall pay to Colin Kaufman, Trustee, the sum of $3,000.00 attorneys' fees and expenses. C. Kaufman is authorized to withhold sums which might have been paid to CKS until the $7,600.00 awarded in this Order has been fully paid. | j1 |
| 3/1/96 | 3/4/96 | 234 | **MOTION** of CKS Asset Management Inc to Obtain Relief from Order Imposing Sanctions C/S; 20 day notice; order enclosed (Newsom) M/D 3/24/96 | j1g |
| | 3/8/96 | 235 | **(RSS) ORDER** entered. Parties notified. **ORDER TO RE-OPEN CASE** | j1g |
| 3/22/96 | 3/26/96 | 236 | **RESPONSE** to Motion to CKS Asset Management Inc's Motion to Obtain Relief from Order Imposing Sanctions-filed by Debtor RE#234- TO GM | j1g |

*Continued* (handwritten)

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 3/26/96 | 3/27/96 | 237 | **NOTICE** of Hearing set 5/15/96 @ 9:00 A.M. **Brownsville** RE#234 Motion of CKS Asset Management Inc to Obtain Relief from Order Imposing Sanctions |
| 4/4/96 | 4/8/96 | 238 | Certificate of Service RE#237 (Newsom) |
| 5/14/96 | 5/14/96 | 239 | **EXPEDITED MOTION** for Continuance of Hearing to Obtain Relief from Order-filed by CKS Asset Management Inc.; order encl. M/D 5/14/96 |
| 5/15/96 | 5/17/96 | 240 | (RSS) **COURTROOM MINUTES**--Hearing held on 5/15/96. RE#234-Motion of CKS Asset Management Inc to Obtain Relief from Order Imposing Sanctions. No appearances/no action taken. Hearing continued to **June or July Docket in Brownsville.** Kirk Newsome filing Expedited Motion to reset |
| | 5/17/96 | 241 | (RSS) **ORDER** entered. Parties notified. RE#239-Expedited Motion to Continuance of Hearing on Motion to Obtain Relief from Order Imposing Sanctions. **Reset to 7/10/96 @ 9:00 A.M Brownsville** |
| 6/12/96 | 6/19/96 | 242 | **TRANSCRIPT** of Show Cause Hearing held September 6, 1995 |
| 6/21/96 | 6/25/96 | 243 | **NOTICE** of Resetting of Hearing set 8/14/96 @ 9:00 A.M. **Brownsville** RE#234 Motion of CKS Asset Management Inc to Obtain Relief from Order Imposing Sanctions. |
| 6/27/96 | 7/1/96 | 244 | Certificate of Service RE #243 (Newsom) |
| 7/29/96 | 7/31/96 | 245 | **EXPEDITED MOTION** for Continuance of Hearing on CKS Asset Management Inc's Motion to Obtain Relief from Order-filed by Debtor C/S; order enclosed        M/D 7/31/96 |
| | 8/6/96 | 246 | (RSS) **AGREED ORDER** entered. Parties notified. RE#245-Motion for Continuance of Hearings on Motions filed by CKS Asset Management. **Reset to 9/4/96 @ 9:00 A.M. Brownsville** |
| 8/14/96 | 8/20/96 | 247 | (RSS) **COURTROOM MINUTES**--Hearing held on 8/14/96 RE#234-Motion of CKS Asset Management to Obtain Relief from Order Imposing Sanctions. **Hearing previously continued to 9/4/96 @ 9:00 AM Brownsville** |
| | 8/26/96 | 248 | (RSS) **ORDER** entered. Parties notified. **Order Vacating Agreed Order #246** |
| | 8/26/96 | 249 | (RSS) **AGREED ORDER** entered. Parties notified. RE#245-Expedited Motion for Continuance of Hearing. Reset to 9/20/96 @ 9:00 A.M. |

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD | |
|---|---|---|---|---|
| 8/23/96 | 8/27/96 | 250 | **MOTION** of CKS Asset Management Inc to Enforce and Implement Confirmed Plan and to Compel Plan Trustee to File an Accounting and to Perform his Duties C/S; 20 day notice; order enclosed (Newsom) ~~M/D 9/14/96~~ | jlg |
| 9/4/96 | 9/6/96 | 251 | (RSS) **COURTROOM MINUTES**--Hearing held on 9/4/96. RE#234-Motion of CKS Asset Management Inc. to Obtain Relief from Order Imposing Sanctions. No appearances/no action taken | j1 |
| 9/9/96 | 9/10/96 | 252 | Plan Trustee **RESPONSE** to CKS's Motion to Compel RE#250 (Kaufman)-TO GM | j1 |
| 9/12/96 | 9/13/96 | 253 | **NOTICE** of Hearing set 10/9/96 @ 9:00 A.M. **Brownsville** RE#250 Motion of CKS Asset Management, Inc to Enforce and Implement Confirmed Plan and to Compel Plan Trustee to File an Accounting and to Perform His duties | j1 |
| 9/18/96 | 9/19/96 | 254 | Certificate of Service RE#253 (Newsom) | j1 |
| 9/23/96 | 9/24/96 | 255 | **JOINT MOTION** to Reset Hearing Date-filed by Debtor and CKS Asset Management Inc. C/S; order enclosed    **M/D 9/24/96** | ( |
| | 9/27/96 | 256 | (RSS) **ORDER** entered. Parties notified. RE#255-Joint Motion to Reset Hearing Date on Motion to Enforce and Implement Confirmed Plan and Compel Filing of an Accounting. **Reset to 9/30/96 @ 9:00 A.M. Corpus Christi** | j1 |
| 9/30/96 | 10/1/96 | 257 | (RSS) **COURTROOM MINUTES**--Hearing held on 9/30/96. RE#250 Motion of CKS Management Inc to Enforce & Implement Confirmed Plan & to Compel Trustee to File an Accounting & to Perform his Duties. Hearing commenced/concluded. Parties will contact the clerk's office to reset this matter. | j1 |
| 9/30/96 | 10/1/96 | 258 | (RSS) **COURTROOM MINUTES**--Hearing held on 9/30/96 RE#234 Motion of CKS Asset Management Inc to Obtain Relief from Order Imposing Sanctions. Hearing commenced/concluded. Exhibits offered and admitted. Witness sworn and questioned. Arguments presented. The Court will reconsider the order imposing sanctions | j1 |
| 9/30/96 | 10/1/96 | 259 | **EXHIBIT LIST** of CKS Management RE: Relief from Order | j1 |
| 10/9/96 | 10/15/96 | 260 | (RSS) **COURTROOM MINUTES**--Hearing held on 10/9/96. #250 Motion of CKS Asset Management Inc to Enforce and Implement Confirmed Plan and to Compel Plan Trustee to File an Accounting. No appearances/no action taken | j1 |

**R0020**

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| | 12/20/96 | 261 | (RSS) **ORDER** entered. Parties notified. RE#250-**DENYING** Motion of CKS Asset Management to Enforce and Implement Confirmed Plan and to Compel Plan Trustee to File an Accounting (failure to prosecute)                                    jl |
| | 2/19/97 | 262 | (RSS) **ORDER** entered. Parties notified. Sua Sponte Order **VACATING** Order Denying Motion of CKS Asset Management Inc to Enforce and Implement Confirmed Plan and to Compel Trustee to File an Accounting. **Hearing set on 3/5/97 in Brownsville at 9:00 AM.**                j |
| | 2/19/97 | 263 | (RSS) **ORDER** entered. Parties notified. **GRANTING** Motion of CKS Asset Management Inc to Obtain Relief from Order Imposing Sanctions.. (Order imposing sanctions entered on 9/21/95 is **VACATED** and a hearing on Debtor's Motion for Contempt is set 3/5/97 @ 9:00 A.M. in **Brownsville**)                                   j |
| 3/4/97 | 3/4/97 | 264 | **AGREED EXPEDITED MOTION FOR** Continuance of Hearing to Obtain Relief from Order - filed by CKS Asset Management Inc. C/S; order enclosed          **M/D 3/4/97**        j |
| 3/5/97 | 3/7/97 | 265 | (RSS) **COURTROOM MINUTES**--Hearing held on 3/5/97 RE#250 CKS Asset Management's Motion to Compel & Enforce. No appearances. Partes filing Agreed Motion to Reset for a date & time to be heard in Corpus Christi. TX |
| 3/5/97 | 3/7/97 | 266 | (RSS) **COURTROOM MINUTES**--Hearing held on 3/5/97 RE#234 Motion for Contempt. No appearances. Parties filing Agreed Motion to Reset for a date & time to be heard in Corpus Christi, TX                     j |
| | 3/7/97 | 267 | (RSS) **AGREED ORDER** entered. Parties notified. RE#264-**GRANTING** Expedited Motion for Continuance of Hearing. **Hearing continued to 4/7/97 at 9:00 AM Brownsville** |
| 3/31/97 | 4/1/97 | 268 | Plan Trustee's Original **MOTION** to Approve Employment of Appraisers (Connie de la Garza or Bryan Duffy) C/S; 20 day notice; order enclosed          **M/D 4/21/97**        j |
| 4/1/97 | 4/1/97 | 269 | **EXPEDITED MOTION** for Continuance of Hearing filed by Debtor (RE: Motion for Order to Show Cause)                               j |
| | 4/1/97 | 270 | (RSS) **ORDER** entered. Parties notified. **GRANTING** Motion for Continuance of Hearing on Motion for Order to Show Cause. **Hearing reset to 4/1/97 @ 2:00 P.M. Corpus Christi** |

PAGE _____ **CHARLES FELDMAN**

90-01254-B-11

DC ...T NUMBER

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 4/1/97 | 4/2/97 | 271 | (RSS) **COURTROOM MINUTES**--Hearing held on 4/1/97 RE: Motion to Continue Hearing RE: #234 & 250. Motion granted. **Hearings continued** to 5/16/97 @ 9:00 AM Corpus Christi. The Court instructed the trustee to submit an interim written report by 4/15/97 to debtor and CKS Asset Management and a Final written report by 5/9/97. The Court set a telephone status hearing on 4/22/97 at 9:00 AM in Corpus Christi and on 5/13/97 at 9:00 AM in Corpus Christi |
| 4/16/97 | 4/29/97 | 272 | Plan Trustee's Fifth Report-filed by Colin Kelly Kaufman          jlg |
| 4/22/97 | 4/29/97 | 273 | (RSS) **COURTROOM MINUTES**--Hearing held on 4/22/97 RE: Status. Hearing commenced/ concluded. The plan Trustee's Fifth Report has been filed. The status hearing set on 5/13/97 is cancelled.          jlg |
|  | 5/2/97 | 274 | (RSS) **ORDER** entered. Parties notified. RE#268-**GRANTING** Plan Trustee's Original Motion to Approve Employment of Appraisers          jlg |
| 5/13/97 | 5/15/97 | 275 | Plan Trustee's Sixth **REPORT** and Partly Unopposed **MOTION** to Extend Plan Term to January 31, 1998 C/S; 20 day notice; order enclosed          M/D 6/6/97          jlg |
| 5/15/97 | 5/15/97 | 276⁻ | **EXPEDITED MOTION** for Continuance of Hearing on Motion for Order to Show Cause Why CKS Asset Management Should Not be Held in Contempt- filed by Debtor and Colin Kelly Kaufman C/S; order enclosed          M/D 5/15/97          jlg |
|  | 5/16/97 | 277 | (RSS) **AGREED ORDER** entered. Parties notified. RE#276-**GRANTING** Expedited Motion for Continuance of Hearing on Motion for Order to Show Cause Why CKS Asset Management Should Not be Held in Contempt. (no new date given)          jlg |
| 6/2/97 | 6/4/97 | 278 | **RESPONSE** of CKS Asset Management Inc to Plan Trustee's Motion to Extend Plan Term RE#275 (Newsom)-TO GM          jlg |
| 6/4/97 | 6/5/97 | 279 | **NOTICE** of Hearing set 7/16/97 @ 9:00 AM Mcallen RE#275 Plan Trustee's Sixth Report and Partly Unopposed Motion to Extend Plan Term to January 31, 1998⁻          jlg |
| 6/11/97 | 6/12/97 | 280 | Certificate of Service RE#279 (Kaufman)          jlg |
| 6/27/97 | 6/27/97 | 281 | Plan Trustee's **RESPONSE** to CK's Motion to Convert (Kaufman)          jlg |

R0022

B100E (7/86)          DOCKET   CONTINUATION

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | ...ORD |
|---|---|---|---|
| 7/11/97 | 7/11/97 | 282 | Plan Trustee's UNOPPOSED THIRD MOTION for Continuance (Kaufman) M/D 7/11/97    j: |
| | 7/15/97 | 283 | (RSS) AGREED ORDER entered. Parties notified RE#282-Trustee's Third Unopposed Motion to Continue Hearings. Hearings reset 8/20/97 @ 9:00 AM McAllen=GRANTED    j: |
| 7/16/97 | 7/18/97 | 284 | (RSS) COURTROOM MINUTES--Hearing held on 7/16/97. RE#275 Plan Trustee's Sixth Report and Partly Unopposed Motion to Extend Plan Term to January 31, 1998. Hearing previously continued to 8/20/97 @ 9:00 AM McAllen    j: |
| 7/16/97 | 7/18/97 | 285 | (RSS) COURTROOM MINUTES--Hearing held on 7/16/97. RE#250 CKS Asset Managements Motion to Compel & Enforce. Hearing previously continued to 8/20/97 @ 9:00 AM McAllen    j: |
| 7/16/97 | 7/18/97 | 286 | (RSS) COURTROOM MINUTES--Hearing held on 7/16/97. RE#234 Debtor's Motion for Contempt. Hearing previously continued to 8/20/97 @ 9:00 AM McAllen    j1 |
| 8/13/97 | 8/13/97 | 287 | Plan Trustee's Original PartlyUnopposed MOTION to Employ Accountant-filed by Colin Kelly Kaufman C/S; 20 day notice; order enclosed    M/D 9/6/97    j1 |
| 8/14/97 | 8/15/97 | 288 | Plan Trustee's Fourth Expedited MOTION to Continue (Hearings set 8/20/97); order enclosed    M/D 8/15/97    j1 |
| 8/14/97 | 8/15/97 | 289 | Plan Trustee's MOTION to Expedite Hearing on his Fourth Expedited Motion to Continue re#288 C/S; order enclosed   M/D 8/15/97    j1g |
| 8/18/97 | 8/18/97 | 290 | OBJECTION to Claim of Parkwell Investments Inc-filed by CKS Asset Management Inc.-TO GM    j1g |
| | 8/18/97 | 291 | (RSS) ORDER ENTERED. Parties notified. RE#289-GRANTING Setting on Plan Trustee's Fourth Expedited Motion for Continuance. Hearing reset to 8/18/97 @ 9:00 AM Corpus Christi    j1g |
| | | | Volume #7 ends with #286, Volume #8 starts at 287 |
| 8/19/97 | 8/20/97 | 292 | (RSS) COURTROOM MINUTES-Hearing held 8/19/97 RE #288-Plan Trustee's 4th Expedited Motion to Continue Hearings. Motion granted. The Court granted the Motion to Continue hearings from 8/20/97 in McAllen,TX. Mr. Kirk Newsom will submit an order requiring the debtor to submit information by 8/22/97, and requiring the appraisers to submit their reports to Mr. Kaufman by 9/5/97    j1g |

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD | |
|---|---|---|---|---|
| | 8/20/97 | 293 | (RSS) ORDER ENTERED. Parties notified. RE#288-Plan Trustee's Fourth Expedited Motion for Continuance of Hearing set 8/20/97. Hearings reset to 9/18/97 @ 10:00 AM McAllen-GRANTED | ( jls |
| | 8/20/97 | 294 | (RSS) SCHEDULING ORDER ENTERED. Parties notified. RE: Objection to Claim of Parkwell Investments Inc. Hearing set 10/8/97 @ 9:00 AM Brownsville | jls |
| 8/25/97 | 8/27/97 | 295 | Certificate of Service RE#294 (Newsom) | jls |
| | 8/27/97 | 296 | (RSS) ORDER ENTERED. Parties notified Amended Order on Collateral Matters Made in the Course of Continuing Hearings of August, 1997 until September 18, 1997. | jls |
| 8/27/97 | 8/29/97 | 297 | RESPONSE of CKS Asset Management Inc. to Plan Trustee's Motion to Employ Accountant RE#287 (Newsom)-TO GM | jls |
| 8/29/97 | 9/2/97 | 298 | NOTICE of Hearing RE#287 Plan Trustee's Original Partly Unopposed Motion to Employ Accountant . Hearing set 10/8/97 @ 9:00 AM Brownsville | jls |
| 9/4/97 | 9/8/97 | 299 | RESPONSE to  Objection to Claim of Parkwell Investments Inc-filed by parkwell Investments Inc (Simank) | ( jls |
| 9/11/97 | 9/12/97 | 300 | MOTION to Invoke Adversary Rules-filed by Parkwell Investments Inc.; no notice provision C/S (Simank)    M/D 9/12/97 | jls |
| 9/12/97 | 9/12/97 | 301 | EMERGENCY MOTION to Quash the Notice of Deposition of Parkwell Investments Inc-filed by Parkwell Investments Inc. (Simank). C;S order enclosed    M/D 9/12/97 | jls |
| 9/12/97 | 9/12/97 | 302 | EMERGENCY MOTION to Shorten Time to Respond to Emergency Motion to Quash Notice of Deposition RE#301-filed by Parkwell Investments C/S; order encl.    M/D 9/12/97 | jls |
| | 9/16/97 | 303 | (RSS) ORDER ENTERED. Parties notified. RE#301-Emergency Motion to Quash Notice of Deposition by Parkwell Investments-GRANTED | jl |
| 9/18/97 | 9/18/97 | 304 | (RSS) COURTROOM MINUTES-Hearing held 9/18/97 RE#250 CKS Asset Management's Motion to Compel & Enforce. No appearances by movant. No action taken. | jl |
| 9/18/97 | 9/18/97 | 305 | (RSS) COURTROOM MINUTES-Hearing held 9/18/97 RE#234 Debtor's Motion for Contempt. Hearing commenced/concluded. The Court instructed debtor's counsel to submit an affidavit as to attorneys fees. | jl |

8100E (7/86)

R0024

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD |
|---|---|---|---|
| 9/18/97 | 9/18/97 | 306 | **(RSS) COURTROOM MINUTES**-Hearing held 9/18/97 RE#275 Plan Trustee's Sixth Report and Party Unopposed Motion to Extend Plan Term to January 31, 1998. Hearing commenced/concluded. The Court ruled that the debtor will turnover property to the plan trustee to be distributed and sold. Exhibits offered. |
| 9/18/97 | 9/18/97 | 307 | **EXHIBIT LIST** of Colin Kelly Kaufman RE: Motion to Extend Plan Term |
| 9/22/97 | 9/23/97 | 308 | **RESPONSE** of CKS Asset Management Inc. to the Emergency Motion of Parkwell Investments to Quash Notice of Deposition RE#301 |
| | 9/23/97 | 309 | **(RSS) ORDER ENTERED.** Parties notified. Order Invoking Adversary Rules filed by Parkwell Investments Inc-**GRANTED** |
| 9/23/97 | 9/25/97 | 310 | **(RSS) COURTROOM MINUTES**-Hearing held 9/23/97. RE#301 Motion to Quash. Hearing commenced/concluded. Arguments presented. Parkwell Investments will provide documents including renewals and extensions and an accounting, to CKS Asset Management |
| | 9/25/97 | 311 | **(RSS) ORDER ENTERED.** Parties notified. **COMPREHENSIVE SCHEDULING ORDER** RE: Objection to Claim of Parkwell Investments Inc. Discovery due: 12/1/97; Motions due: 12/20/97; Ohter Parties Joined by: 1/5/98; Amendments to Pleadings by: 1/20/98; Witness/Exhibit Statement by: 2/10/98; Prooosed Findings of Fact and Conclusions of Law: 2/10/98. **Pre-Trial set 3/4/98 @ 9:02 AM Brownsville** |
| | 9/25/97 | 312 | **(RSS) ORDER ENTERED.** Parties notified. RE#150;Denying CKS Asset Management's Motion to Compel and Enforce (failure to prosecute) |
| 9/29/97 | 9/29/97 | 313 | Certificate of Service RE#298 (Kaufman) |
| 10/8/97 | 10/15/97 | 314 | **(RSS) COURTROOM MINUTES**-Hearing held 10/8/97 RE#287-Plan Trustee's Motion to Employ Accountant. Motion granted. Unopposed Order submitted & asigned c |
| | 10/15/97 | 315 | **(RSS) ORDER ENTERED. Parties notified.** Unopposed Order Granting Plan Trustee's Application for Employment of Accountant (Al White)-**GRANTED** |
| 11/24/97 | 11/26/97 | 316 | Notice of Appearance and Request for Notice filed by Karen J. Stevens-Minor, Attorney for CKS Asset Management Inc |

| DATE FILED | DATE OF ENTRY | NUMBER | RECORD | |
|---|---|---|---|---|
| 12/19/97 | 12/22/97 | 317 | JOINT MOTION to Amend Comprehensive Scheduling Order--filed by CKS Asset MANAGEMENT AND PARKWELL INVESTMENTS INC   M/D 12/22/97 | jls |
| | 12/29/97 | 318 | (RSS) ORDER ENTERED. Parties notified. AMENDED COMPREHENSIVE SCHEDULING ORDER. Discovery Completed by 12/1/97; Motions filed by 1/20/98; Other Parties JOINed by 1/20/98 Amendments to Pleadings filed by 1/20/98; Joint Witness and Exhibit Statement filed by 2/10/98; Proposed Findings of Fact and Conclusions of Law filed by 2/10/98; Final Pretrial Conference set 3/4/98 @ 9:02 AM Brownsville-GRANTED | jlg |
| 1/20/98 | 1/26/98 | 319 | SECOND JOINT MOTION to Amend Comprehensive Scheduling Order--filed by CKS asset Management and Parkwell Investments Inc (R. Simank) GM | jl |
| | 1/27/98 | 320 | (RSS) ORDER ENTERED. Parties notified. RE#319 Second Order Amendeding Comprehensive Scheduling Order. Discovery completed by 12/1/97; Motions filed by 2/10/98; Other Parties joined by 2/10/98; Amendments due: 2/10/98; Joint Witness and Exhibit Statement due: 2/10/98; Proposed Findings of Fact and Conclusions of Law due: 2/10/98; Final Pre-Trial Conference set 3/4/98 @ 9:02 AM Brownsville-GRANTED | jlg |
| 2/2/98 | 2/9/'98 | 321 | PLAN TRUSTEE'S FIFTH MOTION TO CONTINUE the Deadline for Completion of Administration of the Case. (C. Kaufman) m/d 2/26/98 | jl |
| 2/9/98 | 2/11/98 | 322 | PLAN TRUSTEE'S ORIGINAL OBJECTION TO THE CLAIM OF THE ILLINOIS COMPTROLLER'S OFFICE (C. Kaufman) GM | jl |
| 2/10/98 | 2/11/98 | 323 | DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND INCORPORATED BRIEF IN SUPPORT THEREOF  Re: Objection to Claim of Parkwell Investments, Inc. (R. Simank) | jl |
| 2/10/98 | 2/11/98 | 324 | DEFENDANT'S WITNESS AND EXHIBIT STATEMENT (R. Simank) | jl |
| 2/10/98 | 2/11/98 | 325 | DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW  (R. Simank) | jl |
| 2/12/98 | 2/18/98 | 326 | NOTICE OF HEARING: Re: #323 Motion for Summary Judgment filed by Parkwell Investments, Inc. Hearing set 3/4/98 at 9:00 a.m. in Brownsville | jl |
| | 2/19/98 | 327 | (RSS) SCHEDULING ORDER ENTERED. PARTIES NOTIFIED Re: #322 Objection to Claim of Illinois Comptroller's Office Hearing set 3/4/98 at 9:00 a.m. in Brownsville | jl |

B100 E (7/86)

DOCKET – CONTINUATION  R0026

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | DOCKET NUMBER RECORD |
|---|---|---|---|
| 2/17/98 | 2/19/98 | 328 | **MOTION OF CKS ASSET MANAGEMENT** to Withdraw Objection to Claim of Parkwell Investments, Inc. m/d 3/12/98 ( R. Newsom)  – |
| 2/18/98 | 2/23/98 | 329 | **RESPONSE AND BRIEF** of CKS Asset Management, Inc. to Defendant's Motion for Summary Judgment (R. Newsom) |
| 2/20/98 | 2/23/98 | 330 | **CERTIFICATE OF SERVICE** Re:326 Notice of Hearing Re: Motion for Summary Judgment |
| 2/27/98 | 3/9/98 | 331 | **RESPONSE TO MOTION** of CKS Management, Inc. to Withdraw Objection to Claim of Parkwell Investments, Inc.  (R. Simank)  GM |
| 3/4/98 | 3/9/98 | 332 | **(RSS) COURTROOM MINUTES** - Hearing held 3/4/98 Re: #290 Final Pretrial Conference. Final Pretrial Conference will be Concluded After Court Rules on Summary Judgment. Continued to 4/6/98 at 9:00 a.m. in Corpus Christi |
| 3/4/98 | 3/9/98 | 333 | **(RSS) COURTROOM MINUTES** - Hearing held 3/4/98 Re: #323 Moiton for Summary Judgment filed by Parkwell Investments, Inc. **Continued to 4/6/98 at 9:00 a.m. in Corpus Christi** |
|  | 3/9/98 | 334 | **(RSS) ORDER ENTERED. PARTIES NOTIFIED.** Re: #321 Order Continuing the Date of Completion of Administration of this Estate Until 10/1/98 |
| 3/9/98 | 3/25/98 | 335 | **NOTICE OF HEARING** Re: #331 Motion of CKS Asset Management, Inc. to Withdraw Objection to Claim of Parkwell Investments, Inc. **Hearing set for 4/6/98 at 9:00 a.m. in Corpus Christi** |
| 3/11/98 | 3/25/98 | 336 | **NOTICE OF NEW SETTING** Re: #322 Plan Trustee's Objection to Illinois Comptroller's Claim (C. Kaufman) **Hearing rescheduled for 4/6/98 at 9:00 a.m. in Corpus Christi** |
| 3/19/98 | 3/25/98 | 337 | **TRANSCRIPT OF HEARING** held 9/18/97 |
| 4/6/98 | 4/8/98 | 338 | **(RSS) COURTROOM MINUTES** – Hearing Held 4/6/98 RE: #290 Final Pre-Trial Conference.  Order To Be Submitted By R. Simank Within Ten Days. g |
| 4/6/98 | 4/8/98 | 339 | **(RSS) COURTROOM MINUTES** – Hearing Held 4/6/98 RE: #323 Motion For Summary Judgment.  Order To Be Submitted By R. Simank Within Ten Days. g |
| 4/6/98 | 4/8/98 | 340 | **(RSS) COURTROOM MINUTES** – Hearing Held 4/6/98 RE: #290 Objection To Claim Of Parkwell Investments.  Order To Be Submitted By R. Simank Within Ten Days. |

8100 E (7/86)

**DOCKET – CONTINUATION**

R0027

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD | |
|---|---|---|---|---|
| 4/6/98 | 4/8/98 | 341 | (RSS) COURTROOM MINUTES – Hearing Held 4/6/98 RE: #328 Motion Of CKS Asset Management Inc To Withdraw Objection To Claim Of Parkwell Investments Inc.  Order To Be Submitted By R. Simank Within Ten Days. | gl |
| | 4/8/98 | 342 | (RSS) ORDER ENTERED.  Parties Notified. RE: #322 Objection To Claim Of Illinois Comptroller's Office.  Objection SUSTAINED. Claim DENIED. | gl |
| 4/9/98 | 4/15/98 | 344 345sc | DEFENDANT'S FIRST AMENDED MOTION FOR SUMMARY JUDGMENT AND INCORPORATED BRIEF IN SUPPORT THEREOF. (R. Simank) M/D 5/3/98 | jl |
| 4/9/98 | 4/15/98 | 343 | DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED MOTION FOR SUMMARY JUDGMENT (R. Simank)  M/D 5/3/98 | jl |
| | 4/16/98 | 345 | (RSS) ORDER ENTERED. PARTIES NOTIFIED. Re: #322 Order Sustaining Plan Trustee's Objection to Illinois Comptroller's Claim | jl |
| 5/1/98 | 5/8/98 | 346 | FIRST AMENDED RESPONSE AND BRIEF OF CKS ASSET MANAGEMENT, INC. TO DEFENDANT'S FIRST AMENDED MOTION FOR SUMMARY JUDGMENT (R Newsom) GM | jl |
| 5/11/98 | 5/22/98 | 347 | NOTICE OF HEARING Re: #344 Parkwell Investments Inc.'s First Amended Motion for Summary Judgment Hearing set 6/3/98 at 9:00 a.m. in Brownsville | jl |
| 5/18/98 | 5/22/98 | 348 | CERTIFICATE OF SERVICE Re: #347 Notice of Hearing on Parkwell Investments First Amended Motion for Summary Judgment (R. Simank) | jl |
| 5/22/98 | 5/22/98 | 349 | UNOPPOSED MOTION FOR CONTINUANCE Re: #344 Parkwell Investments Inc.'s First Amended Motion for Summary Judgment (R. Simank) GM | jl |
| | 5/29/98 | 350 | (RSS) ORDER ENTERED. PARTIES NOTIFIED. Re: #349 Order Granting Unopposed Motion to Continue Hearing on Parkwell's First Amended Motion for Summary Judgment. Hearing Continued to 6/29/98 at 9:00 a.m. in Corpus Christi | jl |
| 6/3/98 | 6/17/98 | 351 | DOCKET CALL Held 6/3/98 RE: 344 – Hearing Continued to 6/29/98, 9:00 a.m., Corpus. Motion to Continue being filed. | gc |
| 6/29/98 | 7/2/98 | 352 | COURTROOM MINUTES–Hearing held 6/29/98. RE: M/Summary Judgment. Motion denied. Arguments presented. | jlg |
| 6/25/98 | 7/2/98 | 353 | PLAN Trustees Brief on Motion for Summary Judgment – filed by Colin Kelly Kaufman | jlg |

| DATE FILED | DATE OF ENTRY | DOC. NUMBER | RECORD | |
|---|---|---|---|---|
| 10/1/98 | 10/22/98 | 354 | **MOTION TO SET A DEADLINE FOR A FINAL REPORT** (Plan Trustee Colin Kelly Kaufman) m/d 10/24/98 | |
| | 11/13/98 | 355 | (RSS) **ORDER ENTERED. PARTIES NOTIFIED.** Re: #354 Order Granting Motion of Plan Trustee Colin Kaufman to Set a Deadline for a Final Report.  The Final Report proposing the Court approve distributions to be filed on or before February 15, 1999 | j |
| 8/24/99 | 8/25/99 | 356 | **ORDER TO SHOW CAUSE (Re #354 Motion to Set a Deadline for a Final Report filed by Plan Trustee.  At hearing Plan Trustee, Colin Kaufman was directed to submit a Final Report proposing Court approve distirbutions by 2/15/99.  None submitted. SHOW CAUSE HEARING set for 9/13/99, 2:30 p.m. Corpus Christi, Texas.** | c |
| 9/13/99 | 9/13/99 | 357 | **HEARING HELD on 9/13/99 re #354/355 Court's Order to Show Cause—Failure of Plan Trustee to Submit a Final Report Proposing Court Approved Distribution by 2/15/99.  Hearing continued to 12/13/99 at 2:00 p.m., 615 Leopard Street, Corpus Christi, Texas.  Arguments presented.** | cg |
| 12/13/99 | 12/21/99 | 358 | **Hearing held on 12/13/99, for Show Cause— Failure of Plan Trustee to Submit a Final Report Proposing Court Approved Distribution by 2/15/99.  Arguments presented.  Court will allow until 3/6/00.  Hearing continued to 3/6/00, 9:00 a.m., Corpus Christi, Texas.** | cg: |
| 5/15/00 | 5/30/0 | 359 | **COURTROOM MINUTES-Hearing held 5/15/00 RE: Show Cause for Failure of Plan Trustee to Submit a Final Report. Continued to 5/30/00 @ 9:00 am Corpus Christi** | |
| 5/30/00 | 5/31/00 | 360 | **COURTROOM MINUTES-Hearing held 5/30/00 RE: Show Cause for Failure of Plan Trustee to Submit a Final Report. No appearances. No action taken.** | |
| 3/6/00 | 6/5/00 | 361 | **COURTROOM MINUTES-Hearing held 3/6/00 RE: Show Cause for Failure to Submit a Final Report. Continued to 5/15/00 @ 9:00 am/** | |
| 5/31/00 | 6/5/00 | 362 | **COURTROOM MINUTES-Hearing held 5/31/00 RE: Show Cause. Arguments presented. Case will not be ready to close until Sept. 2000** | jl |

| 08/25/1999 | 356 | Order To Show Cause for failure to submit final report asdirected by the Court; Show Cause Hearing Set For 2:309/13/99 AT 615 Leopard, Corpus Christi Parties Notified.[cnea] (Entered: 01/03/2000) |
| 09/13/1999 | 357 | Hearing held on 9/13/99 Re [1-1] Show Cause Order forfailure of Plan Trustee to Submit a Final Report proposingCourt approved distribution by 2/15/99; Show Cause HearingSet For 2:00 12/13/99 At 615 Leopard, Corpus Christi[cnea] (Entered 01/03/2000) |
| 12/13/1999 | 358 | Hearing held on 12/13/99 Re: [1-1] Show Cause Order forfailure of Plan Trustee to submit a final report proposingCourt approved distribution by 2/15/99; Show Cause Hearingcontinued to 9:00 3/6/00 At 615 Leopard, Corpus Christi.Arguments presented. Court will allow until 3/6/00.[cnea] (Entered: 01/03/2000) |
| 03/06/2000 | 359 | Hearing on 3/6/00 Re: [356-1] Show Cause Order for Failureof Plan Trustee to Submit a Final Report Proposing CourtApproved Distribution by 2/15/99; Arguments presented. ShowCause Hearing Set For 9:00 5/15/00 At 615 Leopard, CorpusChristi[cnea] (Entered: 03/06/2000) |
| 08/03/2000 |  | Status Hearing Set For 9:00 9/13/00 at 600 E Harrison,Brownsville[fmremp] (Entered: 08/03/2000) |
| 09/14/2000 | 360 | Hearing Re: [356-1] Show Cause Order ; Status Hearing SetFor 9:00 10/4/00 at 600 E Harrison, Brownsville[fmremp] (Entered: 09/14/2000) |
| 10/04/2000 | 361 | Hearing Re: [356-1] Show Cause Order ; Show Cause Hearingcontinued to 9:00 11/8/00 At 600 E Harrison, Brownsville[fmremp] (Entered: 10/06/2000) |
| 11/08/2000 | 362 | Status Hearing continued to for 9:00 12/6/00 at 600 EHarrison, Brownsville Parties notified.[fmremp] (Entered: 11/09/2000) |
| 01/16/2001 |  | Case Closed.[gjon] (Entered: 01/19/2001) |
| 01/22/2001 | 363 | Motion By Plan Trustee Colin Kelly Kaufman To Reopen Case.[fmremp] (Entered: 02/09/2001) |
| 02/05/2001 | 364 | Response By Creditor Parkwell Investments Inc To [363-1]Motion To Reopen Reopen Case by Colin Kelly Kaufman .[fmremp] (Entered: 02/09/2001) |
| 02/09/2001 | 365 | Order to Set Hearing RE: [363-1] Motion To Reopen Case byColin Kelly Kaufman scheduled for 9:00 3/7/01 at 600 EHarrison, Brownsville Parties Notified.[fmremp] (Entered: 02/09/2001) |
| 03/08/2001 | 376 | Motion By Trustee Colin Kelly Kaufman To Sell Free andClear of Liens Hearing set for 9:00 3/14/01 at 1133 NShoreline Corpus Christi[fmremp] (Entered: 03/09/2001) |

| 03/19/2001 | 378 | Objection By Creditor CKS Asset Management To [376-1]Motion To Sell Free and Clear of Liens by Colin KellyKaufman .[fmremp] (Entered: 03/27/2001) |
| 03/26/2001 | | Case reopened.[vrio] (Entered: 05/16/2001) |
| 03/27/2001 | 381 | Order to Set Hearing RE: [378-1] Objection to ExpeditedSale by CKS Asset Management scheduled for 9:00 5/9/01 at600 E Harrison, Brownsville Parties Notified.[fmremp] (Entered: 03/27/2001) |
| 04/09/2001 | 382 | Motion By Trustee Colin Kelly Kaufman To Extend Time ToFile Final Report .[vrio] (Entered: 05/23/2001) |
| 04/18/2001 | 383 | Plan Trustee's Proposed Report of Distribution.[fmremp] (Entered: 04/27/2001) |
| 04/18/2001 | 384 | Notice of Corrected Exhibit Re: [383-1] Distribution Report[fmremp] (Entered: 04/27/2001) |
| 04/24/2001 | 385 | Response By Creditor CKS Asset Management To [383-1]Proposed Distribution Report .[fmremp] (Entered: 04/27/2001) |
| 04/25/2001 | 387 | Motion By Creditor CKS Asset Management To SubstituteAttorney: Matthew A Rosenstein For Old Attorney: R KirkNewsom .[fmremp] (Entered: 04/26/2001) |
| 04/25/2001 | 388 | Motion By Matthew A Rosenstein for Creditor CKS AssetManagement To Expedite Hearing Re: [ [386-1] Motion ToExtend Time To Respond To Plan Trustee's Final Report byCKS Asset Management, [387-1] Motion To SubstituteAttorney: Matthew A Rosenstein For Old Attorney: R Kirk Newsom by CKS Asset Management ] .[fmremp] (Entered: 04/26/2001) |
| 04/26/2001 | 386 | Motion By Creditor CKS Asset Management To Extend Time ToRespond To Plan Trustee's Final Report .[fmremp] (Entered: 04/26/2001) |
| 04/26/2001 | 389 | Order Granting [388-1] Motion To Expedite Hearing Re: [[386-1] Motion To Extend Time To Respond To Plan Trustee'sFinal Report by CKS Asset Management, [387-1] Motion ToSubstitute Attorney: Matthew A Rosenstein For Old Attorney:R Kirk Newsom by CKS Asset Management ] Hearings set To9:00 4/27/01 at 1133 N Shoreline Corpus Christi PartiesNotified.[fmremp] (Entered: 04/26/2001) |
| 04/27/2001 | 390 | Order to Set Hearing RE: [383-1] Plan Trustee's ProposedFinal Report scheduled for 9:00 6/6/01 at 600 E Harrison,Brownsville Parties Notified. [fmremp] (Entered: 04/27/2001) |
| 04/27/2001 | 391 | Hearing Held Re: [386-1] Motion To Extend Time To RespondTo Plan |

| | | |
|---|---|---|
| | | Trustee's Final Report by CKS Asset Management. Arguments presented. No objections. Order signed.[fmremp] (Entered: 04/27/2001) |
| 04/27/2001 | 392 | Hearing Held Re: [387-1] Motion To Substitute Attorney: Matthew A Rosenstein For Old Attorney: R Kirk Newsom by CKS Asset Management . No opposition. Order to be presented within 10 days by M Rosenstein. [fmremp] (Entered: 04/27/2001) |
| 04/27/2001 | 393 | Order Granting [386-1] Motion To Extend Time To Respond To Plan Trustee's Final Report by CKS Asset Management . Time extended to May 31, 2001. Parties Notified.[fmremp] (Entered: 04/27/2001) |
| 04/27/2001 | 394 | Plan Trustee's Notice of Mooted Hearing[fmremp] (Entered: 04/27/2001) |
| 04/30/2001 | 395 | Certificate Of Service By Trustee Colin Kelly Kaufman Of[390-1] Order Setting Hearing on Plan Trustee's Proposed Final Report.[fmremp] (Entered: 05/03/2001) |
| 05/16/2001 | 396 | Opposed Expedited Motion By Plan Trustee Colin Kelly Kaufman For Protective Order . LG[vrio] (Entered: 05/16/2001) |
| 05/16/2001 | 397 | Motion By Plan Trustee Colin Kelly Kaufman To Expedite Hearing Re: [ 396-1] Motion For Protective Order by Colin Kelly Kaufman ] . LG[vrio] (Entered: 05/16/2001) |
| 05/17/2001 | 398 | Response By Creditor CKS Asset Management in Opposition to [396-1] Motion For Protective Order by Colin Kelly Kaufman. LG[vrio] (Entered: 05/17/2001) |
| 05/17/2001 | 399 | Response By Trustee Colin Kelly Kaufman To [398-1]Response by CKS Asset Management on Motion for Protective Order filed by Colin Kelly Kaufman.[vrio] (Entered: 05/17/2001) |
| 05/18/2001 | 401 | Hearing Held Re: [396-1] Opposed Expedited Motion For Protective Order by Colin Kelly Kaufman. Motion denied. Order to be submitted under green sheet by Attorney Rosenstein. Deposition will go forward and Trustee is to produce everything requested spelling out the limitations as stated on the record. [fmremp] (Entered: 05/21/2001) |
| 05/18/2001 | 407 | Hearing Held Re: [396-1] Motion For Protective Order by Colin Kelly Kaufman . Motion Denied Order to be Submitted[vrio] (Entered: 05/31/2001) |
| 05/21/2001 | 400 | Order Denying [396-1] Original Opposed Expedited Motion For Protective Order by Colin Kelly Kaufman . Parties Notified.[fmremp] (Entered: 05/21/2001) |
| 05/23/2001 | 402 | Order Granting [382-1] Motion To Extend Time To File Final Report by Colin |

| | | Kelly Kaufman. Parties Notified.[vrio] (Entered: 05/23/2001) |
|---|---|---|
| 05/25/2001 | 403 | Motion By Matthew A Rosenstein for Creditor CKS AssetManagement To Continue Hearing Re: [383-1] Chapter 11 PlanTrustee's "Distribution Report" . LG[vrio] (Entered: 05/25/2001) |
| 05/25/2001 | 404 | Motion By Matthew A Rosenstein for Creditor CKS AssetManagement To Expedite Hearing Re: [ [403-1] Motion ToContinue Hearing Re: [383-1] Chapter 11 Plan Trustee's"Distribution Report" by Matthew A Rosenstein ] . LG[vrio] (Entered: 05/25/2001) |
| 05/29/2001 | 408 | Second Amended [383-1] Proposed Final Report ofDistribution. Filed by: Trustee Colin Kelly Kaufman. cc:TA[vrio] (Entered: 05/31/2001) |
| 05/29/2001 | 409 | Response By Trustee Colin Kelly Kaufman To [385-1]Response by CKS Asset Management to Plan Trustee'sProposed Final Report and Motion fo CKS Asset Management,Inc., to Compel Plan Trustee to Perform an IndependentAccounting Prepatory to Filing a Final Report.[vrio] (Entered: 05/31/2001) |
| 05/30/2001 | 405 | Order Granting [403-1] Motion To Continue Hearing Re:[383-1] Chapter 11 Plan Trustee's "Distribution Report"by Matthew A Rosenstein Hearing set To 9:00 6/22/01 at1133 N Shoreline Corpus Christi . Parties Notified.[vrio] (Entered: 05/30/2001) |
| 05/30/2001 | 406 | Order Granting [404-1] Motion To Expedite Hearing Re: [[403-1] Motion To Continue Hearing Re: [383-1] Chapter 11Plan Trustee's "Distribution Report" by Matthew ARosenstein ] by Matthew A Rosenstein Hearing set To 9:005/29/01 at 1133 N Shoreline Corpus Christi . PartiesNotified.[vrio] (Entered: 05/30/2001) |
| 05/30/2001 | 410 | Objection By Creditor Parkwell Investments Inc To[383-1] Trustee's Proposed Final Distribution Report . cc:TA[vrio] (Entered: 06/01/2001) |
| 05/30/2001 | 411 | Supplement RE: [385-1] Response in Opposition to PlanTrustee's Proposed Final Report by CKS Asset Management.cc: TA[vrio] (Entered: 06/01/2001) |
| 05/30/2001 | 412 | Motion by Creditor CKS Asset Management for Removal ofTrustee, For Disgorgement of Unreasonable Fees TakenWithout Court Approval and for Damages to Estate for Breachof Fiduciary Duty and Misapplication of Funds . m/d6/22/01[vrio] (Entered: 06/01/2001) |
| 06/05/2001 | 413 | Opposed Expedited Motion By Trustee Colin Kelly Kaufman ToCompel Production of Documents . Hearing set for 9:006/8/01 at 1133 N Shoreline Corpus Christi to lg[fmremp] (Entered: 06/06/2001) |
| 06/05/2001 | 414 | Motion By Trustee Colin Kelly Kaufman To Expedite HearingRe: [ [413-1] |

| | | Motion To Compel Production of Documents byColin Kelly Kaufman ] . to lg [fmremp] (Entered: 06/06/2001) |
|---|---|---|
| 06/07/2001 | 415 | Order Granting [414-1] Motion To Expedite Hearing Re: [[413-1] Motion To Compel Production of Documents by ColinKelly Kaufman ] Hearing set for 9:00 6/8/01 at 1133 NShoreline CorpusChristi . Parties Notified.[fmremp] (Entered: 06/07/2001) |
| 06/07/2001 | 416 | Motion By Creditor CKS Asset Management To ConsolidateHearing on Trustee's Proposed Final Report With CKS AssetManagement, Inc's Motion For Removal Of Trustee . to lg[fmremp] (Entered: 06/07/2001) |
| 06/07/2001 | 417 | Motion By Matthew A Rosenstein for Creditor CKS AssetManagement To Expedite Hearing Re: [ [416-1] Motion ToConsolidate Hearing on Trustee's Proposed Final Report WithCKS Asset Management, Inc's Motion For Removal Of Trusteeby CKS Asset Management ] . to lg[fmremp] (Entered: 06/07/2001) |
| 06/07/2001 | 418 | Order Granting [417-1] Motion To Expedite Hearing Re: [[416-1] Motion To Consolidate Hearing on Trustee's ProposedFinal Report With CKS Asset Management, Inc's Motion ForRemoval Of Trustee by CKS Asset Management ] Hearing setfor 9:00 6/11/01 at 1133 N Shoreline Corpus Christi .Parties Notified.[fmremp] (Entered: 06/07/2001) |
| 06/08/2001 | 419 | Hearing Re: [416-1] Motion To Consolidate Hearing onTrustee's Proposed Final Report With CKS Asset Management,Inc's Motion For Removal Of Trustee by CKS Asset Managementcontinued by agreement to 9:00 6/22/01 at 1133 N ShorelineCorpus Christi[fmremp] (Entered: 06/08/2001) |
| 06/08/2001 | 420 | Hearing Re: [413-1] Motion To Compel Production ofDocuments by Colin Kelly Kaufman continued to 9:00 6/22/01at 1133 N Shoreline Corpus Christi. Arguments presented.Tax returns to be provided by 6/13/01.[fmremp] (Entered: 06/08/2001) |
| 06/08/2001 | 421 | Order Granting in Part [413-1] Motion To Compel Productionof Documents by Colin Kelly Kaufman And ContinuingHearing Re: [413-1] Motion To Compel Production ofDocuments by Colin Kelly Kaufman. Hearing reset for 9:006/22/01 at 1133 N Shoreline Corpus Christi . PartiesNotified.[fmremp] (Entered: 06/08/2001) |
| 06/08/2001 | 422 | Order to Set Hearing RE: [408-1] Second Amended To ProposedFinal Report by Colin Kelly Kaufman scheduled for 9:006/22/01 at 1133 N Shoreline Corpus Christi PartiesNotified.[fmremp] (Entered: 06/08/2001) |
| 06/11/2001 | 423 | Objection By Creditor CKS Asset Management To [408-1]Second Amendment to Proposed Final Report by Colin KellyKaufman .[fmremp] (Entered: 06/12/2001) |

| 06/13/2001 | 424 | Opposed Expedited Motion By Trustee Colin Kelly. Kaufman toCancel CKS's Claim , Or Alternatively To Assign CKS'sClaim , Or Set-Off Its Potential Dividend To Plan TrusteeTo Secure Fees[fmremp] (Entered: 06/13/2001) |
|---|---|---|
| 06/13/2001 | 425 | Motion By Trustee Colin Kelly Kaufman To Expedite HearingRe: [ [424-1] Motion to Cancel CKS's Claim by Colin KellyKaufman, [424-2] Motion To Assign CKS's Claim by ColinKelly Kaufman, [424-3] Motion Set-Off Its PotentialDividend To Plan Trustee To Secure Fees by Colin KellyKaufman ] to lg.[fmremp] (Entered: 06/13/2001) |
| 06/13/2001 | 426 | Response By Trustee Colin Kelly Kaufman To [412-1] Motionfor Removal of Trustee, For Disgorgement of UnreasonableFees Taken Without Court Approval and for Damages to Estatefor Breach of Fiduciary Duty and Misapplication of Funds byCKS Asset Management . to lg[fmremp] (Entered: 06/13/2001) |
| 06/14/2001 | 427 | Order to Set Hearing RE: [412-1] Motion for Removal ofTrustee, For Disgorgement of Unreasonable Fees TakenWithout Court Approval and for Damages to Estate for Breachof Fiduciary Duty and Misapplication of Funds by CKS AssetManagement scheduled for 9:00 6/22/01 at 1133 N ShorelineCorpus Christi Parties Notified.[fmremp] (Entered: 06/14/2001) |
| 06/14/2001 | 428 | Order Granting [425-1] Motion To Expedite Hearing Re: [[424-1] Motion to Cancel CKS's Claim by Colin KellyKaufman, [424-2] Motion To Assign CKS's Claim by ColinKelly Kaufman, [424-3] Motion Set-Off Its PotentialDividend To Plan Trustee To Secure Fees by Colin KellyKaufman ] Hearings set for 9:00 6/22/01 at 1133 NShoreline Corpus Christi Parties Notified.[fmremp] (Entered: 06/14/2001) |
| 06/18/2001 | 429 | Response By Creditor Parkwell Investments Inc To [412-1]Motion for Removal of Trustee, For Disgorgement ofUnreasonable Fees Taken Without Court Approval and forDamages to Estate for Breach of Fiduciary Duty andMisapplication of Funds by CKS Asset Management .[fmremp] (Entered: 06/18/2001) |
| 06/18/2001 | | Complaint [01-2090] Colin Kelly Kaufman vs. Charles BFeldman . NOS 454 Recover Money/Property . [ Filing Fee $r 150.00 Receipt # 952513][jhil] (Entered: 06/21/2001) |
| 06/22/2001 | 430 | Objection By Debtor Charles B Feldman To [408-1] AmendedTrustee's Final Report by Colin Kelly Kaufman .[fmremp] (Entered: 06/22/2001) |
| 06/22/2001 | 431 | Hearing Re: [408-1] Trustee's Second Amended Proposed FinalReport of Distribution by Colin Kelly Kaufman continued to6/27/01 by telephone conference. Parties will be advised asto time.[fmremp] (Entered: 06/25/2001) |
| 06/22/2001 | 432 | Hearing Re: [412-1] Motion for Removal of Trustee, ForDisgorgement of |

| | | |
|---|---|---|
| | | Unreasonable Fees Taken Without CourtApproval and for Damages to Estate for Breach of FiduciaryDuty and Misapplication of Funds by CKS Asset Managementcontinued to 6/27/01 by telephone conference. Parties willbe advised as to time.[fmremp] (Entered: 06/25/2001) |
| 06/22/2001 | 433 | Creditor CKS Asset Management Witness and Exhibit List[fmremp] (Entered: 06/25/2001) |
| 06/22/2001 | 434 | Trustee Colin Kelly Kaufman Witness and Exhibit List[fmremp] (Entered: 06/25/2001) |
| 06/22/2001 | 435 | Motion By Matthew A Rosenstein for Creditor CKS AssetManagement To Continue Hearing Re: [424-1] Motion toCancel CKS's Claim by Colin Kelly Kaufman, [424-2] MotionTo Assign CKS's Claim by Colin Kelly Kaufman, [424-3]Motion Set-Off Its Potential Dividend To Plan Trustee ToSecure Fees by Colin Kelly Kaufman to lg[fmremp] (Entered: 06/25/2001) |
| 06/22/2001 | 436 | Response By Creditor CKS Asset Management To [424-1]Motion to Cancel CKS's Claim by Colin Kelly Kaufman,[424-2] Motion To Assign CKS's Claim by Colin KellyKaufman, [424-3] Motion Set-Off Its Potential Dividend ToPlan Trustee To Secure Fees by Colin Kelly Kaufman .[fmremp] (Entered: 06/25/2001) |
| 06/22/2001 | 437 | Proposed Findings of Fact and Conclusions of Law Re:[408-1] Second Amended Final Report by Colin Kelly Kaufman. Parties Notified.[fmremp] (Entered: 06/25/2001) |
| 06/26/2001 | 438 | Status report filed by Letty Garza. Closing arguments on#408 and 412 set for 6/27/01 2:00 pm. Rosenstein willnotify all parties.[fmremp] (Entered: 06/26/2001) |
| 06/26/2001 | | Hearing On Final Arguments Re: [408-1] Amended Final Reportby Colin Kelly Kaufman [412-1] Motion for Removal ofTrustee, For Disgorgement of Unreasonable Fees TakenWithout Court Approval and for Damages to Estate for Breachof Fiduciary Duty and Misapplication of Funds by CKS AssetManagement scheduled for 2:00 6/27/01 at 1133 N ShorelineCorpus Christi[fmremp] (Entered: 06/26/2001) |
| 06/27/2001 | 439 | Plan Trustee's Proposed Findings of Fact and Conclusions ofLaw Re: [383-1] Distribution Report, [408-1] Second Amended Distribution Report and [412-1] Motion for Removal ofTrustee, For Disgorgement of Unreasonable Fees TakenWithout Court Approval and for Damages to Estate for Breachof Fiduciary Duty and Misapplication of Funds by CKS AssetManagement . [fmremp] (Entered: 06/27/2001) |
| 06/27/2001 | 440 | Hearing Re: [412-1] Motion for Removal of Trustee, ForDisgorgement of Unreasonable Fees Taken Without CourtApproval and for Damages to Estate |

| | | for Breach of FiduciaryDuty and Misapplication of Funds by CKS Asset Management.Final arguments presented. Copy of relevant docket entriesto be submitted by the trustee to court by 9:00 a.m. on6/28/01. Copies of all accounting to be submitted bytrustee to Court by 9:00 on 6/28/01. Court will rule at3:00 6/28/01 at 1133 N Shoreline Corpus Christi[fmremp] (Entered: 06/28/2001) |
| --- | --- | --- |
| 06/28/2001 | 441 | Trustee Colin Kelly Kaufman's Copies of Documents Relatingto Plan Trustee's Accountings[fmremp] (Entered: 06/29/2001) |
| 06/28/2001 | 442 | Hearing Held Re: [412-1] Motion for Removal of Trustee, ForDisgorgement of Unreasonable Fees Taken Without CourtApproval and for Damages to Estate for Breach of FiduciaryDuty and Misapplication of Funds by CKS Asset Management .Matters in this case that are still under adivsence wereclarified on record. Plan contemplated fee applicationswere not required. Trustee would not have to file feeapplications to be paid. Trustee to be paid at lawyerrate. Fiduciary duty is owed by trustee to plan. Dutyalso requires that fees and expenses should not exceed theestate assets. Detailed clarification of case and Court'sreview of all matters and germane docket entries werestated on record. No creedence to Court that trustee wasobscuring or hiding any facts. Edwards v Hollaman wascited. Adequate accounting was not given in this case.Payments were made by trustee to trustee before serviceswere rendered. Substantial matters are yet to be heard inthis case. Outstanding issues were clarified on record.New trustee should be appointed to continue this case.Court will withhold at this time ruling on fees yet due toplan trustee. [fmremp] (Entered: 06/29/2001) |
| 06/29/2001 | 443 | Order Granting in Part [412-1] Motion for Removal ofTrustee, For Disgorgement of Unreasonable Fees TakenWithout Court Approval and for Damages to Estate for Breachof Fiduciary Duty and Misapplication of Funds by CKS AssetManagement . Colin Kaufman is removed as Plan Trustee. TheUnited States Trustee is ordered to appoint a SuccessorTrustee. Parties Notified.[fmremp] (Entered: 06/29/2001) |
| 07/03/2001 | 444 | Transcript of Hearing Held on 6/28/01[fmremp] (Entered: 07/03/2001) |
| 07/03/2001 | 445 | Motion by Creditor CKS Asset Management For Clarificationand Correction Of Order Removing Plan Trustee md 7/26[fmremp] (Entered: 07/05/2001) |
| 07/23/2001 | 446 | Response By Trustee Colin Kelly Kaufman To [445-1] MotionFor Clarification and Correction Of Order Removing PlanTrustee by CKS Asset Management . to lg[fmremp] (Entered: 07/24/2001) |
| 07/24/2001 | 447 | Motion by US Trustee To Further Modify Modification ToFirst Amended Plan Confirmed By Order Dated October 5, 1992 md 8/17[fmremp] (Entered: 07/25/2001) |
| 07/24/2001 | 448 | Post-Trial Brief By Matthew A Rosenstein for Creditor CKSAsset |

| | | Management In Support Of [412-1] Disgorgement ofUnreasonable Fees Taken Without Court Approval[fmremp] (Entered: 07/25/2001) |
|---|---|---|
| 07/26/2001 | 449 | Order to Set Hearing RE: [445-1] Motion For Clarificationand Correction Of Order Removing Plan Trustee by CKS AssetManagement scheduled for 9:00 9/12/01 at 600 E Harrison,Brownsville Parties Notified.[fmremp] (Entered: 07/26/2001) |
| 07/30/2001 | 450 | Certificate Of Service By Matthew A Rosenstein for CreditorCKS Asset Management Of [449-1] Order Setting Hearing onMotion for Clarification and Correction of Order RemovingPlan Trustee.[fmremp] (Entered: 07/31/2001) |
| 08/21/2001 | 451 | Order Granting [447-1] Motion To Further ModifyModification To First Amended Plan Confirmed By Order DatedOctober 5, 1992 by US Trustee . D Michael Boudloché isnamed as Plan Trustee. Parties Notified.[fmremp] (Entered: 08/21/2001) |
| 09/12/2001 | 452 | Trustee Colin Kelly Kaufman's Outline of Arguments onSeptember 12, 2001. [fmremp] (Entered: 09/13/2001) |
| 09/12/2001 | 453 | Hearing Held Re: [445-1] Motion For Clarification andCorrection Of Order Removing Plan Trustee by CKS AssetManagement . Agreed Order presented and signed.[fmremp] (Entered: 09/13/2001) |
| 09/13/2001 | 454 | Agreed Corrected Order Granting in Part, Denying in Part[412-1] Motion for Removal of Trustee, For Disgorgement ofUnreasonable Fees Taken Without Court Approval and forDamages to Estate for Breach of Fiduciary Duty andMisapplication of Funds by CKS Asset Management . PartiesNotified.[fmremp] (Entered: 09/13/2001) |
| 09/18/2001 | 455 | Application By Trustee D Michael Boudloche To EmployMichael B Schmidt as Attorney . to lg[fmremp] (Entered: 09/18/2001) |
| 09/20/2001 | 456 | Order Granting [455-1] Application To Employ Michael BSchmidt as Attorney by D Michael Boudloche . PartiesNotified.[fmremp] (Entered: 09/20/2001) |
| 01/29/2002 | 457 | Order Setting Deadlines on Final Fee Application of Colin KKaufman - February 8, 2002 and Setting Hearing Thereon -February 22, 2002 9:00 in Corpus Christi . PartiesNotified.[shyt] (Entered: 01/29/2002) |
| 02/08/2002 | 458 | Final Application By Trustee Colin Kelly Kaufman ForCompensation [ Fees: $ 427,291.50, Expenses: $ 23,634.61]and $2,300 for an appraiser Last Day to Object: 3/4/02 md 3/4[shyt] (Entered: 02/12/2002) |
| 02/15/2002 | 459 | Objection By Creditor CKS Asset Management To [458-1]Application For |

| | | |
|---|---|---|
| | | Compensation [ Fees: $ 427,291.50,Expenses: $ 23,634.61] and $2,300 for an appraiser by ColinKelly Kaufman . to lg[shyt] (Entered: 02/19/2002) |
| 02/15/2002 | 460 | Objection By Trustee D Michael Boudloche To [458-1]Application For Compensation [ Fees: $ 427,291.50,Expenses: $ 23,634.61] and $2,300 for an appraiser by ColinKelly Kaufman . to lg[shyt] (Entered: 02/19/2002) |
| 02/19/2002 | | Hearing Re: [458-1] Application For Compensation [ Fees: $427,291.50, Expenses: $ 23,634.61] and $2,300 for anappraiser by Colin Kelly Kaufman scheduled for 9:00 2/22/02at 1133 N Shoreline Corpus Christi[shyt] (Entered: 02/19/2002) |
| 02/21/2002 | 461 | Response By Trustee Colin Kelly Kaufman To [460-1]Objection by D Michael Boudloche To Application for Fees.[shyt] (Entered: 02/22/2002) |
| 02/21/2002 | 462 | Response By Trustee Colin Kelly Kaufman To [459-1]Objection by CKS Asset Management to Application for Fees.[shyt] (Entered: 02/22/2002) |
| 02/21/2002 | 463 | Objection By Creditor Parkwell Investments Inc To[458-1] Application For Compensation [ Fees: $ 427,291.50,Expenses: $ 23,634.61] and $2,300 for an appraiser by ColinKelly Kaufman .[shyt] (Entered: 02/22/2002) |
| 02/21/2002 | 463 | Support By Creditor Parkwell Investments Inc To [460-1]Objection by D Michael Boudloche to Application For Fees.[shyt] (Entered: 02/22/2002) |
| 02/21/2002 | 464 | Proffer of Trustee Colin Kelly Kaufman's TestimonyRegarding Benefits Bestowed on the Estate[shyt] (Entered: 02/25/2002) |
| 02/22/2002 | 465 | Hearing Re: [458-1] Application For Compensation [ Fees: $427,291.50, Expenses: $ 23,634.61] and $2,300 for anappraiser by Colin Kelly Kaufman. Exhibits offered andadmitted. Arguments presented. Witness [C K Kaufman] sworn and testimony presented. Witness [Michael Boudloche]sworn and testimony presented. Additional exhibits werediscussed and admitted with stipulations on record.Pending issues on this case are in settlement discussions.Court will be informed by 3/8/02 as to the results of thosediscussions, if not settled, then a trial will be set for9:00 3/22/02 at 1133 N Shoreline Corpus Christi. Courtwill issue a written ruling in the matter heard this date.Under Advisement.[shyt] (Entered: 02/25/2002) |
| 02/22/2002 | 466 | Trustee Colin Kelly Kaufman Exhibit List[shyt] (Entered: 02/26/2002) |
| 02/22/2002 | 467 | Creditor CKS Asset Management Exhibit List[shyt] (Entered: 02/26/2002) |
| 02/25/2002 | | Under Advisement [458-1] Application For Compensation [Fees: $ 427,291.50, Expenses: $ 23,634.61] and $2,300 foran appraiser by Colin Kelly Kaufman .[shyt] (Entered: 02/25/2002) |
| | | |

| 03/05/2002 | 468 | Notice Re: Filing of Colin K Kaufman's Post-Hearing LetterMemorandum of Issues to be Presented.[shyt] (Entered: 03/06/2002) |
| --- | --- | --- |
| 03/07/2002 | 469 | Memorandum Opinion and Order Granting [458-1] ApplicationFor Compensation [ Fees: $ 427,291.50, Expenses: $23,634.61] and $2,300 for an appraiser by Colin KellyKaufman. Payment to Colin K. Kaufman in $50,000.00 in feesand $13,759.61 in expenses . Parties Notified.[gcha] (Entered: 03/07/2002) |
| 03/12/2002 | 470 | Final Judgment For Trustee D Michael Boudloche AgainstTrustee Colin Kelly Kelly Kaufman On Final Fee Application ofColin Kelly Kaufman. Parties Notified.[shyt] (Entered: 03/12/2002) |
| 03/15/2002 | 471 | Notice of Appeal. Receipt Number 958246,Fee Amount. Filed by Colin Kelly Kaufman (related document(s)469). Appellant Designation due by 3/25/2002. (srus, ) (Entered: 03/19/2002) |
| 03/15/2002 | 472 | Notice of Appeal. Receipt Number 958246,Fee Amount. Filed by Colin Kelly Kaufman (related document(s)470). Appellant Designation due by 3/25/2002. (srus, ) (Entered: 03/19/2002) |
| 03/15/2002 | | Receipt Number 958246, Fee Amount $105.00. (related document(s)471). (jhil, ) (Entered: 03/25/2002) |
| 03/15/2002 | | Receipt Number 958246, Fee Amount $105.00. (related document(s)472). (jhil, ) (Entered: 03/25/2002) |
| 03/19/2002 | 473 | Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (srus, ) (Entered: 03/19/2002) |
| 03/19/2002 | 474 | Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (srus, ) (Entered: 03/19/2002) |
| 03/25/2002 | 475 | Abstract of Judgment. (jezz, ) (Entered: 03/27/2002) |
| 03/25/2002 | 476 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Colin Kelly Kaufman (related document(s)471, 472). Appellee designation due by 4/4/2002. Transmission of Designation Due by 4/24/2002. (shyt, ) (Entered: 03/29/2002) |
| 03/25/2002 | 477 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Colin Kelly Kaufman (related document(s)472). Appellee designation due by 4/4/2002. Transmission of Designation Due by 4/24/2002. (srus, ) (Entered: 04/02/2002) |
| 04/02/2002 | 478 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by D Michael Boudloche (related document(s)471). (srus, ) (Entered: |

| | | 04/03/2002) |
|---|---|---|
| 04/02/2002 | 479 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by D Michael Boudloche (related document(s)472). (srus, ) (Entered: 04/09/2002) |
| 05/06/2002 | 480 | Amended Notice *of Filing of Balance of His Record on Appeal Less Transcripts Not Yet Delivered* Filed by Colin Kelly Kaufman. (jezz, ) (Entered: 05/06/2002) |
| 05/06/2002 | 481 | Amended Notice *of Filing of Balance of His Record on Appeal Less Transcripts Not Yet Delivered* Filed by Colin Kelly Kaufman. (jezz, ) (Entered: 05/07/2002) |
| 05/07/2002 | 482 | Addendum to Record on Appeal Filed by Colin Kelly Kaufman (related document(s)471). (jezz, ) (Entered: 05/07/2002) |
| 05/07/2002 | 483 | Addendum to Record on Appeal Filed by Charles B Feldman (related document(s)472). (jezz, ) (Entered: 05/07/2002) |
| 05/10/2002 | 484 | Notice *to Adopt Brief and Arguments of D. Michael Boudloche Trustee* Filed by Parkwell Investments Inc. (jezz, ) (Entered: 05/13/2002) |
| 05/13/2002 | 485 | Transcript RE: hearing held on June 22, 2001 before the Honorable Richard S Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (jezz, ) (Entered: 05/13/2002) |
| 05/13/2002 | 486 | Transcript RE: hearing held on June 27, 2001 before the Honorable Richard S Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (jezz, ) (Entered: 05/13/2002) |
| 05/13/2002 | 487 | Transcript RE: hearing held on September 12, 2001 before the Honorable Richard S Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (jezz, ) (Entered: 05/13/2002) |
| 05/13/2002 | 488 | Transcript RE: hearing held on February 22, 2002 before the Honorable Richard S Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (jezz, ) (Entered: 05/13/2002) |
| 05/16/2002 | 489 | Motion to Pay *United States Trustee Quarterly Fees*. Objections/Request for Hearing Due in 20 days. Filed by US Trustee 7. (Attachments: # 1 Proposed Order) (Kurtz, Barbara) (Entered: 05/16/2002) |
| 05/17/2002 | 490 | Certificate of Service Filed by US Trustee 7 (related document(s)489). (Kurtz, Barbara) (Entered: 05/17/2002) |
| | | |

| 05/20/2002 | 491 | Response to (related to motions(s)489) Filed by D Michael Boudloche. (Attachments: # 1 Proposed Order Denying US Trustee's Motion) (Schmidt, Michael) (Entered: 05/20/2002) |
|---|---|---|
| 05/20/2002 | 492 | Notice *of Filing of Transcripts as Balance of his Record on Appeal (RE#02-06)* Filed by Colin Kelly Kaufman (related document(s)472). (jezz, ) (Entered: 05/22/2002) |
| 05/20/2002 | 493 | Notice *of Filing of Transcripts as Balance of his Record on Appeal (RE#02-05)* Filed by Colin Kelly Kaufman (related document(s)471). (jezz, ) (Entered: 05/22/2002) |
| 05/24/2002 | 494 | Response to (related to motions(s)489) Filed by Colin Kelly Kaufman. (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 05/28/2002) |
| 05/30/2002 | 495 | Proposed Order Submission After Hearing Filed by US Trustee 7 (related document(s)489). (Attachments: # 1 Proposed Order # 2 Exhibit) (Kurtz, Barbara) (Entered: 05/30/2002) |
| 05/31/2002 | 496 | Order Granting Motion To Pay (Related Doc # 489) Signed on 5/31/2002. (jezz, ) (Entered: 05/31/2002) |
| 06/03/2002 | | A Copy of Instrument #496 Mailed to all Parties of Interest on 6/3/02.(hmit, ) (Entered: 06/03/2002) |
| 06/05/2002 | 497 | Addendum to Record on Appeal Filed by Colin Kelly Kaufman (related document(s)472). (jezz, ) (Entered: 06/06/2002) |
| 06/05/2002 | 498 | Addendum to Record on Appeal Filed by Colin Kelly Kaufman (related document(s)471). (jezz, ) (Entered: 06/06/2002) |
| 10/23/2002 | 499 | First Application for Compensation for Michael B Schmidt, Attorney, Period: 8/8/2001 to 9/30/2002, Fee: $24,510.00, Expenses: $1734.14. Objections/Request for Hearing Due in 20 days. Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Approving Attorney Fees) (Schmidt, Michael) (Entered: 10/23/2002) |
| 10/31/2002 | 500 | Application to Compromise Controversy. Objections/Request for Hearing Due in 20 days. Filed by D Michael Boudloche. (Attachments: # 1 Proposed Order Approving Settlement) (Schmidt, Michael) (Entered: 10/31/2002) |
| 11/18/2002 | 501 | Response to (related to motions(s)500) Filed by Colin Kelly Kaufman. (jezz, ) (Entered: 11/18/2002) |
| 11/19/2002 | 504 | Order Application For Compensation (Related Doc # 499) Granting for Michael B Schmidt, fees awarded: $24510, expenses awarded: $1734.14 Signed on 11/19/2002. (jezz, ) (Entered: 11/20/2002) |

| 11/20/2002 | 502 | Motion *for Turnover Order Against Kaufman and Accounting* Filed by D Michael Boudloche. (Attachments: # 1 Proposed Order for Turnover and Accounting Against Kaufman) (Schmidt, Michael) (Entered: 11/20/2002) |
|---|---|---|
| 11/20/2002 | 503 | Motion to Expedite Hearing *on Motion for Turnover Set for 11/25/02 at 9:00a.m. in Corpus Christi, TX* Filed by D Michael Boudloche (related document(s)502). (Attachments: # 1 Proposed Order Setting Expedited Hearing) (Schmidt, Michael) (Entered: 11/20/2002) |
| 11/21/2002 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 11/21/02. (related document(s)504). (hmit, ) (Entered: 11/21/2002) |
| 11/22/2002 | 505 | Order Setting Hearing Signed on 11/22/2002 (related document(s)502). Hearing scheduled for 11/25/2002 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (jezz, ) (Entered: 11/22/2002) |
| 11/22/2002 | | Clerk's Certificate of Service. The related document was mailed to all attorneys and unrepresented parties on 11/22/2002. (related document(s)505). (ahal, ) (Entered: 11/22/2002) |
| 11/25/2002 | 506 | Response to Motion for Expedited Hearing by Colin Kelly Kaufman. (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 11/25/2002) |
| 11/25/2002 | 507 | Response to (related to motions(s)502) Filed by Colin Kelly Kaufman. (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 11/25/2002) |
| 11/25/2002 | | Hearing Continued (related document(s)502). Appearances: M. Schmidt and C. Kaufman. Arguments were presented to the Court. C. Kaufman requested additional time to respond. No objection from M. Schmidt to reset hearing. Hearing was re-scheduled for12/23/2002 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (lhar, ) (Entered: 11/25/2002) |
| 11/26/2002 | 508 | Order Setting Hearing Signed on 11/26/2002 (related document(s)500). Hearing scheduled for 12/23/2002 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (jezz, ) (Entered: 11/27/2002) |
| 11/29/2002 | 509 | BNC Certificate of Mailing. Service Date 11/29/02. (Related Doc # 508) (Admin.) (Entered: 11/30/2002) |
| 12/04/2002 | 510 | Certificate of Service Filed by D Michael Boudloche (related document(s) 500). (Schmidt, Michael) (Entered: 12/04/2002) |
| 12/09/2002 | 511 | Amended Motion *for Turnover order Against Kaufman and Accounting* Filed by D Michael Boudloche. (Attachments: # 1 Proposed Order Granting Amended Motion for Turnover) (Schmidt, Michael) (Entered: 12/09/2002) |

| | | |
|---|---|---|
| 12/20/2002 | <u>514</u> | Response to (related to motions(s)<u>511</u>) Filed by Colin Kelly Kaufman. (Attachments: # <u>1</u> Proposed Order) (jezz, ) (Entered: 12/23/2002) |
| 12/20/2002 | <u>515</u> | Motion to Continue Hearing On *Amended Motion for Turnover and Accounting* Filed by Colin Kelly Kaufman (related document(s)<u>511</u>). (Attachments: # <u>1</u> Proposed Order) (jezz, ) (Entered: 12/23/2002) |
| 12/20/2002 | <u>516</u> | Motion to Continue Hearing On *Motion for Compromise and Settlement* Filed by Colin Kelly Kaufman (related document(s)<u>500</u>). (Attachments: # <u>1</u> Proposed Order) (jezz, ) (Entered: 12/23/2002) |
| 12/23/2002 | <u>512</u> | Motion *for Kaufman to Designate Exempt Property* Filed by D Michael Boudloche. (Attachments: # <u>1</u> Proposed Order Granting Designation of Exempt Property) (Schmidt, Michael) (Entered: 12/23/2002) |
| 12/23/2002 | <u>513</u> | Motion to Expedite Hearing *on Motion to Designate Exempt Property* Filed by D Michael Boudloche (related document(s)<u>512</u>). (Attachments: # <u>1</u> Proposed Order Setting Hearing) (Schmidt, Michael) (Entered: 12/23/2002) |
| 12/23/2002 | <u>518</u> | Proffer of Authorities and Evidence in Contravention of Mike Boudloche's Motion for Turnover Filed by Colin Kelly Kaufman. (jezz, ) (Entered: 12/26/2002) |
| 12/23/2002 | | Hearing Continued (related document(s)<u>500</u>). Agreed pass. Hearing scheduled for 1/6/2003 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (lhar, ) (Entered: 12/24/2002) |
| 12/23/2002 | | Hearing Continued (related document(s)<u>500</u>). Appearances: Mike Schmidt. Agreed pass. Hearing scheduled for 1/6/2003 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (lhar, ) (Entered: 12/23/2002) |
| 12/23/2002 | | Hearing Continued (related document(s)<u>502</u>). Appearances: Mike Schmidt and Colin Kaufman. Arguments were presented to the Court. Mr. Kaufman is to submit, in camera, accounting records of fees for the Ingram, Vasquez, and Ortiz Broadcasting cases and fees received before the next hearing date of 01/13/03. Further, Mr. Kaufman is to spend no more than $17,500 per month for operational expenses until further order of the Court. The Judge reset the hearing for 1/13/2003 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (lhar, ) (Entered: 12/24/2002) |
| 12/24/2002 | <u>517</u> | Order Setting Hearing Signed on 12/24/2002 (related document(s)<u>512</u>). Hearing scheduled for 1/6/2003 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (gluc, ) (Entered: 12/24/2002) |
| 12/26/2002 | <u>519</u> | Proposed Order Submission After Hearing Filed by D Michael Boudloche (related document(s)). (Schmidt, Michael) (Entered: 12/26/2002) |
| | | |

| 12/26/2002 | 520 | Notice *of Hearings set on Motion to Designate Exempt Property, Application to Compromise Controversy and Motion for Turnover* Filed by D Michael Boudloche (related document(s), ). (Schmidt, Michael) (Entered: 12/26/2002) |
| --- | --- | --- |
| 12/30/2002 | 521 | Order for in Camera Submission by Kaufman. Hearing on Trustee's Amended Motion for Turnover and Accounting is rset to 1/13/03 @ 9:00 am Signed on 12/30/2002. (jezz, ) (Entered: 12/31/2002) |
| 01/06/2003 | 522 | Amended Response to (related to motions(s)500) Filed by Colin Kelly Kaufman. (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 01/06/2003) |
| 01/06/2003 | 523 | Proffer of Evidence at Mike Boudloche's Motion to Approve Compromise and SEttlement filed by Colin Kelly Kaufman (related document(s)500). (jezz, ) (Entered: 01/06/2003) |
| 01/06/2003 | 524 | Second Motion *for Turnover Order against Kaufman, Accounting and Appointment of Receiver* Filed by D Michael Boudloche. (Attachments: # 1 Proposed Order Granting turnover and appointment of receiver) (Schmidt, Michael) (Entered: 01/06/2003) |
| 01/06/2003 | 526 | Order Granting Motion for Kaufman to Designate his Exempt Property (Related Doc # 512) Signed on 1/6/2003. (jezz, ) (Entered: 01/07/2003) |
| 01/06/2003 | 528 | Exhibit List Filed by D Michael Boudloche. (shyt, ) (Entered: 01/08/2003) |
| 01/06/2003 | 529 | Exhibit List Filed by Colin Kelly Kaufman. (shyt, ) (Entered: 01/08/2003) |
| 01/06/2003 | | Hearing Held (related document(s)500). Appearances: M. Schmidt, C. Kaufman, and J. Moon. Arguments were presented to the Court. The proffer of Mike Boudloche was offered and admitted. Mr. Boudloche was sworn and provided testimony. The proffer of Mr. Kaufman was offered and admitted. Both parties presented closing argument. The Judge took the matter Under Advisement. (lhar, ) (Entered: 01/07/2003) |
| 01/06/2003 | | Hearing Held (related document(s)511, 512). Appearances: M. Schmidt and C. Kaufman. An order was submitted and signed today approving the Trustee's motion. Mr. Kaufman is to comply NLT 02/06/03. Regarding docket entry 511, Mr. Kaufman is toprovide an in camera report to the Judge NLT 01/10/03. (lhar, ) (Entered: 01/07/2003) |
| 01/07/2003 | 525 | Notice of Change of Address Filed by Charles B Feldman. (jezz, ) (Entered: 01/07/2003) |
| 01/07/2003 | 527 | Order Granting Motion To Continue/Reschedule Hearing On (Related Doc # 515) Signed on 1/7/2003. Hearing scheduled for 1/13/2003 at 09:00 AM at Corpus Christi, 1133 N Shoreline. (jezz, ) (Entered: 01/08/2003) |

| 01/09/2003 | 530 | Notice *of Filing Sealed Report* Filed by Colin Kelly Kaufman. (jezz, ) (Entered: 01/09/2003) |
|---|---|---|
| 01/13/2003 | 531 | Proposed Order Submission After Hearing Filed by D Michael Boudloche (related document(s)500). (Schmidt, Michael) (Entered: 01/13/2003) |
| 01/13/2003 | 532 | Exhibit List Filed by D Michael Boudloche. (jezz, ) (Entered: 01/13/2003) |
| 01/13/2003 |  | Hearing Held (related document(s)500). Appearances: Colin Kaufman and Mike Schmidt. The Judge approved the motion and ruled the settlement agreement was appropriate and that the trustee did not abuse his business discretion. Further, the Judge found that Mr. Kaufman had no standing in this matter. Mr. Schmidt is to prepare and submit an order. (lhar, ) (Entered: 01/13/2003) |
| 01/13/2003 |  | Hearing Held (related document(s)524, 502, 511). Appearances: Mike Schmidt and Colin Kaufman. Arguments were presented to the Court. Mr. Schmidt's exhibits, A-H, were offered and admitted. Mr. Kaufman's exhibits, 1-10, were offered and admitted. Mr. Mike Boudloche was sworn and provided testimony. Mr. Kaufman was sworn and provided testimony. Both parties presented closing arguments. The Judge took the matters Under Advisement. The parties are to respond in writing regarding the issue of appointing a receiver NLT 01/27/03. Further, Mr. Kaufman is to provide to the Judge, in camera, a privileged log concerning business accounts and discovery NLT 02/06/03. (lhar, ) (Entered: 01/13/2003) |
| 01/14/2003 | 533 | Proposed Order Submission After Hearing Filed by D Michael Boudloche (related document(s)524). (Schmidt, Michael) (Entered: 01/14/2003) |
| 01/14/2003 | 534 | Motion *to Supplement the Record* Filed by Colin Kelly Kaufman. (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 01/14/2003) |
| 01/14/2003 | 536 | Order Approving Settlement Agreement. Re: Doc #500. Signed on 1/14/2003. (cgar, ) (Entered: 01/17/2003) |
| 01/15/2003 | 535 | Response to (related to motions(s)534 Filed by Michael B Schmidt. (Attachments: # 1 Proposed Order Granting Turnover and Accounting Against Against Kaufman) (Schmidt, Michael) (Entered: 01/15/2003) |
| 01/27/2003 | 537 | Motion *of Trustee's Report on Need for Appointment of a Receiver* Filed by D Michael Boudloche. (Attachments: # 1 Proposed Order for Turnover and Accounting Against Kaufman) (Schmidt, Michael) (Entered: 01/27/2003) |
| 01/27/2003 | 538 | Notice of Appeal. Receipt Number 962044,Fee Amount $105. Filed by Colin Kelly Kaufman (related document(s)536). Appellant Designation due by 2/6/2003. (Attachments: # 1 Exhibit)(jezz, ) (Entered: 01/27/2003) |

| 01/27/2003 | 539 | Suggestion of Bankruptcy from Sharon Kaye Kaufman by Colin Kelly Kaufman. (jezz, ) (Entered: 01/27/2003) |
|---|---|---|
| 01/27/2003 | | Receipt Number 962044, Fee Amount $105.00. (related document(s)538). (jhil, ) (Entered: 01/28/2003) |
| 01/28/2003 | 540 | Notice of Retention of BK record pursuant to Local Bankruptcy Rule 8007. (jezz, )(re: Appeal #03-01) (Entered: 01/28/2003) |
| 02/06/2003 | 543 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Colin Kelly Kaufman (related document(s)538). Transmission of Designation Due by 3/10/2003. (jezz, ) (Entered: 02/11/2003) |
| 02/10/2003 | 541 | Order Setting Hearing Signed on 2/10/2003 (related document(s)534). Hearing scheduled for 3/5/2003 at 09:00 AM at Brownsville, 600 E Harrison. (jezz, ) (Entered: 02/11/2003) |
| 02/10/2003 | 542 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by D Michael Boudloche (related document(s)538). (jezz, ) (Entered: 02/11/2003) |
| 02/25/2003 | 545 | Transcript RE: hearing held on 1/6/03 before the Honorable Richard S Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (jezz, ) (Entered: 02/26/2003) |
| 02/25/2003 | 546 | Transcript RE: hearing held on 1/13/03 before the Honorable Richard S Schmidt. Transcript is available for viewing in the office of the clerk fileroom.. (jezz, ) (Entered: 02/26/2003) |
| 02/26/2003 | 544 | Motion For Contempt. Objections/Request for Hearing Due in 20 days. Filed by D Michael Boudloche. (Attachments: # 1 Proposed Order Granting Contempt) (Schmidt, Michael) (Entered: 02/26/2003) |
| 03/05/2003 | | Hearing Held (related document(s)534). Arguments presented by the Trustee. No objection to supplement of record - Debtors attorney not present. Judicial notice to be taken of response. (take, ) (Entered: 03/05/2003) |
| 03/06/2003 | 547 | Order Granting Second Amended Motion for Turnover Order, Accounting and Appointment of a Receiver against Mr. Kaufman (Harlin Womble appointed receiver) (Related Doc # 537) Signed on 3/6/2003. (jezz, ) (Entered: 03/07/2003) |
| 03/09/2003 | 549 | BNC Certificate of Mailing. Service Date 03/09/03. (Related Doc # 547) (Admin.) (Entered: 03/13/2003) |
| 03/10/2003 | 548 | Response (related to motions(s)544) Filed by Colin Kelly Kaufman. (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 03/11/2003) |

| 03/20/2003 | 550 | Motion For Sanctions. Objections/Request for Hearing Due in 20 days. Filed by Sharon K Kaufman. (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 03/20/2003) |
|---|---|---|
| 03/21/2003 | 551 | Response (related to motions(s)550) Filed by Harlin Womble. (Womble, Harlin) (Entered: 03/21/2003) |
| 03/21/2003 | 552 | Notice of Change of Address Filed by Charles B Feldman. (jezz, ) (Entered: 03/21/2003) |
| 03/21/2003 | 553 | Order Setting Hearing Signed on 3/21/2003 (related document(s)550). Hearing scheduled for 5/7/2003 at 09:00 AM at Brownsville, 600 E Harrison. (jezz, ) (Entered: 03/24/2003) |
| 03/24/2003 | 554 | Order Setting Hearing Signed on 3/24/2003 (related document(s)544). Hearing scheduled for 5/7/2003 at 09:00 AM at Brownsville, 600 E Harrison. (jezz, ) (Entered: 03/25/2003) |
| 03/26/2003 | 555 | BNC Certificate of Mailing. Service Date 03/26/03. (Related Doc # 553) (Admin.) (Entered: 03/27/2003) |
| 03/27/2003 | 556 | BNC Certificate of Mailing. Service Date 03/27/03. (Related Doc # 554) (Admin.) (Entered: 03/28/2003) |
| 03/28/2003 | 557 | Response (related to motions(s)550) Filed by D Michael Boudloche. (Schmidt, Michael) (Entered: 03/28/2003) |
| 04/08/2003 | 558 | Motion For Sanctions. Objections/Request for Hearing Due in 20 days. Filed by Colin Kelly Kaufman. (Attachments: # 1 Proposed Order) (jezz, ) (Entered: 04/08/2003) |
| 04/09/2003 | 559 | Order Setting Hearing Signed on 4/9/2003 (related document(s)558). Hearing scheduled for 5/7/2003 at 09:00 AM at Brownsville, 600 E Harrison. (jezz, ) (Entered: 04/09/2003) |
| 04/11/2003 | 560 | Notice of Docketing Record on Appeal. Record on Appeal mailed to District Court Brownsville Division on 4/11/03 (related document(s)538). (jezz, ) (Entered: 04/11/2003) |

United States District Court
Southern District of Texas
FILED

APR 1 1 2003

Michael N. Milby, Clerk

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: | § |
| CHARLES B FELDMAN DBA | §BANKRUPTCY CASE NO: 90-01254-B-11 |
| CHARLES B FELDMAN INVESTMENTS | § |
| | § |
| DEBTOR | § |

Appeal No. 03-01

## RECORD ON APPEAL

The following items are included in this record on appeal:

1. Schedules A, B and Summary of Schedules (Docket #5);

2. Statement of Financial Affairs for a Debtor Engaged in Business (Docket #6);

3. Plan of Reorganization (Docket #40);

4. Disclosure Statement (Docket #41);

5. First Amended Disclosure Statement (Docket #130);

6. First Amended Plan of Reorganization (Docket #131);

7. Order Confirming First Amended Plan of Reorganization (Docket #176);

8. Modification to First Amended Plan of Reorganization (Docket #178);

9. Postconfirmation Order and Notice (Docket #181);

10. Motion to Extension of Time to File Objection to Claims (Docket #185);

11. Plan Trustee's Notice of and Motion to Approve 1st Quarterly Distribution (Docket #195);

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____ Deputy Clerk

page 2

12.    Colin K Kaufman's Original Response to Court's Order to Show Cause, and First Post-Confirmation Application for Leave to Pay Mr Moon and Others Additional Sums (Docket #220);

13.    Notice of Appearance and Request for Notice by Steven A Ditto (Docket #222);

14.    Notice of Assignment of Claim (Docket #223);

15.    Order Substituting Assignee in the Place of Original Claimant (Docket #224);

16.    Motion for Order to Show Cause why CKS Asset Management Should not be Held in Contempt for Violation of 11USC 141(c) and (d) (Docket #225);

17.    Exhibits to Motion for Order to Show Cause (Docket #226);

18.    Courtroom Minutes for Hearing held 8/6/95 (Docket #232);

19.    Order Imposing Sanctions against CKS Asset Management Inc for Violation of Confirmation Order (Docket #233);

20.    Motion of CKS Asset Management Inc to Obtain Relief from Order Imposing Sanctions (Docket #234);

21.    Transcript of Show Cause Hearing held 9/6/95 (Docket #242);

22.    Motion of CKS Asset Management Inc to Enforce and Implement Confirmed Plan and to Compel Plan Trustee to File an Accounting and to Perform his Duties (Docket #250);

23.    Plan Trustee's Response to CKS' Motion to Compel (Docket #252);

24.    Courtroom Minutes from hearing held 9/30/96 (Docket #258);

25.    Order Denying Motion of CKS Asset Management Inc to Enforce and Implement Confirmed Plan and to Compel Plan Trustee to File an Accounting (Docket #261);

26.    Plan Trustee's Fifth Report (Docket #272);

27.    Plan Trustee's Sixth Report and Partly Unopposed Motion to Extend Plan Term to January 31, 1998 (Docket #275);

28.    Response of CKS Asset Management Inc to Plan Trustee's Motion to Extend Plan Term (Docket #278);

page 3

29.   Notice of Hearing on Plan Trustee's Sixth Report and Partly Unopposed Motion to Extend Plan Term to January 31, 1998 (Docket #279);

30.   Plan Trustee's Response to CKS' Motion to Convert (Docket #281);

31.   Courtroom Minutes from Hearing held 7/16/97 (Docket #284);

32.   Plan Trustee's Original Partly Unopposed Motion to Employ Accountant (Docket #287);

33.   Objection to Claim of Parkwell Investments Inc (Docket #290);

34.   Response to Objection to Claim of Parkwell Investments Inc (Docket #299);

35.   Courtroom Minutes from hearing held 9/18/97 (Docket #306);

36.   Order Denying CKS Asset Management's Motion to Compel and Enforce (Docket #312);

37.   Courtroom Minutes from hearing held 10/8/97 (Docket #314);

38.   Unopposed Order Granting Plan Trustee's Application for Employment of Accountant (Docket #315);

39.   Response to Motion of CKS Asset Management Inc to Withdraw Objection to Claim of Parkwell Investments Inc (Docket #331);

40.   Transcript of Hearing held September 18, 1997 (Docket #337);

41.   Certificate of Service of Notice of Hearing on Plan Trustee's Motion to Reopen Case (Docket #363);

42.   Response to Plan Trustee's Motion to Reopen Case (Docket #364);

43.   Order Setting Hearing on Motion to Reopen Case (Docket #365);

44.   Plan Trustee's Motion to Sell Property Free and Clear of Liens (Docket #376);

45.   CKS' Objection to Expedited Sale (Docket #378);

46.   Order Setting Hearing on Objection to Expedited Sale (Docket #381);

page 4

47.    Plan Trustee's Motion to Extend Due Date of Final Report (Docket #382);

48.    Plan Trustee's Proposed Final Report/Index and Exhibits (Docket #383);

49.    Notice of Corrected Exhibit to Plan Trustee's Proposed Final Report (Docket #384)

50.    Response to Plan Trustee's Proposed Final Report and Motion of CKS Asset Management, Inc to Compel Plan Trustee to Perform an Independent Accounting Preparatory to Filing a Final Report (Docket #385);

51.    Agreed Motion to CKS Asset Management Inc for Order Extending Time for Response to Plan Trustee's Proposed Final Report (Docket #386)';

52.    Motion of CKS Asset Management Inc for Substitution of Counsel (Docket #387);

53.    Motion for Emergency Hearing on Agreed Motion of CKS Asset Management for Order Extending Time for Response to Plan Trustee's Proposed Final Report and for Substitution of Counsel (Docket #388);

54.    Order Granting Emergency Motion for Expedited Hearing on Agreed Motion of CKS Asset Management Inc for Order Extending Time for Response to Plan Trustee's Proposed Final Report (Docket #389);

55.    Order Setting Hearing on Plan Trustee's Proposed Final Report (Docket #390);

56.    Courtroom Minutes from hearing held 4/27/01 (Docket #391);

57.    Courtroom Minutes from hearing held 4/27/01 #387 (Docket #392);

58.    Order Granting Agreed Motion of CKS Asset Management Inc for Order Extending Time for Response to Plan Trustee's Proposed Final Report (Docket #393);

59.    Plan Trustee's Notice of Mooted Hearing (Docket #394);

60.    Certificate of Service of Notice of Hearing on the Plan Trustee's Proposed Final Report (Docket #395);

61.    Plan Trustee's Original Opposed Expedited Motion for Protective Order (Docket #396)

62.    Plan Trustee's Original Motion to Expedite Hearing on his Original Opposed Expedited Motion for a Protective Order (Docket #397);

page 5

63.    CKS Asset Management Inc's Request for Hearing and Reply in Opposition to Plan Trustee's Original Opposed Expedited Motion for Protective Order (Docket #398);

64.    Plan Trustee's Original Response to CKS Asset Management's Request for Hearing on his Motion for Protective Order (Docket #399);

65.    Order Denying Plan Trustee's Original Opposed Expedited Motion for Protective Order (Docket #400);

66.    Courtroom Minutes from hearing held 5/18/01 (Docket #401);

67.    Order Extending Due Date of Plan Trustee's Final Report (Docket #402);

68.    CKS Asset Management Inc's Motion for Continuance of June 6, 2001 Hearing (Docket #403);

69.    Application for Expedited Hearing on CKS Asset Management Inc's Motion for Continuance of June 6, 2001 Hearing (Docket #404);

70.    Order Continuing June 6, 2001 Hearing (Docket #405);

71.    Order Setting Expedited Hearing on CKS Asset Management Inc's Motion for Continuance of June 6, 2001 Hearing (Docket #406);

72.    Courtroom Minutes from hearing held 5/18/01 (Docket #407);

73.    Second Amended Proposed Final Report of Distribution (Docket #408);

74.    Plan Trustee's Notice of his Response to "Response to Plan Trustee's Proposed Final Report and Motion of CKS Asset Management, Inc to Compel Plan Trustee to Perform an Independent Accounting Preparatory to Filing a Final Report" (Docket #409);

75.    Response and Objection of Parkwell Investments Inc to Plan Trustee's Proposed Final Report (Docket #410);

76.    CKS Asset Management Inc's Supplemental Response in Oppostion to Plan Trustee's Proposed Final Report (Docket #411);

77.    CKS Asset Management Inc's Motion for Removal of Trustee's for Disgorgement of Unreasonable Fees Taken without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds (Docket #412);

page 6

78.    Plan Trustee's Original Opposed Expedited Motion to Compel Production of Documents (Docket #413);

79.    Plan Trustee's Motion to Expedite Hearing on his Original Opposed Expedited Motion to Compel Production of Documents (Docket #414);

80.    Order Granting Setting on Plan Trustee's Motion to Expedite Hearing on his Original Opposed Expedited Motion to Compel Production of Documents (Docket #415);

81.    CKS Asset Management Inc's Motion to Consolidate Hearing on Trustee's Proposed Final Report with CKS Asset Management, Inc's Motion for Removal of Trustee (Docket #416);

82.    Motion for Emergency Hearing on CKS Asset Management Inc's Motion to Consolidate Hearing on Trustee's Proposed Final Report with CKS Asset Management, Inc's Motion for Removal of Trustee (Docket #417);

83.    Order Setting Expedited Hearing on CKS Asset Management Inc's Motion to Consolidate Hearing on Trustee's Proposed Final Report with CKS Asset Management Inc Motion for Removal of Trustee (Docket #418);

84.    Courtroom Minutes from hearing held 6/8/01 (Docket #419);

85.    Courtroom Minutes from hearing held 6/8/01 #413 (Docket #420);

86.    Order Partially Granting Plan Trustee' Original Opposed Expedited Motion to Compel Production of Documents (Docket #421);

87.    Order Setting Hearing on Plan Trustee's Second Amendment to Proposed Final Report (Docket #422);

88.    CKS Asset Management Inc's Reply and Opposition to "Plan Trustee's Second Amendment to his Proposed Final Report";

89.    Plan Trustee's Original Opposed Expedited Motion to Cancel CK's Claim, or Alternatively to Assign CKS's Claim or Set Off its Potential Dividend to Plan Trustee to Secure Fees (Docket #424);

90.    Plan Trustee's Original Opposed Expedited Motion to Cancel CK's Claim, or Alternatively to Assign CK's Claim or Set Off its Potential Dividend to Plan Trustee to Secure Fees (Docket #425);

page 7

91.    Response by Trustee Colin Kelly Kaufman to Motion for Removal of Trustee, for Disgorgement of Unreasonable Attorneys Fees Taken without Court Approval and for Damages to Estate for Breach of Fiduciary Duty and Misapplication of Funds by CKS Asset Management (Docket #426);

92.    Order Setting Hearing on Motion for Removal of Trustee, et al (Docket #427);

93.    Order Granting Setting on Plan Trustee' Original Opposed Expedited Motion to Cancel CKS' Claim (Docket #428);

94.    Response of Parkwell Investments Inc to Motion for Removal of Trustee for Disgorgement of Unreasonable Fees Taken without Court Approval and for Damages to the Estate for Breach of Fiduciary Duty and Misapplication of Funds (Docket #429);

95.    Debtor's Response and Objection to Plan Trustee's Final Report (as Amended) (Docket #430);

96.    Courtroom Minutes from hearing held 6/22/01 (Docket #431);

97.    Courtroom Minutes from hearing held 6/22/01 #412 (Docket #432);

98.    Creditor CKS Asset Management Witness and Exhibit List and Exhibits from hearing held 6/22/01 (Docket #433);

99.    Trustee Colin Kelly Kaufman Witness and Exhibit List and Exhibits from hearing held 6/22/01 (Docket #434);

100.    CKS Asset Management Inc's Motion for Continuance of Hearing on Plan Trustees Original Opposed Expedited Motion to Cancel CKS' Claim (Docket #435);

101.    CKS' Response Opposing Plan Trustee's Original Opposed Expedited Motion to Cancel CKS' Claim, or Alternatively to Assign CKS' Claim or Set Off its Potential Dividend to Plan Trustee to Secure Fee (Docket #436);

102.    CKS Asset Management Inc's Proposed Finding of Fact and Conclusions of Law Regarding Plan Trustee's Proposed Final Report and Oppositions thereto (Docket #437);

103.    Case Managers Status Report dated 6/25/01 (Docket #438);

104.    Plan Trustee's Original Findings of Fact and Conclusions of Law Submitted on his Proposed Final Report and its Amendments and on CKS' Motion to Remove Plan Trustee (Docket #439);

page 8

105.    Courtroom Minutes from hearing held 6/27/01 (Docket #440);

106.    Trustee Colin Kelly Kaufman's Copies of Documents Relating to Plan Trustee's Accountings (Docket #441);

107.    Courtroom Minutes from hearing held 6/28/01 (Docket #442);

108.    Order Removing Colin Kelly Kaufman as Plan Trustee (Docket #443);

109.    Transcript of Ruling dated 6/28/01 (Docket #444);

110.    CKS Asset Management Inc's Motion for Clarification and Correction of Order Removing Plan Trustee (Docket #445);

111.    Former Plan Trustee's Response to Motion for Reconsideration (Docket #446);

112.    Motion of the United States Trustee to Further Modify Modification to First Amended Plan Confirmed by Order dated October 5, 1992 (Docket #447);

113.    CKS Asset Management Inc's Post Trial Brief on the Issue of Disgorgement by Former Trustee (Docket #448);

114.    Order Setting Hearing on Motion for Clarification and Correction of Order Removing the Plan Trustee (Docket #449);

115.    Certificate of Service of Order Setting Hearing (Docket #450);

116.    Order Approving United States Trustee's Motion to Modify Modification to First Amended Plan of Reorganization (Docket #451);

117.    Outline of Former Plan Trustee's Argument on September 12, 2001 (Docket #452);

118.    Courtroom Minutes from hearing held 9/12/01 (Docket #453);

119.    Agreed Corrected Order Removing Colin Kelly Kaufman as Plan Trustee (Docket #454);

120.    Application to Employ Attorney (Docket #455);

121.    Order to Employ Attorney (Docket #456);

122.    Order Setting Deadlines on Final Fee Application and Setting a Hearing thereon (Docket #457);

page 9

123.    Final Application by Trustee Colin Kelly Kaufman for Compensation (Docket #458);

124.    CKS Asset Management Inc's Objection to "Colin Kelly Kaufman's Final Fee Application for Work Done to Date Benefitting Estate or on Account of Service as Former Plan Trustee" (Docket #459);

125.    Trustee's Objection to Kaufman's Final Fee Application as Plan Trustee (Docket #460);

126.    Applicants Response to Mike Boudloche's Objection to his Fee Application (Docket #461);

127.    Applicant's Response to CKS Asset Management Inc's Objection to his Fee Application (Docket #462);

128.    Objection of Parkwell Investments Inc to the Fee Application of Colin Kelly Kaufman (Docket #463);

129.    Proffer of Former Plan Trustee's Testimony Regarding Benefits Bestowed on the Estate (Docket #464);

130.    Courtroom Minutes from hearing held 2/22/02 (Docket #465);

131.    Exhibit List from hearing held 2/22/02 (Docket #466);

132.    Exhibit List of Matthew Rosenstein from hearing held 2/22/02 (Docket #467);

133.    Notice of Filing of Colin K Kaufman's Post-Hearing Letter Memorandum of Issues Presented (Docket #468);

134.    Memorandum Opinion and Order on Colin Kelly Kaufman's Final Fee Application (Docket #469);

135.    Final Judgment on Final Fee Application of Colin Kelly Kaufman (Docket #470);

136.    Colin Kelly Kaufman's Notice of Appeal of Memorandum Opinion and Order (Docket #471);

137.    Colin Kelly Kaufman's Notice of Appeal of Final Judgment (Docket #472);

138.    Notice of Retention of Record (Docket #473);

139.    Notice of Retention of Record (Docket #474);

page 10

140.    Application to Allow Attorneys Fees (Docket #499);

141.    Transcript of Hearing held June 22, 2001 (Docket #485);

142.    Transcript of Hearing held June 27, 2001 (Docket #486);

143.    Transcript of Hearing held on September 12, 2001 (Docket #487);

144.    Transcript of Hearing held on February 22, 2002 (Docket #488);

145.    Motion for Approval of Compromise and to Approve Settlement Agreement (Docket #500);

146.    Colin Kelly Kaufman's Response to Mike Boudloche's Motion to Compromise and Settle Claims (Docket #501);

147.    Order for Attorneys Fees (Docket #504);

148.    Colin Kelly Kaufman's Amended Response to Mike Boudloche's Motion to Compromise and Settle Claims (Docket #522);

149.    Colin Kelly Kaufman's Proffer of Evidence at Mike Boudloche's Motion to Approve Compromise and Settlement (Docket #523);

150.    Trustee's Exhibit List on Motion to Approve Settlement/Exhibits (Docket #528);

151.    Exhibit List/Exhibits from hearing held 1/6/03 (Docket #529);

152.    Order Approving Settlement Agreement (Docket #536);

153.    Transcript of Hearing held January 6, 2003 (Docket #545);

154.    Transcript of Judge's Ruling from January 13, 2003 (Docket #546);

155.    Complaint from Adversary No. 01-2090;

Undocketed Items:

156.    Proffer of Michael Boudloche RE: Trial dated 1/6/03;

157.    Letter from Hon. Keith P Ellison RE: Letter to Notify you that a Complaint has been filed;

page 11

    158.    Letter Ruling of Hon George P. Kazen;

    159.    Letters and Exhibits before Hon. George. Kazen showing what was before him when he ruled December 6, 2001;

    160.    Letters to Hon. George P. Kazen and Hon. Keith P. Ellison RE: Copy of Judge Schmidt's Opinion and Order; also enclosed are writings which were before Judge Schmidt;

    161.    Letters to Hon. George P. Kazen and Hon. Keith P. Ellison RE: Another "Final Judgment" w/exhibits enclosed.

Docketed this 11th day of April, 2003 at Corpus Christi, Texas

MICHAEL N. MILBY, CLERK

By: _____
Janet Ezzell, Deputy Clerk