IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| COLIN KELLY KAUFMAN | § | |
| Trustee, | § | |
| | § | |
| | § | |
| V. | § | CIVIL NO. B-03-72 |
| | § | |
| CHARLES B. FELDMAN, ET AL. | § | |
| Defendant. | § | |

## ORDER REASSIGNING CASE

The Court Orders that this case be reassigned to the Honorable Hilda G. Tagle, United States

District Judge.  Current settings in this case are canceled.

SIGNED AND ENTERED this 2nd day of May, 2003.

Honorable Andrew S. Hanen
United States District Judge



United States District Court
Southern District of Texas
Office of the Clerk
600 East Harrison Street, #101
Brownsville, Texas 78521

Micheael N Milby
    Clerk

To All Counsel of Record

Notice of Assignment of
Civil Action No. __C_A_B=03=0072_____

_____

KAUFMAN_____ VS ____FELDMAN_DBA_FELDMAN_INVESTMENTS___

The above entitle case has been transferred to ⬤▬▬▬ _5-2-03_____

and has been assigned to the docket of Judge _____**Hilda G. Tagle**_____.

All future filings regarding the above referenced matter, should be filed with the U.S. District

Clerk's Office in Brownsville, Texas. All inquiries concerning motion practice and settings should

be directed to the case manager for the judge assigned.

| JUDGE | CASE MANAGER | TELEPHONE |
|---|---|---|
| HILDA G TAGLE | STELLA CAVAZOS | 956 548 2628 |

Very truly yours,

MICHAEL N. MILBY, Clerk

By: _____
    Deputy Clerk