

United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

IN RE:

CHARLES B. FELDMAN D/B/A          CASE NO. B-03-72
CHARLES FELDMAN INVESTMENTS

### TRUSTEE'S MOTION TO EXTEND TIME TO FILE RESPONSE BRIEF

MIKE BOUDLOCHE, Plan Trustee ("Trustee") hereby files his Motion to Extend Time to File Response Brief and would respectfully respond as follows:

1. The Trustee's Counsel Schmidt has just moved his law office, which was completed on May 1, 2003. Schmidt is also a Chapter 7 Trustee and must conduct 341 creditor meetings on May 9 and May 14, 2003. Schmidt has also received a summons for jury duty for May 12, 2003. Schmidt is also required to prepare a responsive brief to a brief ordered filed by Appellant Pequeno by May 1, 2003 in *In Re Pequeno*, pending before U.S. District Judge Hannen. Schmidt is further celebrating his 30th wedding anniversary and will be gone from May 22 through May 25. These events, coupled with Schmidt's regular practice, necessitate this request for an extension of the time for the Trustee to file his responsive brief in this Case.

2. Wherefore Mike Boudloche, Trustee prays that this Court grant the Trustee until June 15, 2003 in which to file his brief in response to Appellant's Original Brief on Appeal, and such other and further relief to which he may be entitled.

Respectfully submitted,
Law Offices of Michael B. Schmidt

_____
Michael B. Schmidt
SBN 17775200  FBN 10260
555 N. Carancahua, Ste. 1550
Corpus Christi, TX 78478
361.884.9949
361.884.6000 Fax

Attorney for Mike Boudloche, Trustee

### Certificate of Conference

I certify that I attempted to contact Mr. Kaufman by phone on May 2, 2003 concerning this Motion, but was unable to reach him. Therefore this Motion should be considered as opposed.

_____
Michael B. Schmidt

### Certificate of Service

I certify that the foregoing document was served on the person listed on the attached list and to Colin Kaufman P.O. Box 1662, Corpus Christi, TX 78403, by US mail, first class, postage prepaid on May 2, 2003.

_____
Michael B. Schmidt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:

CHARLES B. FELDMAN D/B/A　　　　　　CASE NO. B-02-072
CHARLES FELDMAN INVESTMENTS

ORDER ON MOTION FOR EXTENSION OF
TIME FOR APPELLEE TO FILE RESPONSIVE BRIEF

　　　The Court has considered the Motion of the Trustee for an Extension of Time to file his Responsive Brief to Appellant Original Brief.. The Court finds that such Motion should be GRANTED. The Trustee shall have until June 15, 2003 to file this Brief.

　　　IT IS SO ORDERED.


　　　　　　　　　　　　　　　　　　　　　　　Hon John W. Black
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3