

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: CHARLES B. FELDMAN D/B/A | § | CIVIL ACTION NO. B-03-072 |
| CHARLES FELDMAN INVESTMENTS | § | |

### ORDER

BE IT REMEMBERED that on May 9, 2003, the Court **GRANTED** Trustee's Motion To Extend Time To File Response Brief [Dkt. No. 5]. The Trustee will file a response brief on or before June 16, 2003.

Done at Brownsville, Texas, this 9th day of May 2003.

Hilda G. Tagle
United States District Judge