UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

IN RE:

CHARLES B. FELDMAN D/B/A          CASE NO. B-03-072
CHARLES FELDMAN INVESTMENTS

United States District Court
Southern District of Texas
FILED

MAY 1 2 2003

Michael N. Milby
Clerk of Court

### TRUSTEE'S NOTICE MOTION TO EXTEND
### TIME TO FILE RESPONSE BRIEF IS UNOPPOSED

MIKE BOUDLOCHE, Plan Trustee ("Trustee") hereby files his Notice Motion to Extend Time to File Response Brief is Unopposed, and would respectfully respond as follows:

1. The Trustee's Counsel Schmidt has just received a fax from Colin Kaufman that he is unopposed to the Trustee's Motion to extend (see attached).

2. Wherefore Mike Boudloche, Trustee prays that this Court grant the Trustee until June 15, 2003 in which to file his brief in response to Appellant's Original Brief on Appeal, and such other and further relief to which he may be entitled.

Respectfully submitted,
Law Offices of Michael B. Schmidt

_____
Michael B. Schmidt
SBN 17775200 FBN 10260
555 N. Carancahua Ste. 1550
Corpus Christi, TX 78478
Ph. 361.884.9949
Fax 361.884.6000
Attorney for Mike Boudloche, Trustee

Certificate of Service

I certify that the foregoing document was served on the persons listed below, by US mail, first class, postage prepaid on May 8, 2003.

_____
Michael B. Schmidt, Attorney for
Mike Boudloche, Chapter 7 Trustee

Colin Kelly Kaufman
Attorney at Law
P.O.Box 1662
Corpus Christi, Tx  78403-1662

Charles B. Feldman
James P. Moon
Attorney at Law
1666 N. Hampton Rd. Ste. 202
Desoto, Tx  75115

Mike Boudloche, Trustee
555 N. Carancahua Ste. 1550
Corpus Christi, TX  78478

COLIN KELLY KAUFMAN
ATTORNEY AT LAW
1106 Third Street, Corpus Christi, TX. 78404-2312
P.O. Box 1662, Corpus Christi, TX. 78403-1662
Phone (361) 888-8865; FAX (361) 888-8172

Date: **May 5, 2003**

Notice: This FAX is confidential. Only an addressee may see it. A privilege protects it. If you get it instead, please don't pass it on, but call the number below for advice. Thanks.

Name of Addressee:  |  Facsimile Telephone Number:

**Mike Schmidt**  —  **884-6000**
★ **Viviana Cavada**  —  **814-8618**

Note: If one of the following boxes is checked, then the original will follow: ☐ by regular mail ☐ by overnight delivery. Number of pages, including this page: **2**. Additional Message:

*This will confirm I will not oppose an extension of your briefing deadline in the compromise + settlement appeal. However, you might want to correct the case # from "02" to "03," as per enclosed.*

★ *Since you have jury duty May 12 — we can agree to pass the hearings set in Falfurrias in Corpus to May 19th.*

If pages are missing or illegible please call (361) 888-5888, and ask for Celi. Or call 888-8865 if no one answers. Thanks very much for your time and attention. Sincerely, Colin Kelly Kaufman, Attorney.

*Mike Schmidt has jury duty May 12. Thanks*