UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN RE:

CHARLES B. FELDMAN D/B/A
CHARLES FELDMAN INVESTMENTS

CASE NO. B-03-072

### ORDER ON MOTION FOR EXTENSION OF TIME FOR APPELLEE TO FILE RESPONSIVE BRIEF

The Court has considered the Motion of the Trustee for an Extension of Time to file his Responsive Brief to Appllellant Original Brief. The Court finds that such Motion should be **GRANTED**. The Trustee shall have until June 16, 2003 to file this Brief.

IT IS SO ORDERED.

Signed: May 15, 2003.

Hon Hilda Tagle
United States District Judge