/D

United States District Court
Southern District of Texas
FILED

MAY 2 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| COLIN KELLY KAUFMAN<br>APPELLANT | § | CIVIL ACTION NO: B-03-072 |
| V. | | |
| CHARLES B. FELDMAN, DEBTOR<br>AND MICHAEL BOUDLOCHE,<br>APPELLEES | | |

### APPELLEE 'S LIST OF INTERESTED PARTIES

Appellee Mike Boudloche, Plan Trustee for Debtor, Charles B. Feldman ("Plan Trustee") lists the following parties to be financially interested in the Appeal:

1. CKS Asset Management, Inc., Creditor
   Attorney:   Matthew A. Rosenstein
   420 American Bank Plaza
   Corpus Christi, TX 78475
   Off:   361/883-5577
   Fax:   361/883-5590

   Richard Grant
   3102 Oak Lawn #700
   Dallas, TX 75219
   Off:   214/777-5081
   Fax:   214/777-5082

2. Parkwell Investments, Inc., Creditor
   Attorney:   Ron Simank
   Schauer & Simank
   615 N. Upper Broadway, Ste. 2000
   Corpus Christi, TX 78476
   Off:   361/884-2800
   Fax:   361/884-2822

3. Mike Boudloche, Plan Trustee
   Attorney:   Michael B. Schmidt
   555 N. Carancahua, Ste. 1550
   Corpus Christi, TX 78478
   Off:   361/884-9949
   Fax:   361/884-6000

4. Colin Kelly Kaufman, Applicant/former Plan Trustee
   Attorney: Colin Kaufman
   P. O. Box 1662
   Corpus Christi, TX 78403
   Off: 361/888-8865
   Fax: 361/888-8172

5. Charles B. Feldman/Charles Feldman Investments, Debtor/Appellee
   Attorney: James P. Moon
   1600 N. Hampton Rd., Ste. 202
   DeSoto, TX 75115
   Off: 469/567-1530
   Fax: 469/567-1533

Respectfully submitted:

LAW OFFICES OF MICHAEL B. SCHMIDT

By: _____
Michael B. Schmidt
555 N. Carancahua, Ste. 1550
Corpus Christi, Texas 78478
Office: 361/884-9949
Fax: 361/884-6000
E-Mail: m_schmid@swbell.net
TBN: 17775200
ATTORNEY FOR PLAN TRUSTEE, APPELLEE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Appellee's List of Interested Parties was mailed by first class mail, postage prepaid on this 21 day of May, 2003 to those listed below:

Colin Kaufman
1106 Third Street
Corpus Christi, TX 78404

Charles B. Feldman
Charles Feldman Investments
P. O. Box 3266
Harlingen, TX 78550

2

Mike Boudloche
555 N. Carancahua, Ste. 600
Corpus Christi, TX 78478

Barbara Kurtz
Office of the US Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78476

Ronald A. Simank
615 North Upper Broadway, Ste. 200
Corpus Christi, TX 78477

James P. Moon
1660 N. Hampton Rd., Ste. 202
DeSoto, TX 75115

Steven A. Ditto
CKS Asset Management
P. O. Box 541472
Dallas, TX 75354

Matthew Rosenstein
420 American Bank Plaza
Corpus Christi, TX 78475

Michael B. Schmidt