IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Colin Kelly KAUFMAN, Appellant | |
| v. | |
| Charles B. FELDMAN dba FELDMAN INVESTMENTS, Debtor; and Michael BOUDLOCHE, Appellees | Civil Action No. B-03-072 |

### APPELLANT'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Colin Kelly Kaufman, the Appellant in the captioned case, and for his Disclosure of Interested Parties, respectfully shows the court that the following parties or their attorneys or both are or may be financially interested in the outcome of this appeal:

| Name of Party | Attorney for Party |
|---|---|
| 1. Charles B. Feldman, Debtor. | James P. Moon, Esq.<br>1600 N. Hampton Rd., Ste. 202<br>DeSoto, TX. 75115<br>Telephone (469) 567-1530<br>Telecopier (469) 567-1533 |
| 2. Michael Boudloche, Plan Trustee | Michael B. Schmidt, Esq.<br>555 No. Carancahua Ste. 1550<br>Corpus Christi, TX. 78478<br>Telephone (361) 884-9949<br>Telecopier (361) 884-6000 |
| 3. CKS Asset Management, Inc. & its principal, Steve Ditto, estate creditor | Matthew A. Rosenstein, Esq.<br>420 American Bk. Plaza<br>Corpus Christi, TX. 78475<br>Telephone (361) 883-5577<br>Telecopier (361) 883-5590<br><br>Richard Grant, Esq.<br>3102 Oak Lawn # 700<br>Dallas, TX. 75219 |

|  |  |
|---|---|
|  | Telephone (214) 777-5081<br>Telecopier (214) 777-5082 |
| 4. Parkwell Investments, Inc., Creditor | Ron Simank, Esq.<br>Schauer & Simank, Attys.<br>615 N. Upper Broadway, Ste. 2000<br>Corpus Christi, TX. 78476<br>Telephone (361) 884-2800<br>Telecopier (361) 884-2822 |
| 5. Colin Kelly Kaufman, Former Plan Trustee | Colin Kelly Kaufman, Attorney at Law<br>1106 Third Street 78404-2312<br>PO Box 1662<br>Corpus Christi, TX. 78403-1662<br>Telephone (361) 888-8865<br>Telecopier (361) 888-8172 |

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully asks the Court to hear the captioned appeal and grant him a reversal of the judgment below, and such other relief as may be fair or just.

Respectfully submitted,

_____
Colin Kelly Kaufman, Appellant
State Bar of Texas # 11N3000
So. Dist. Fed. ID # 9242

Address of Counsel:

Colin Kelly Kaufman, Attorney at Law
1106 Third St. 78404
PO Box 1662
Corpus Christi, TX. 78403-1662

### Certificate of Service

I certify I had someone at this law office serve the foregoing writing on the persons listed below by U.S. mail, first-class postage prepaid, this 30th day of May, 2003.

_____
Colin Kelly Kaufman

## Appeal Service List

1. Mike Schmidt, Esq.
555 No. Carancahua Ste. 1550
Corpus Christi, TX. 78478

   Telecopier (361) 884-6000

2. James P. Moon, Esq.
1600 No. Hampton Rd., Ste. 202
DeSoto, TX. 75115

   Telecopier (469) 567-1533

3. Matthew A. Rosenstein, Esq.
420 American Bk. Plaza
Corpus Christi, TX. 78475

   Telecopier (361) 883-5590

4. Ron Simank, Esq.
Schauer & Simank, Attys.
615 N. Upper Broadway Ste. 2000
Corpus Christi, TX. 78477

   Telecopier (361) 884-2822

5. Colin Kelly Kaufman, Esq.
PO Box 1662
Corpus Christi, TX. 78403-1662

   Telecopier (361) 888-8172