United States District Court
Southern District of Texas
ENTERED

JUN 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUN 2 5 2003

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| COLIN KELLY KAUFMAN, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-03-72 |
| CHARLES B. FELDMAN, ET AL. | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 25, 2003, the Court **GRANTED** Appellee's Motion To Extend Briefing Deadline [Dkt. No. 12-2].

Appellee will file a responsive brief on or before July 18, 2003.

The Initial Pretrial and Scheduling Conference currently set for July 14, 2003, at 2:00 p.m., is hereby cancelled and will be rescheduled by a separate order of the Court for a date in August 2003.

Plaintiff Kaufman will file a response to Appellee's Motion To Stay Appeal [Dkt. No. 12-1] on or before June 27, 2003. Any reply brief by the Appellee will be filed on or before July 11, 2003.

DONE at Brownsville, Texas, this 25th day of 2003.

Hilda G. Tagle
United States District Judge