IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 3 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| COLIN KELLY KAUFMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-72 |
| CHARLES B. FELDMAN, ET AL. | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 27, 2003, the Court **DENIED** Appellee's Motion To Stay Appeal [Dkt. No. 12-1].

DONE at Brownsville, Texas, this 27th day of June 2003.

_____
Hilda G. Tagle
United States District Judge