| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

COLIN KELLY KAUFMAN §
§
*versus* § CIVIL ACTION NO. B-03-72
§
CHARLES B. FELDMAN, ET AL §

United States District Court
Southern District of Texas
ENTERED

## Order Re-Setting Conference

JUN 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

1. Counsel shall appear for an initial pretrial conference:

**August 18, 2003 at 2:00 p.m.**
Before the Honorable Hilda G. Tagle
United States District Judge
Third Floor-Courtroom No. 3
United States Courthouse
600 E. Harrison Street, #306
Brownsville, Texas 78520

2. Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney-in-charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE