United States District Court
Southern District of Texas
FILED

AUG 1 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: CHARLES B. FELDMAN D/B/A | § | CIVIL ACTION NO. B-03-072 |
| CHARLES FELDMAN INVESTMENTS | § | |

## ORDER

BE IT REMEMBERED that on August 14, 2003, the Court **CANCELLED** the Initial Pretrial Conference scheduled for August 18, 2003, at 2:00. Oral argument will not be necessary in this matter. A decision and order will be served on the parties within ten days.

Done at Brownsville, Texas, this 14th day of August 2003.

_____
Hilda G. Tagle
United States District Judge