UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:

CHARLES B. FELDMAN D/B/A         CASE NO. B-03-072
CHARLES FELDMAN INVESTMENTS

United States District Court
Southern District of Texas
FILED

APR 2 6 2004

Michael N. Milby
Clerk of Court

### TRUSTEE'S DESIGNATION OF ISSUES ON APPEAL

Comes now, Michael Boudloche ("Trustee") and files his Designation of Issues on Appeal, in the above styled and numbered cause, as follows:

1. Did the District Court err in affirming the bankruptcy court's findings that the settlement was fair and in the best interest of the estate?

Law Office of Michel B. Schmidt

By: _____
Michael B. Schmidt
555 N. Carancahua, Ste. 1550
Corpus Christi, Texas 78478
Office: 512/884-9949
Fax:   512/884-6000
TBN: 17775200
Federal I.D. No. 10260
ATTORNEY FOR
MIKE BOUDLOCHE TRUSTEE

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the above and foregoing legal document was mailed, regular U.S. Mail, on this 23RD day of April, 2004 to the persons listed below:

Mike Boudloche
1508 American Bank Plaza
Corpus Christi, TX 78475

Colin Kaufman
P.O. Box 1662
Corpus Christi, TX 78403-1662

                                                  Michael B. Schmidt