# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

October 12, 2004

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 04-40457 Kaufman v. Feldman
    USDC No.  1:03-CV-72

**MAIL**

United States District Cour~
Southern District of Texas
RECEIVED
OCT 2 0 2004
Michael N. Milby, Clerk

Enclosed is an order entered in this case.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

        By:    _____
                    Shawn D. Henderson, Deputy Clerk
                    504-310-7668


Mr Colin Kelly Kaufman
Mr Michael B Schmidt
Mr Michael N Milby, Clerk

P.S. to Mr Schmidt: Your brief is to be filed in this office
within 30 days from the date of this order, or by not later than
11/12/04.

MOT-2

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-40457

U.S. COURT OF APPEALS

**FILED**

**OCT 1 2 2004**

CHARLES R. FULBRUGE III
CLERK

In The Matter Of: CHARLES B FELDMAN

Debtor

------------------------------------------------

COLIN KELLY KAUFMAN, Trustee

Appellant

v.

CHARLES B FELDMAN; MICHAEL BOULDOUCHE, Trustee

Appellees

----------------------

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

----------------------

O R D E R :

IT IS ORDERED that appellant's motion to reinstate the

appeal is GRANTED.

IT IS FURTHER ORDERED that appellant's motion for leave

to file record excerpts in excess pages is GRANTED.

The court's August 23, 2004, order striking appellant's

briefs and record excerpts is withdrawn.

EMILIO M. GARZA
UNITED STATES CIRCUIT JUDGE