## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**United States District Court
Southern District of Texas
ENTERED
NOV 2 9 2004**
Michael N. Milby, Clerk of Court
By Deputy Clerk

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

November 15, 2004

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 04-40457   Kaufman v. Feldman
        USDC No.   1:03-CV-72

The court has granted the appellee's motion to supplement the record with judgement of disbarment in this case.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

By: _____
      Shawn D. Henderson, Deputy Clerk
      504-310-7668

Mr Colin Kelly Kaufman
Mr Michael B Schmidt
Mr Michael N Milby, Clerk

MOT-2

04-40457

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

---------------