# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

March 9, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 04-40457 Kaufman v. Feldman
      USDC No. 1:03-CV-72

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 3 ) Volumes     ( ) Envelopes     ( 2 ) Boxes

      Sincerely,

      CHARLES R. FULBRUGE III, Clerk

  By: _Sabrina B. Short_
      Sabrina B. Short, Deputy Clerk
      504-310-7817

cc: (letter only)
    Honorable Hilda G Tagle
    Mr Colin Kelly Kaufman
    Mr Michael B Schmidt

MDT-1